UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KOELTL

ECF CASE

------------------------------------------------------------x

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DEL
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY,
HILLERICH & BRADSBY COMPANY, INC.,

07 CV 3605

Rule 7.1 Statement

     Plaintiffs,

vs.

CITY OF NEW YORK,

     Defendant.

------------------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries, of said party, which are publicly held.

  Amer Sports, listed on the Helsinki Stock Exchange, is the parent of Wilson sporting Goods Co.

  K2, Inc., listed on the New York Stock Exchange, is the parent of Rawlings Sporting Goods Company.

  The other Plaintiffs are private companies or individuals.

May 7, 2007
New York, New York

        DEWEY BALLANTINE LLP

        _____
        John F. Collins (JC9324)
        Attorneys for Plaintiffs
        1301 Avenue of the Americas
        New York, New York 10019
        (212) 259-8000

NY #394445