UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

USA BASEBALL, THE NATIONAL HIGH                  :
SCHOOL BASEBALL COACHES ASSOCIATION
DR. PETER BERG, JUAN HERNANDEZ, DENNIS:
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,   :
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and:
HILLERICH & BRADSBY CO.
                            Plaintiff,            :            **AFFIDAVIT OF SERVICE**

      -against-                                           :            07 Civ. 3605 (JGK)

CITY OF NEW YORK,                                      :
                    Defendant.
----------------------------------------------------------------x
STATE OF NEW YORK     )
                            SS.:
COUNTY OF NEW YORK  )

KEVIN KOHBERGER being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and am employed by the law firm of Dewey Ballantine LLP in New York, New York.

On the 7th day of May, 2007, at approximately 11:30 a.m., I personally served the following documents: (1) SUMMONS IN A CIVIL CASE; (2) COMPLAINT FOR INJUNCTIVE RELIEF; (3) CIVIL COVER SHEET; (4) RULE 7.1 STATEMENT; (5) INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL; (6) INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON; (7) USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; (8) USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING; (9) USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING upon THE CITY OF NEW YORK, by leaving true copies with Madelyn Santana, Docketing Clerk, located at Corporation Counsel, 100

Centre Street, New York, New York, 10007. Ms. Santana stated she was authorized to accept legal process on behalf of the City of New York.

Ms. Santana may be described as a Hispanic female, 35 years of age, approximately 5'6" tall, weighing approximately 125 pounds with brown hair and brown eyes.

_____
KEVIN KOHBERGER
Lic. No. 1222809

Sworn to before me this
7th day of May, 2007

_____
NOTARY PUBLIC

JENNIFER D. KENNA
NOTARY PUBLIC, State of New York
No. 01KE6145624
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires May 8, 2010