UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.,

                                       Plaintiffs,

**NOTICE OF APPEARANCE**

No. 07 CV 3605 (JGK) (DFE)

-against-

THE CITY OF NEW YORK,

                                       Defendant.

------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that defendant The City of New York appears by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, Jerald Horowitz and Gabriel Taussig, of counsel. Service of all pleadings, papers, and documents in this action should be served on the Office of the Corporation Counsel of the City of New York as follows:

        New York City Law Department
        100 Church Street, Room 5-189
        New York, New York 10007
        ATTN: Jerald Horowitz

All communications should be directed to Jerald Horowitz at telephone number (212) 442-0589 and fax number (212) 791-9714. Electronic Court Filing (ECF) notices should be directed to jhorowit@law.nyc.gov. Please note that service of papers by facsimile transmission is expressly prohibited without prior consent of counsel, except for letters of three pages or less.

Dated:    New York, New York
          May 14, 2007

                          MICHAEL A. CARDOZO
                          Corporation Counsel of the
                            City of New York
                          Attorney for Defendants
                          100 Church Street
                          New York, New York 10007
                          (212) 442-0589

                      By: _____
                          Jerald Horowitz (JH 8395)
                          Assistant Corporation Counsel


To:    John F. Collins
       Dewey Ballantine LLP
       1301 Avenue of the Americas
       New York, New York 10019
       (212) 259-8000

       David A. Ettinger
       Jeffrey H. Kuras
       Honigman Miller Schwartz and Cohn LLP
       660 Woodward Avenue
       2290 First National Building
       Detroit, Michigan 48226-3506
       (313) 465-7368
       (awaiting admission *pro hac vice*)

       Attorneys for Plaintiffs

## CERTIFICATION OF SERVICE

This document was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by United States Mail on May 14, 2007 upon:

>John F. Collins
>Dewey Ballantine LLP
>1301 Avenue of the Americas
>New York, New York 10019
>
>David A. Ettinger
>Jeffrey H. Kuras
>Honigman Miller Schwartz and Cohn LLP
>660 Woodward Avenue
>2290 First National Building
>Detroit, Michigan 48226-3506

Dated:    New York, New York
          May 14, 2007

>MICHAEL A. CARDOZO
>Corporation Counsel of the
>  City of New York
>Attorney for Defendants
>100 Church Street
>New York, New York 10007
>(212) 442-0589
>
>By: _____
>    Jerald Horowitz (JH 8395)
>    Assistant Corporation Counsel

Index No. 07 CV 3605 (JGK) (DFE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL BASEBALL COACHES ASSOCIATION, DR. PETER BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN TORRES, EASTON SPORTS, INC., WILSON SPORTING GOODS CO., RAWLINGS SPORTING GOODS COMPANY, and ILLERICH & BRADSBY CO.,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant

NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*Address for Service of Papers*
*100 Church Street, Room 5-189*
*New York, N.Y. 10007*

*Of Counsel: Jerald Horowitz*
*Tel: (212) 442-05890*
*NYCLIS No.2007-015516*