UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL BASEBALL COACHES ASSOCIATION, DR. PETER BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN TORRES, EASTON SPORTS, INC., WILSON SPORTING GOODS CO., RAWLINGS SPORTING GOODS COMPANY, HILLERICH & BRADSBY COMPANY, INC.,

                Plaintiffs,

- against -

CITY OF NEW YORK,

                Defendant.

07 Civ. 3605 (JGK)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, JOHN F. COLLINS, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:  JEFFREY H. KURAS
    Firm Name:  Honigman Miller Schwartz and Cohn LLP
    Address:  660 Woodward Avenue
                 2290 First National Building
    City/State/Zip:  Detroit, MI 48226-3506
    Phone Number:  313 465-7446
    Fax Number:  313 465-7447

JEFFREY H. KURAS is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceeding against JEFFREY H. KURAS in any State or Federal court.

Dated: May 11, 2007
New York, New York

        Respectfully submitted,

        John F. Collins (JC 9324)

    Firm Name:  Dewey Ballantine LLP
    Address:  1301 Avenue of the Americas
    City/State/Zip:  New York, New York 10019-6092
    Phone Number:  212 259-7080
    Fax Number:  212 259-6333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL
BASEBALL COACHES ASSOCIATION, DR. PETER
BERG, JUAN HERNANDEZ, DENNIS CANALE,
MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO,    07 Civ. 3605 (JGK)
JOHN TORRES, EASTON SPORTS, INC., WILSON
SPORTING GOODS CO., RAWLINGS SPORTING
GOODS COMPANY, HILLERICH & BRADSBY
COMPANY, INC.,

                                                                                   AFFIDAVIT OF
                                   Plaintiffs                       JOHN F. COLLINS
                                                                    IN SUPPORT OF MOTION
               -against-                               TO ADMIT COUNSEL
                                                                    PRO HAC VICE

CITY OF NEW YORK,
                                   Defendant.

State of New York   )
                          )   ss:
County of New York )

JOHN F. COLLINS, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm Dewey Ballantine LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Jeffrey H. Kuras as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 24, 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Kuras is an associate with the firm Honigman Miller Schwartz and Cohn LLP, in Detroit, Michigan.

4.  Based upon my involvement with him in this matter, I have found Mr. Kuras to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Accordingly, I am pleased to move the admission of Jeffrey H. Kuras, pro hac vice.

6.  I respectfully submit a proposed order granting the admission of Jeffrey H. Kuras, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey H. Kuras, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 11, 2007
New York, New York

Respectfully submitted,

John F. Collins (JC 9324)

Sworn to before me this
11th day of May, 2007.

Notary Public

JUDITH L. STRIGARO
NOTARY PUBLIC, State of New York
No. 01ST4684806
Qualified in New York County
Commission Expires February 26, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL BASEBALL COACHES ASSOCIATION, DR. PETER BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN TORRES, EASTON SPORTS, INC., WILSON SPORTING GOODS CO., RAWLINGS SPORTING GOODS COMPANY, HILLERICH & BRADSBY COMPANY, INC.,

                    Plaintiffs,

- against -

CITY OF NEW YORK,

                    Defendant.

07 Civ. 3605 (JGK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of JOHN F. COLLINS attorney for Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | JEFFREY H. KURAS |
| Firm Name: | Honigman Miller Schwartz and Cohn LLP |
| Address: | 660 Woodward Avenue, 2290 First National Building |
| City/State/Zip: | Detroit, MI 48226-3506 |
| Telephone/Fax: | 313 465-7446<br>313 465-7447 |
| Email Address: | jkuras@honigman.com |

is admitted to practice pro hac vice as counsel for the named plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May  , 2007
New York, New York

                                                                 United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I,     David J. Weaver    , Clerk of this Court,

certify that     Jeffrey H. Kuras    ,

was duly admitted to practice in this Court on

November 13, 2003     , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at     Detroit, MI     on     May 8, 2007    .
                    LOCATION                            DATE

David J. Weaver                                                                             
CLERK                                                                       DEPUTY CLERK

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      SS.:
COUNTY OF NEW YORK  )

    DENNY LEE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and am employed by the law firm of Dewey Ballantine LLP in New York, New York.

    On the 11th day of May, 2007, I caused the attached MOTION TO ADMIT COUNSEL PRO HAC VICE to be served via First Class Mail to the parties listed below at their address designated for service of papers:

Jerold Horowitz, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, New York 10007

                                                    _____
                                                       DENNY LEE
                                                       Lic. No. 1204789

Sworn to before me this
11th day of May, 2007

_____
NOTARY PUBLIC

CECIL S. ASHDOWN
NOTARY PUBLIC, State of New York
No. 01AS6070058
Qualified in New York County
Certified in New York County
Commission Expires February 19, 2010