UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL BASEBALL COACHES ASSOCIATION, DR. PETER BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN TORRES, EASTON SPORTS, INC., WILSON SPORTING GOODS CO., RAWLINGS SPORTING GOODS COMPANY, HILLERICH & BRADSBY COMPANY, INC.,

                    Plaintiffs,

- against -

CITY OF NEW YORK,

                    Defendant.

07 Civ. 3605 (JGK)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, JOHN F. COLLINS, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: DAVID A. ETTINGER
    Firm Name: Honigman Miller Schwartz and Cohn LLP
    Address: 660 Woodward Avenue
              2290 First National Building
    City/State/Zip: Detroit, MI 48226-3506
    Phone Number: 313 465-7368
    Fax Number: 313 465-7369

DAVID A. ETTINGER is a member in good standing of the Bar of the States of Michigan

There are no pending disciplinary proceeding against DAVID A. ETTINGER in any State or Federal court.

Dated: May 10, 2007
New York, New York

Respectfully submitted,

_____
John F. Collins (JC 9324)

    Firm Name: Dewey Ballantine LLP
    Address: 1301 Avenue of the Americas
    City/State/Zip: New York, New York 10019-6092
    Phone Number: 212 259-7080
    Fax Number: 212 259-6333

UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

USA BASEBALL, THE NATIONAL HIGH SCHOOL
BASEBALL COACHES ASSOCIATION, DR. PETER
BERG, JUAN HERNANDEZ, DENNIS CANALE,
MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO,     07 Civ. 3605 (JGK)
JOHN TORRES, EASTON SPORTS, INC., WILSON
SPORTING GOODS CO., RAWLINGS SPORTING
GOODS COMPANY, HILLERICH & BRADSBY
COMPANY, INC.,

                                     Plaintiffs                AFFIDAVIT OF
                                                                             JOHN F. COLLINS
                                                                             IN SUPPORT OF MOTION
                  -against-                                TO ADMIT COUNSEL
                                                                              PRO HAC VICE

CITY OF NEW YORK,
                                           Defendant.
_____

State of New York    )
                                )   ss:
County of New York )

JOHN F. COLLINS, being duly sworn, hereby deposes and says as follows:

1.      I am a member of the firm Dewey Ballantine LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit David A. Ettinger as counsel pro hac vice to represent Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 24, 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known David A. Ettinger since at least 1995.

4.      Mr. Ettinger is a member of the firm Honigman Miller Schwartz and Cohn LLP, in Detroit, Michigan.

5. I have found Mr. Ettinger to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of David A Ettinger, pro hac vice.

7. I respectfully submit a proposed order granting the admission of David A. Ettinger, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David A. Ettinger, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 9, 2007
New York, New York

Respectfully submitted,

_____
John F. Collins (JC 9324)

Sworn to before me this
9th day of May, 2007.

_____
Notary Public

ANN L. DiROCCO
NOTARY PUBLIC, State of New York
No. 01DI4664693
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires February 28, 2011

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL BASEBALL COACHES ASSOCIATION, DR. PETER BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN TORRES, EASTON SPORTS, INC., WILSON SPORTING GOODS CO., RAWLINGS SPORTING GOODS COMPANY, HILLERICH & BRADSBY COMPANY, INC.,

         Plaintiffs,

  - against -

CITY OF NEW YORK,

         Defendant.

07 Civ. 3605 (JGK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of JOHN F. COLLINS attorney for Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | DAVID A. ETTINGER |
| Firm Name: | Honigman Miller Schwartz and Cohn LLP |
| Address: | 660 Woodward Avenue, 2290 First National Building |
| City/State/Zip: | Detroit, MI 48226-3506 |
| Telephone/Fax: | 313 465-7368 |
| | 313 465-7369 |
| Email Address: | dettinger@honigman.com |

is admitted to practice pro hac vice as counsel for the named plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May   , 2007
New York, New York

                 _____
                 United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, *David J. Weaver*, *Clerk of this Court,*

*certify that* David A. Ettinger ,

*was duly admitted to practice in this Court on*

November 1, 1977 , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* Detroit, MI *on* May 8, 2007 .
LOCATION        DATE

David J. Weaver
CLERK

DEPUTY CLERK

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                               SS.:
COUNTY OF NEW YORK )

DENNY LEE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and am employed by the law firm of Dewey Ballantine LLP in New York, New York.

On the 10th day of May, 2007, I served the attached MOTION TO ADMIT COUNSEL PRO HAC VICE via First Class Mail to the parties listed below at their address designated for service of papers:

Jerold Horowitz, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, New York 10007

DENNY LEE
Lic. No. 1204789

Sworn to before me this
10th day of May, 2007

NOTARY PUBLIC

ANNE O'CONNOR
NOTARY PUBLIC, State of New York
No. 01OC6042348
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires ... 22, 20...