**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

USA BASEBALL, THE NATIONAL HIGH SCHOOL
BASEBALL COACHES ASSOCIATION, DR. PETER
BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL
ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN
TORRES, EASTON SPORTS, INC., WILSON
SPORTING GOODS CO., RAWLINGS SPORTING
GOODS COMPANY, HILLERICH & BRADSBY
COMPANY, INC.,

                                                    Plaintiffs,

            - against -

CITY OF NEW YORK,

                                                    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2007

07 Civ. 3605 (JGK)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of JOHN F. COLLINS attorney for Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

            Applicant's Name:    DAVID A. ETTINGER

            Firm Name:           Honigman Miller Schwartz and Cohn LLP

            Address:             660 Woodward Avenue, 2290 First National Building

            City/State/Zip:      Detroit, MI 48226-3506

            Telephone/Fax:       313 465-7368
                                 313 465-7369

            Email Address:       dettinger@honigman.com

is admitted to practice pro hac vice as counsel for the named plaintiffs in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  May 15, 2007
New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#