John F. Collins (JC 9324)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

David A. Ettinger (P26537)
Jeffrey H. Kuras (P66036)
HONIGMAN, MILLER, SCHWARTZ AND COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7368

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY COMPANY, INC.

         Plaintiffs,

 - against -           Civil Action No. 07-CV-3605

CITY OF NEW YORK,        **NOTICE OF MOTION FOR**
                  **PRELIMINARY INJUNCTION**
      Defendant.      **AND FOR SUMMARY**
                  **JUDGMENT**
-----------------------------------------------------------------X

   PLEASE TAKE NOTICE that, upon the attached Memorandum of Law and Exhibits

attached thereto, the undersigned attorneys will move this Court before the Honorable Judge

Koeltl, U.S.D.J., at the United States District Court at the United States Courthouse, New York,

New York on a date to be set by the Court for an order pursuant to Rules 56 and 65(a) of the

Federal Rules of Civil Procedure granting summary judgment in favor of Plaintiffs and, in the alternative, granting a preliminary injunction and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 29, 2007

        HONIGMAN MILLER SCHWARTZ
        & COHN LLP

        By: _____
           David A. Ettinger (P26537)
           A Member of the Firm
        2290 First National Building
        660 Woodward Avenue
        Detroit, Michigan 48226
        (313) 465-7368


        DEWEY BALLANTINE LLP


        John F. Collins (JC-9324)
           A Member of the Firm
        1301 Avenue of the Americas
        New York, New York 10019
        (212) 259-8000

        Attorneys for Plaintiffs


TO:   Jerald Horowitz (JH8395)
       Assistant Corporation Counsel
       The City of New York
       Law Department
       100 Church Street, Room 5-189
       New York, NY 10007

       Attorney for Defendant