**Exhibit 7**

John F. Collins (JC 9324)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

David A. Ettinger (P26537)
Jeffrey H. Kuras (P66036)
HONIGMAN, MILLER, SCHWARTZ AND COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7368

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.

                                    Plaintiffs,

        - against -                                              Civil Action No. 07-CV-3605

CITY OF NEW YORK,

                                    Defendant.
-----------------------------------------------------------X

## DECLARATION OF JOHN TORRES

I, John Torres, depose and state as follows:

DETROIT.2620017.4

1. I am a resident of Staten Island. My son Joseph Torres plays second base on the Xaverian High School freshmen baseball team. My son Joseph has played baseball for approximately 10 years. If sworn as a witness, I could testify competently to the facts contained herein.

2. I have enjoyed attending Joseph's games and practices. In the vast majority of games Joseph has played, the players have used metal or nonwood composite bats.

3. A number of years ago, the leagues and associations in which Joseph participates adopted bat standards which required metal and nonwood composite bats to be made more end heavy, and thus more like wood bats. I believe that these specifications have had a positive effect on the game.

4. At no time have I believed that metal and nonwood composite bats were less safe than wood bats. Metal and nonwood composite bats do allow for more offense. This is because smaller players, such as my son Joseph, have an easier time hitting with metal and nonwood composite bats since the bats are more forgiving, need not be swung perfectly to hit the baseball well, and will not break on the handle. The larger sweet spot of metal and nonwood composite bats results in more quality hits, but does not cause the ball to travel faster off the bat, and does not present a danger to fielders.

5. The differences in the sweet spot on wood and metal bats do not make as big of difference in the offensive performance of larger players who are stronger and more able to control the bats. But for smaller players such as my son, the metal bats are far more effective because they do not have to be controlled to the same extent as wood bats to be used effectively.

The greater success experienced with wood bats make the games more fun for smaller players and more competitive overall.

6.  I buy the bats for my son Joseph, and as a result of the New York City Ordinance, I will now have to buy at least a dozen wood bats in order to get Joseph through the season. These bats are not inexpensive, and this is a major cost to our family.

I declare under penalty of perjury that the foregoing is true and correct.

This 24 day of May, 2007.

_____
JOHN TORRES

3

DETROIT.2620017.4