# Exhibit 14

```
 1
 2   CITY COUNCIL
 3
     CITY OF NEW YORK
 4
     ------------------------------x
 5
     THE TRANSCRIPT OF THE MINUTES
 6
              of the
 7
     COMMITTEE ON YOUTH SERVICES
 8
     ------------------------------x
 9
10              October 23, 2006
                Start:  10:16 a.m.
11              Recess: 3:58 p.m.

12              City Hall
                Council Chamber
13              New York, New York

14
         B E F O R E:
15
              LEWIS FIDLER
16                              Chairperson,

17
              COUNCIL MEMBERS:  Alan Gerson
18                              Miguel Martinez
                                Sara Gonzalez
19                              Melissa Mark-Viverito
                                Darlene Mealy
20                              Dennis Gallagher
                                James Oddo
21                              Simcha Felder
                                Bill DeBlasio
22

23

24     LEGAL-EASE COURT REPORTING SERVICES, INC.
              17 Battery Place - Suite 1308
25            New York, New York 10004
                  (800) 756-3410
```

NYC0000201

18          Our first panel of witnesses are all
19  from the Department of Education, from the Public
20  School Athletic League. We have Marty Oestreicher,
21  David Douglas and Eric Goldstein.
22          Gentlemen, as I ask you to testify, I
23  will make the comment I make to every witness who
24  comes before this Committee: Please don't read
25  testimony verbatim. Just speak to us as the high

                                            21

1   COMMITTEE ON YOUTH SERVICES
2   points and from your heart and mind.
3           Gentlemen.
4           MR. OESTREICHER: I will read a little
5   bit and I will try to ad lib.
6           I just want to thank you, Chairperson
7   Fidler, and the members of the Youth Service
8   Committee for giving me the opportunity to talk to
9   you regarding use of wooden aluminum bats.
10          I'm Marty Oestreicher. I'm Chief
11  Executive for the Office of School Support Services,
12  which oversees the PSAL.
13          I just want to say at the outset of
14  the hearing, Council Member Oddo's strong passionate
15  opening statement, that we feel that the PSAL second
16  to none in our priorities, which is the safety of
17  our kids. For those who don't know, the PSAL is

18  committed to playing over 12,000 games and matches
19  under the safest possible conditions. I have to say
20  our safety record is second to none, and will bow
21  down to no one on that particular issue.
22             I'm extremely proud of our record in
23  this regard, and we believe we have procedures in
24  place to protect our student athletes to the
25  greatest extent possible.

                                                    22

1  COMMITTEE ON YOUTH SERVICES
2              We have a vibrant league, the largest
3  in the nation. Thirty-five thousand students from
4  180 high schools, 2,400 teams competing in 44
5  sports, that's boys and girls sports.
6              We play more games in major league
7  baseball than the NFL, the NBA combined. And I think
8  if you check our safety record, you'll see it's
9  quite good.
10             However, we do share the sentiments
11 of the bill's sponsors. Safety for us is number one.
12 And our baseball league does use aluminum bats, and
13 we've been using them for quite awhile. And at this
14 point our safety record in baseball is amazingly
15 low. We have very, very few baseball injuries of any
16 kind or by bats. I hear what the Council Member

17  said, why wait for the first incident to happen. But
18  basically we have an excellent safety record. There
19  has been very few baseball injuries, when you think
20  about the number of kids who play and the very low
21  number of injuries and low number of injuries from
22  batted balls. Nothing close to what you described
23  before.
24              We don't operate independently. We
25  operate under rules of the National Federation of

23

1  COMMITTEE ON YOUTH SERVICES
2  the State High School Associations, and under the
3  rules of the New York State Association, which is
4  part of that.
5              And we do rely on them for their
6  guidance on these type of issues. We work closely
7  with them. We have sought their advice on the issue.
8  And it is the federation's opinion that aluminum
9  bats do not represent a significantly greater risk
10 than wooden bats.
11             And in our research across the
12 country, very, very few, with very few exceptions,
13 aluminum bats are used by high schools and by
14 colleges.
15             So, you know, the federation in the
16 country, and in State federation, they tell us

```
17  they've reviewed this very carefully. They have
18  established a ball exit speed ratio, which you've
19  questioned before, but based on their assurances and
20  their studies, we have continued to use the aluminum
21  bats.
22              The State High School, New York State
23  Public High School Association conducted a survey in
24  2004 and '05, and they also reported that the
25  injuries, and they questioned coaches throughout the
```

24

```
1  COMMITTEE ON YOUTH SERVICES
2  State, were very insignificant. Too insignificant to
3  push any sort of a policy change.
4              However, you know, it is true that
5  aluminum bats provide better offense for players at
6  the marginal levels and the good players because
7  their ability to perhaps swing, get around the ball
8  a little better, and get a better hit. But, again,
9  based on what we have learned from the federations
10 and so forth, the overall speeds are not at any
11 level that present a greater danger than wooden
12 bats.
13             Now, the Council Member said those
14 studies are flawed, and influenced by other players,
15 and he calls for an exhaustive study totally neutral
```

