# Exhibit 15

```
 1

 2  CITY COUNCIL

 3
    CITY OF NEW YORK
 4
    ------------------------------x
 5
    THE TRANSCRIPT OF THE MINUTES
 6
           of the
 7
    COMMITTEE ON YOUTH SERVICES
 8
    ------------------------------x
 9

10           March 12, 2007
             Start:  11:15 a.m.
11           Recess: 12:25 p.m.

12           City Hall
             250 Broadway, 14th Floor
13           New York, New York

14
      B E F O R E:
15
             MIGUEL MARTINEZ
16                Acting Chairperson,

17
             COUNCIL MEMBERS:  Sara Gonzalez
18                Melissa Mark-Viverito
                  Dennis Gallagher
19                James Oddo
```

7  Sunday, April 4th, 2004, New York Post with the

8  headline "Lucky to be alive." Details when Al

9  Leighter was hit with a baseball playing a game

10 against the Marlins, and just to remind the

11 Committee about what Mr. Frankle, you know, had that

12 been an aluminium bat, what the outcome might have

13 been.

14         Thank you, Frankle, I appreciate it.

15         Thank you, Mr. Chairman.

16         ACTING CHAIRPERSON MARTINEZ: Thank

17 you for your testimony. Can we call the next panel?

18         Robert Cruz, Walter Stampfel, Steve

19 Mandl, and Dan Palombo.

20         Please identify yourself. And, again,

21 I want to remind everyone, we have three minutes to

22 testify. Identify yourself and whenever you're

23 ready.

24         MR. STAMPFEL: My name is Walter

25 Stampfel. I'm the Baseball Chairman for the Catholic

9

1  COMMITTEE ON YOUTH SERVICES

2  High Schools Athletic Association of the Archdiocese

3  of New York and also the Diocese of Brooklyn. We

4  represent over 30 Catholic high schools in the

5  Metropolitan area, mostly New York City, and more

6  than 1,500 student athletes that participate in

7  baseball. Other than the PSAL, we are the largest

8  group that will be affected by this bill.

9            Over the last six months, the

10  ramifications of this bill have been discussed from

11  many different angles - cost, enforcement, college

12  recruiting, and, of course, safety, are just a few

13  of the dozens of issues that have been raised. I

14  don't come here today to argue any of those

15  specifics. That could take hours. I come here simply

16  to say let the experts decide.

17            The National Federation of High

18  Schools, the governing body of our sport by whose

19  rules we play, has spent substantial time over many

20  years working to ensure the safety of our sport.

file:///C|/YS31207.V1.txt (12 of 86)5/21/2007 8:28:23 AM

NYC0003506

21  Nothing is more important to them, it is their top

22  priority.

23              The Federation consists of educators,

24  administrators and coaches, and hundreds of years of

25  experience in high school sports. Their perspective

10

1  COMMITTEE ON YOUTH SERVICES

2  is broad and their concern for the safety of our

3  athletes has been compromised. The federation is

4  constantly reviewing the rules of baseball for high

5  schools.

6              In recent years, the National

7  Federation has implemented more rigorous standards

8  for batting helmets, catcher's equipment, and has

9  adjusted rules for sliding to ensure player safety.

10              Most importantly, the Federation has

11  already addressed the issue of aluminum bat safety

12  by establishing weight to length ratios and barrel

13 dimensions that bring the bats within acceptable

14 safety standards. The Bat Exit Speed Ratio, BESR,

15 minus three.

16          We have observed and supported the

17 performance changes ourselves as coaches. From

18 listening to some people, you would think that the

19 issue of bat safety has been totally ignored by the

20 federation. Some studies have even been quoted that

21 were done before the safety standards were put into

22 place. These studies are irrelevant in today's game.

23          We respectfully suggest that the

24 National Federation has a good grasp on the safety

25 issues at hand and urge you to vote no on this

11

1 COMMITTEE ON YOUTH SERVICES

2 proposal.

3          While we love baseball and think the

4 issue is important, it seems to us that there are

5  far more pressing matters of public safety on which

6  the City Council could make an impact.

7            Every piece of equipment used at

8  Catholic High School Athletic Association and

9  baseball games meet the standards established by the

10 National Federation. We'll use whatever they tell us

11 to use. If they tell us to use wood bats, we'll be

12 happy to. They are the experts in this field and we

13 trust their judgment. They acted on this a few years

14 ago and have not seen the need to do so since. A no

15 vote on this proposal is not a vote against safety.

16 It is simply a yes vote on letting the experts

17 decide.

18           MR. CRUZ: Hi. My name is Robert Cruz.

19 I'm an assistant coach at Hofstra University, and

20 the Vice President of a travel organization, the New

21 York Cardinals, and 16-year-old Travel Coach. I

22 really strongly believe it's not a safety issue

23 concerning the metal bats. We have the regulations

24 in place, as Walter was saying, with BESR standards

25 that we follow, the NCAA, as well as the high

13  name a ton of other names who have been injured.

14              With reference to the e-mail from my

15  Chief of Staff, I probably should give him a raise,

16  because what he was doing is his due diligence. He

17  was reaching out to the medical community, and that

18  man's opinion, you did not misstate it, Mr. Darby,

19  that was his opinion. That was one man's opinion. We

20  reached out to many people, people that testified in

21  the bomb suit against you, people that testified

22  previously, some people responded, some people

23  didn't, some people responded in that manner.

24              Mr. Ettinger, you know I respect you.

25  You are a warrior, you're a brilliant attorney and


54


1  COMMITTEE ON YOUTH SERVICES

2  you're worth the $500 or $1,000 an hour that you

3  get. If this bill is illegal, you will sue, because

4  that's what you've done. And your threat of a

5  lawsuit is why you reached the protocol you did with

6  the NCAA in 1999, and the NCAA backed down.

7           We knew it was the same test. I think

8  by now you realized that we do a little bit of our

9  homework. This is not a question, sir, I'm just

10 making a statement. We do a little bit of our

11 homework, and we understand it was the same test.

12 Frankly, I don't believe that there is evidence out

13 there, and if it is subsequently we will amend the

14 bill, evidence out there -- well, there's evidence

15 out there that says composite bats play like metal

16 bats. So, what we did is put suspenders and belts on

17 and say Major League Baseball says these bats are

18 okay, let's put that on as an added protection. We

19 could dispute, frankly, whether it's the same exact

20 test, but it's a test of composite bats. It's not a

21 test of metal bats, because Major League Baseball

22 doesn't want to go anywhere near metal bats.

23           Thank you, Mr. Chairman.

24           No, no, I'm not done yet. With

25 respect to Mr. Berg, Dr. Berg, you deserve to be

55

1  COMMITTEE ON YOUTH SERVICES

2  called doctor, absolutely. Dr. Berg, we put into

3  evidence previously testimony from Dr. Kremchek, the

4  team physician for the Cincinnati Reds and Dr.

5  Nicholas from the Nicholas Institute locally here,

6  that I think speak to their concerns and their

7  experiences with dealing with kids and the damage

8  from metal bats.

9         Thank you, Mr. Chairman.

10        MR. MANNING: Can I just respond to

11 that, please?

12        ACTING CHAIRPERSON MARTINEZ: Yes, go

13 ahead.

14        MR. MANNING: As I'm saying, these are

15 all opinions by doctors. Unfortunately, none of them

16 are substantiated by any of the objective evidence

17 available to the scientific community.