# Exhibit 20

1

2  CITY COUNCIL

3

CITY OF NEW YORK

4  ------------------------------x

5

THE TRANSCRIPT OF THE MINUTES

6          of the

7  COMMITTEE ON YOUTH SERVICES

8  ------------------------------x

9

10             September 27, 2002
               Start:  10:15 a.m.
11             Recess: 3:30 p.m.

12             City Hall
               Committee Room
13             New York, New York

14

    B E F O R E:

15

        LEWIS FIDLER

16                      Chairperson,

17

        COUNCIL MEMBERS:  Diana Reyna
18                         James Gennaro
                           Alan Gerson
19                         Miguel Martinez
                           Albert Vann
20                         Dennis Gallagher
                           James Oddo
21                         Bill Perkins
                           Bill DeBlasio
22                         Kendall Stewart

23

24  LEGAL-EASE COURT REPORTING SERVICES, INC.
          17 Battery Place -  Suite 1308
25         New York, New York 10004
               (800) 756-3410

NYC0000948

2

1

2  A P P E A R A N C E S

3
    Jack MacKay, Jr.
4
    David Ettinger
5  Easton Sports

6  Freddy Ricci

7  Anthony Ricci

8  Steve Keener
    President/CEO
9  Little League Baseball

10  Dwight Raiford
    Little League Baseball
11
    Frederick O. Mueller, Ph.D
12  USA Baseball

13  Paul Seiler
    USA Baseball
14
    Abraham Key
15  President
    P.O.N.Y. Baseball Softball
16
    Joe Smiegocki
17  Babe Ruth Baseball

18  Marty Archer
    President
19  Louisville Slugger Division
    Hillerich & Bradsby Company
20
    Richard Schmidt
21  H&B, Louisville, Kentucky

22  Walter Stampfel
    Catholic High School Athletic Association
23
    Tobi Bergman
24

25

NYC0000949

3

1  COMMITTEE ON YOUTH SERVICES

2              CHAIRPERSON FIDLER: All right, it's

3  time to play ball. Good morning, and welcome. My

4  name is Lou Fidler, I'm the Chairman of the Youth

5  Services Committee. Before I give my opening

6  statement, I want to introduce the members of the

7  Council that are here.

8              Councilman Oddo from Staten Island,

9  Councilman Martinez from Manhattan, and the

10  Committee staff is to my right, Laura Popa, Perry

11  Stein and Michael Polenberg.

12              Today the Youth Services Committee

13  will consider Intro. 100, a measure which if enacted

14  into law would amend the Administrative Code of the

15  City of New York by prohibiting the use of non-wood

16  bats by minors in competitive baseball games.

17              We will not be taking a vote on this

18  bill today, but it is our intention to present the

19  balance hearing on the pros and cons of this

20  measure.

21              Since its inception, baseball has had

22  a special place in the life of New Yorkers.

23              Everyone is well aware of the rich

24  history professional baseball has had here, a love

25  affair that stretches from the 1880s to the present.

NYC0000950

4

1  COMMITTEE ON YOUTH SERVICES

2  Historians can argue over who and where this great

3  game was invented, but no one can deny that many of

4  baseball's most cherished moments, the majesty of

5  Babe Ruth, Bobby Thompson's shot heard around the

6  world, the heroic dignity displayed by Jackie

7  Robinson, and my personal favorite, the miracle of

8  the 1969 Mets were played out here in New York City.

9            However, in this town baseball is

10  more than a spectator's sport. It's a game that we

11  love to play and a game that we play well and a game

12  we play hard.

13            This was brought home to all of us

14  this year by the tremendous and inspiring

15  performance of the Harlem Little League, their

16  outstanding efforts remind us that our City is a hot

17  bed of youth baseball. Indeed, my own home, both of

18  my boys play Little League Baseball, and as hard as

19  it may be to envision today, as a child I played it

20  too.

21            Considering the place the game of

22  baseball has in the life of our City, it's easy to

23  see why issues relating to the safety of those who

24  play this sport are important. So, today we turn our

25  focus to Intro. 100.

NYC0000951

5

1   COMMITTEE ON YOUTH SERVICES

2              As I previously stated, under the

3   terms of this bill it would be unlawful for minors

4   participating in competitive baseball games held in

5   the City of New York to choose non-wood bats.

