UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
USA BASEBALL, THE NATIONAL HIGH              :
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS        :
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,          :     **AFFIDAVIT OF SERVICE**
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY,              :     Civil Action No. 07-CV-3605 (JGK)
HILLERICH & BRADSBY COMPANY, INC.,

                Plaintiffs,                           :
   vs.                                                      :

CITY OF NEW YORK,                             :

                Defendant.                           :
-----------------------------------------------------------------x
STATE OF NEW YORK   )
                      SS.:
COUNTY OF NEW YORK)

      DENNY LEE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey Ballantine LLP.

      On the 29th day of May, 2007, I served the following documents by hand to the attorneys listed below at their address designated for service of papers:

      (a)    NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AND FOR SUMMARY JUDGMENT WITH SUPPORTING DECLARATIONS;

      (b)    PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION AND MOTION FOR SUMMARY JUDGMENT; and

      (c)    PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.

Jerald Horowitz, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
Room 5-189
New York, New York 10007

                                                        DENNY LEE
                                                        Lic. No. 1204789

Sworn to before me this
29th day of May, 2007

_____ M. Kohberger
NOTARY PUBLIC
KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147080
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 2010