```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.

                            Plaintiffs,

- against -                         Civil Action No. 07-CV-3605 (JGK)

CITY OF NEW YORK,

                            Defendant.
------------------------------------------------------------X

## STIPULATION AND SCHEDULING ORDER

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiffs and Defendant that:

1. Plaintiffs shall file a Motion for Preliminary Injunction and for Summary Judgment no later than May 29, 2007.

2. Defendant shall file its Response to Plaintiffs' Motions by June 19, 2007, and its Cross-Motion for Summary Judgment by June 19, 2007.

3. Plaintiffs shall file a Response to Defendant's Cross-Motion for Summary Judgment and the Reply to Defendant's Response to Plaintiffs' Motion for Preliminary Injunction by June 29, 2007.

DETROIT.2630913.1

4. Defendant shall file its Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment by July 6, 2007.

5. The above papers shall be served on opposing counsel via hand delivery by 3:00 p.m. on the respective dates indicated above.

6. Defendants shall produce the legislative record at issue in "tiff" format by no later than Tuesday, May 22, 2007. Plaintiffs shall reimburse Defendants for costs of production of this record at $0.14 per image.

7. Plaintiffs shall withdraw their FOIL request dated April 25, 2007.

8. Defendant's time to answer Plaintiffs' Complaint shall be extended until 10 days after a final determination is made on the motions set forth above.

DEWEY BALLANTINE LLP

By: _____
John F. Collins (JC-9924)
A Member of the Firm
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

HONIGMAN MILLER SCHWARTZ
& COHN LLP

By: _____
David A. Ettinger (P26537)
A Member of the Firm
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7368

Attorneys for Plaintiffs

2

          MICHAEL A. CARDOZO
          Corporation Counsel of the
            City of New York
          Attorney for Defendant
          100 Church Street, Room 5-189
          New York, New York 10007
          (212) 442-0589

          By: _____
              Jerald Horowitz (JH 8395)
              Assistant Corporation Counsel

Dated: New York, New York
       5/29, 2007

SO ORDERED:

_____
U.S.D.J.