UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL
BASEBALL COACHES ASSOCIATION, DR. PETER
BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL
ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN
TORRES, EASTON SPORTS, INC., WILSON
SPORTING GOODS CO., RAWLINGS SPORTING
GOODS COMPANY, HILLERICH & BRADSBY
COMPANY, INC.,

                                        Plaintiffs,

                    - against -

CITY OF NEW YORK,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07 Civ. 3605 (JGK)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of JOHN F. COLLINS attorney for Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   JEFFREY H. KURAS

Firm Name:          Honigman Miller Schwartz and Cohn LLP

Address:            660 Woodward Avenue, 2290 First National Building

City/State/Zip:     Detroit, MI 48226-3506

Telephone/Fax:      313 465-7446
                    313 465-7447

Email Address:      jkuras@honigman.com

is admitted to practice pro hac vice as counsel for the named plaintiffs in the above captioned case in the United States
District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the
Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.
Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  May 7, 2007
New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____         SDNY RECEIPT# _____