UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TIT0
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.,

**NOTICE OF MOTION
FOR SUMMARY JUDGMENT**

No. 07 CV 3605 (JGK)(DFE)

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant.

------------------------------------------------------------------------ X


PLEASE TAKE NOTICE that defendant City of New York, by its undersigned

counsel, will move this Court before the Honorable John G. Koeltl, at the United States

Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time to be

designated by the Court, for an order:

   a) pursuant to Federal Rules of Civil Procedure, Rule 56(c), for summary

      judgment in favor of defendants, on the ground there is no genuine issue of

      material fact and defendant is entitled to judgment as a matter of law in its

      favor, and

   b) granting such other relief as may be appropriate.


This motion is based on this Notice of Motion, the accompanying Declaration of

Jerald Horowitz, dated June 18, 2007, Declaration of Laura Popa, dated June 18, 2007,

Defendants' Response To Plaintiffs' Statement Pursuant to Local Rule 56.1 and Defendant's

Counter Rule 56.1  Statement of Material Undisputed Facts, dated June 18, 2007, Memorandum

of Law, dated June 19, 2007, the moving papers served by the plaintiffs on May 29, 2007, and on

the pleading and papers on file in this action.

Pursuant to the Court's May 29, 2007 Order, plaintiffs' responsive papers are to

be served by June 29, 2007, and defendant's reply papers by July 6, 2007, in accordance with the

stipulation of the parties.

Dated:       New York, New York
             June 19, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendant
                                        100 Church Street, Room 5-189
                                        New York, New York 10038
                                        (212) 442-0589

                              By:    _____
                                        Jerald Horowitz (JH 8395)
                                        Assistant Corporation Counsel

To:    John F. Collins
       Dewey Ballantine LLP
       1301 Avenue of the Americas
       New York, New York 10019
       (212) 259-8000

       David A. Ettinger
       Jeffrey H. Kuras
       Honigman Miller Schwartz and Cohn LLP
       660 Woodward Avenue
       2290 First National Building
       Detroit, Michigan 48226-3506
       (313) 465-7368

       Attorneys for Plaintiffs

Index No. 07 CV 3605 (JGK) (DFE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES
ASSOCIATION, DR. PETER BERG, JUAN
HERNANDEZ, DENNIS CANALE, MEL
ZITTER, MICHAEL CRUZ, TITO NAVARRO,
JOHN TORRES, EASTON SPORTS, INC.,
WILSON SPORTING GOODS CO., RAWLINGS
SPORTING GOODS COMPANY, and ILLERICH
& BRADSBY CO.,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant

**NOTICE OF MOTION
FOR SUMMARY JUDGMENT**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*Address for Service of Papers*
*100 Church Street, Room 5-189*
*New York, N.Y. 10007*

*Of Counsel: Jerald Horowitz*
*Tel: (212) 442-05890*
*NYCLIS No.2007-015516*