2



# The New York City Council

## Legislative Master

New York City Council
City Hall
New York, NY 10007

### File Number: Int 0341-2006

| | | |
|---|---|---|
| **File Number:** Int 0341-2006 | **File Type:** Introduction | **Status:** Enacted |
| **Version:** A | **Reference:** | **Controlling Body:** Committee on Youth Services |
| | | **Introduced:** 05/10/2006 |
| **File Name:** Prohibiting the use of non-wood bats by minors. | | **Final Action:** 04/23/2007 |

**Title:** A Local Law to amend the administrative code of the city of New York, in relation to prohibiting the use of non-wood bats.

**Notes:**

**Sponsors:** By Council Members Oddo, Fidler, Sears, White Jr., McMahon, Vallone Jr., Felder, Martinez, de Blasio, Gallagher, Comrie Jr., Mendez, Reyna, Brewer, Stewart, Yassky, Nelson, Seabrook, Addabbo Jr., Recchia Jr., Gioia, Barron, Arroyo, Baez, Palma, Vacca, Koppell, Gonzalez, Lappin, Vann, Ignizio, Rivera and The Public Advocate ( Gotbaum)

**Attachments:** Int. No. 341 - 5/10/06, Proposed Int. No. 341A - 10/23/06, Memorandum In Support, Committee Report 10/23/06, Hearing Transcript 10/23/06, Committee Report 3/12/07, Hearing Transcript 3/12/07, Fiscal Impact Statement, Press Release 4/2/07, Mayor's Veto Message, Committee Report 4/18/07, Hearing Transcript 4/18/07, Press Release 4/23/07

**Enactment Date:** 04/23/2007

**Enactment Number:** 2007/020

## History of Legislative File

| Version: | Acting Body: | Date: | Action: | Sent To: | Due Date: | Return Date: | Result: |
|---|---|---|---|---|---|---|---|
| * | City Council | 05/10/2006 | Introduced by Council | | | | |
| | Action Text: This Introduction was Introduced by Council | | | | | | |
| * | City Council | 05/10/2006 | Referred to Comm by Council | Committee on Youth Services | | | |
| | Action Text: This Introduction was Referred to Comm by Council to the Committee on Youth Services | | | | | | |
| * | Committee on Youth Services | 10/23/2006 | Hearing Held by Committee | | | | |
| | Action Text: This Introduction was Hearing Held by Committee | | | | | | |
| | Notes: Proposed Int. No. 341-A | | | | | | |
| * | Committee on Youth Services | 10/23/2006 | Amendment Proposed by Comm | | | | |
| | Action Text: This Introduction was Amendment Proposed by Comm | | | | | | |

*Legislative Master Continued (Int 0341-2006)*

|   |   |   |   |   |
|---|---|---|---|---|
| * | Committee on Youth Services | 10/23/2006 | Laid Over by Committee | |
| | Action Text: | This Introduction was Laid Over by Committee | | |
| * | Committee on Youth Services | 03/12/2007 | Hearing Held by Committee | |
| | Action Text: | This Introduction was Hearing Held by Committee | | |
| | Notes: | *Proposed Int. No. 341-A* | | |
| * | Committee on Youth Services | 03/12/2007 | Amendment Proposed by Comm | |
| | Action Text: | This Introduction was Amendment Proposed by Comm | | |
| * | Committee on Youth Services | 03/12/2007 | Amended by Committee | |
| | Action Text: | This Introduction was Amended by Committee | | |
| A | Committee on Youth Services | 03/12/2007 | Approved by Committee | Pass |
| | Action Text: | A motion was made that this Introduction be Approved by Committee approved by Roll Call. | | |
| | | Affirmative 4 | Gonzalez; Martinez; Mark-Viverito and Gallagher | |
| | | Absent 3 | Fidler; Gerson and Mealy | |
| A | City Council | 03/14/2007 | Approved by Council | Pass |
| | Action Text: | A motion was made that this Introduction be Approved by Council approved by Roll Call. | | |
| | | Affirmative: 40 | Speaker Quinn, Addabbo Jr., Arroyo, Baez, Barron, Brewer, Comrie Jr., de Blasio, Felder, Fidler, Foster, Gallagher, Gennaro, Gentile, Gerson, Gioia, Gonzalez, Ignizio, Jackson, Koppell, Mark-Viverito, Martinez, McMahon, Mealy, Mendez, Nelson, Oddo, Palma, Recchia Jr., Reyna, Rivera, Sanders Jr., Seabrook, Sears, Stewart, Vacca, Vallone Jr., Vann, White Jr. and Yassky | |
| | | Negative: 6 | Avella, Dickens, Garodnick, Katz, Liu and Weprin | |
| | | Excused: 1 | Dilan | |
| | | Abstain: 2 | James and Monserrate | |
| | | Maternity: 1 | Lappin | |
| A | City Council | 03/14/2007 | | |
| A | City Council | 03/14/2007 | Sent to Mayor by Council | |
| | Action Text: | This Introduction was Sent to Mayor by Council | | |
| A | Mayor | 04/04/2007 | Vetoed by Mayor | |
| | Action Text: | This Introduction was Vetoed by Mayor | | |
| | Notes: | *Notice of Veto received 04-04-2007* | | |
| A | Committee on Youth Services | 04/18/2007 | Hearing Held by Committee | |
| | Action Text: | This Introduction was Hearing Held by Committee | | |
| A | Committee on Youth Services | 04/18/2007 | Approved by Committee | Pass |
| | Action Text: | A motion was made that this Introduction be Approved by Committee approved by Roll Call. | | |
| | | Affirmative 6 | Fidler; Gerson; Gonzalez; Martinez; Mark-Viverito and Gallagher | |
| | | Absent 1 | Mealy | |
| A | City Council | 04/23/2007 | Overridden by Council | Pass |
| | Action Text: | A motion was made that this Introduction be Overridden by Council approved by Roll Call. | | |
| | | Affirmative: 41 | Speaker Quinn, Addabbo Jr., Arroyo, Barron, Brewer, Comrie Jr., Dickens, de Blasio, Felder, Fidler, Foster, Gallagher, Gennaro, Gentile, Gerson, Gioia, Gonzalez, Ignizio, Jackson, James, Koppell, Liu, Mark-Viverito, Martinez, McMahon, Mealy, Monserrate, Nelson, Oddo, Recchia Jr., Reyna, Rivera, Sanders Jr., Seabrook, Sears, Stewart, Vacca, Vallone Jr., Vann, White Jr. and Yassky | |

*Legislative Master Continued (Int 0341-2006)*

|   |              | Negative:  | 4 | Avella, Dilan, Garodnick and Weprin |
|---|--------------|------------|---|--------------------------------------|
|   |              | Excused:   | 4 | Baez, Katz, Mendez and Palma        |
|   |              | Maternity: | 1 | Lappin                               |
| A | City Council | 04/23/2007 |   |                                      |

**Text of Legislative File Int 0341-2006**