NYC0000224

16　and objective, and we will certainly welcome that
17　kind of study, if there is any study or
18　incontrovertible evidence that would point to a
19　danger, a significant danger to our kids, we will be
20　the first to work with the Council towards that.
21　　　　　　　But we are relying somewhat on the
22　studies from the federations. We work with
23　federations, the National Federation, as far as we
24　know, these -- our organizations is dedicated to our
25　kids and students and anyone else and concerned with

25

1　COMMITTEE ON YOUTH SERVICES
2　their safety as well. And based on their guidance,
3　we have not moved to eliminate the wooden bat.
4　They've told us over and over again that they do not
5　believe this represents a significantly greater
6　threat to our kids.
7　　　　　　　Once again, studies show otherwise,
8　you know, we will take those studies very seriously
9　and we will act accordingly.
10　　　　　　We believe that, you know, we have a
11　very vibrant baseball league. We have a lot of
12　participation from a lot of kids, some of our kids
13　go to college based on their abilities in baseball,
14　and we believe that it provides the right
15　competitive balance. They get a lot of kids playing.

60

```
 1  COMMITTEE ON YOUTH SERVICES
 2  adopted them. And the purpose of these are to assure
 3  that the speed does not exceed what they deem to be
 4  --
 5            MR. OESTREICHER: This is a measure
 6  they took in reaction to some earlier studies --
 7            COUNCIL MEMBER GERSON: But, again, if
 8  we did our own test, I think Councilman Oddo's point
 9  about New York City being a leader rather than a
10  follower is well taken. If we did our own test,
11  that's something we would look into.
12            MR. OESTREICHER: Absolutely.
13            COUNCIL MEMBER GERSON: And lastly,
14  what about safety equipment. If there is this
15  concern for an increase in the -- if there is an
16  admission rather, if there is an increase in the
17  speed coming off of an aluminum bat, and clearly
18  there has got to be to some degree some greater
19  danger with the increase, has there been
20  consideration or evaluation at the high school
21  level? And also, though it's not the subject of the
22  bill, since they do use aluminum bats at the middle
23  school level, or lower ages of implementing greater
24  protective gear equipment, pitchers wearing helmets,
25  or pitchers wearing chest guards, which I understand
```

18           I think you have a copy of my
19  statement, and I would just like to mention a couple
20  of things about the state of the baseball injuries
21  at this time. And all I'm giving you is factual
22  information.
23           In a ten-year study of Little League
24  Baseball from '87 through '96, the authors found
25  5,882 batted ball injuries. Five-thousand

                                              136

1   COMMITTEE ON YOUTH SERVICES
2   eight-hundred and eighty-two. Two-thousand
3   one-hundred and forty-two were outfielders, 2,135 to
4   infielders, and 1,022 to pitchers.
5            Now, during that ten-year period of
6   time there were 17 million participants in that
7   little league baseball. The batted ball injury rate
8   was 3.4 injuries per 10,000 participants. There are
9   also 13 fatalities during that ten-year period of
10  time, and one of those was from a batted ball.
11           Now, as a member of the USA Baseball
12  Medical and Safety Advisory Committee, we also
13  looked at catastrophic injuries from the
14  organizations associated with USA baseball which was
15  from youth baseball, all the way through NCAA
16  baseball. And I don't want to mention the word

NYC0000338

17  "insignificant," because I know there's not any
18  injuries that are insignificant. But I'm telling you
19  right now what the numbers are. The numbers are low.
20  And when you look at the overall injury rate of 0.11
21  catastrophic injuries, death, permanent disability,
22  serious injury, full recovery, per 100,000
23  participants, and one catastrophic injury for every
24  1 million participants. And I know if that one
25  injury is to Councilman Oddo's son, it's not an

137

1   COMMITTEE ON YOUTH SERVICES
2   insignificant injury. I realize that. I also collect
3   data on football injuries, and they come across my
4   desk every day. And every day I have to read those
5   articles about those injuries. And I don't feel good
6   about any of them. But I'm collecting the data, and
7   the data is important for the people making
8   decisions on rules and equipment to look at the
9   data.
10             The National Center for Catastrophic
11  Sports Injury Research, which I'm the Director at
12  the University of North Carolina, Chapel Hill,
13  collects catastrophic injury data for high schools
14  and colleges across the country. We started at 1982.
15  We've collected football data since 1931. I've been
16  accused of starting it in 1931, but it actually

NYC0000339

17  wasn't me.
18              The football data decreased the
19  number of football deaths from 36 deaths in 1968 to
20  zero deaths in 1990. That was from the collection of
21  data and recommendations on the data.
22              So, the National Center for
23  Catastrophic Sports Injury Research collected
24  baseball injury data from '82, '82, 2003, 2004.
25  College pitchers, four catastrophic batted ball

                                                    138

1   COMMITTEE ON YOUTH SERVICES
2   injuries, one permanent disability injury, and three
3   recovery injury and during that time 500,000
4   participants.
5               High school pitchers, 11 catastrophic
6   batted ball injuries, four disability, permanent
7   disability injuries, five recovery and two were
8   unknown.
9               During that period of time there were
10  9 million participants.
11              Now, we talked before that people
12  were concerned that looking at batted ball injuries
13  from a wood bat, batted ball injuries from the metal
14  bat. There has been no studies looking at the
15  difference between the metal and the wood bat, by

NYC0000340