6   Competitive games would be defined as "any organized

7   game where certified umpires are present."

8              This bill would effect games

9   conducted by such groups as Little League, Babe Ruth

10  League, American Legion, the Public School Athletic

11  League, and the Catholic High School Athletic

12  Association.

13             Since 1971, aluminum and other

14  non-wood bats have almost completely replaced wooden

15  bats at amateur and youth baseball competitions.

16  There is little doubt that the use of non-wood bats

17  has added to the offensive nature of the game, with

18  increased run production and higher batting averages

19  commonplace.

20             Some have contended that non-wood

21  bats have introduced the risk factor that is

22  inconsistent with the safe conduct of the sport. The

23  belief is that the ball charges off the metal bat,

24  often swung with a greater bat speed, with greater

25  velocity. Therefore, the positioned players closest

NYC0000952

6

1    COMMITTEE ON YOUTH SERVICES

2    to the plate, particularly the pitcher, are at

3    greater risk. They point to a number of anecdotal

4    stories that tell of pitchers who have been

5    seriously injured by balls hit off non-wood bats.

6              Other parties contend that there is

7    absolutely no scientific evidence that conclusively

8    demonstrates that the introduction of non-wood bats

9    has resulted in an unreasonable risk of injury to

10   children and youth who play the game of baseball.

11   They point to statistics that demonstrate that in

12   recent seasons the injury rate in leagues that use

13   non-wood bats have actually decreased.

14             They also point to the risks inherent

15   in wood bats which often break or splinter, and

16   certainly the most graphic recollection we have here

17   in New York in the World Series in 2000, when Mike

18   Bioses' bat splintered off and Roger Clemmens heaved

19   it in Big Mike's direction.

20             Has anyone noticed that I'm a Met fan

21   yet?

22             I am not, as we enter this hearing,

23   convinced, but I have promised and I believe that

24   the Committee should maintain and keep an open mind,

25   before we affect a multi-million dollar industry and

NYC0000953

7

```
1   COMMITTEE ON YOUTH SERVICES

2   before we put our youth sports leagues to the

3   enormous financial expense, at a time when money is

4   scarce, of replacing their stock of bats, we need to

5   be absolutely certain. It has to be proven that

6   there is a higher risk to our children.

7                  If it is proven, then we're obligated

8   to act. But really only if it's proven.

9                  We're joined by Councilman Vann from

10  Brooklyn as well. I am going to give the leading

11  proponent of the legislation, Councilman James Oddo,

12  an opportunity to make a statement and to play a

13  videotape which he feels will put the case for his

14  legislation before you.

15                 Councilman Oddo.

16                 COUNCIL MEMBER ODDO: Thank you, Mr.

17  Chairman.

18                 Let me just begin by saying I hope

19  that the fact that we're both Mets' fans is not the

20  only thing that we agree upon by the end of the day.

21                 I would like to begin by extending to

22  Speaker Gifford Miller and to you, Mr. Chairman, my

23  deepest appreciation for scheduling this hearing and

24  allowing for a public discussion of an issue that at

25  first blush might seem a bit unusual for the halls
```

NYC0000954

8

1  COMMITTEE ON YOUTH SERVICES

2  of this hollow chamber.

3          Moreover, given some of the recent

4  less than flattering articles about the Council's

5  interest in issues outside the traditional purview

6  of this body, I'm particularly appreciative.

7          The uninitiated may believe that with

8  all of the various complex issues before the City of

9  New York, it's a bit odd that a member of the City

10  Council has become fixated on the dangers of

11  high-tech bats. Let me be perfectly clear,

12  unapologetic, and dare I say a bit defiant right

13  from outset, that with all due respect to past and

14  present members of this body, this legislation is

15  not a repeat of the infamous ferret bill. Simply

16  put, this is an issue of safety. And the value one

17  places on this bill is predicated on the value one

18  places on the health, safety and well-being of young

19  people.

20          My interest in this issue stems from

21  the fact I am a passionate baseball fan. But perhaps

22  it also results from having had a mother stand in my

23  office depicting what it was like to watch her son

24  die on an athletic field before her very eyes.

25          Not a baseball diamond, mind you, but

NYC0000955