3

OUR PRODUCTS | TEAM RAWLINGS | SHOP ONLINE | DEALER LOCATOR | FUN EXTRAS | ABOUT RAWLINGS

# PRESS RELEASES

04/23/2007 - RAWLINGS UNVEILS NEW RUSH BATS

ST. LOUIS, Mo. (April 23, 2007)— Today Rawlings launched its latest bat creations: the Rush Comp and Rush Gold bats. The Rush Comp utilizes an all composite design whereas the Rush Gold features a composite handle and a Liquidmetal® Gold barrel. Both bats feature new Rapid Performance Matching™ Composite Technology. The Rush Comp and the Rush Gold bats are available in high school/collegiate, senior league, youth baseball, and fast pitch softball versions. The Rush Comp bats are also available in slow pitch softball versions.

"Our research has consistently shown that not all players have the same type of swing," said Scott Sieborn, Rawlings Product Director of Bats/Balls. "The Rush Comp and the Rush Gold bats are truly unique in that they are optimized for different athletes and feature the latest in composite design."

**Rush Comp Key Features:**

**Oversized Barrel Technology:** Exclusive RPM™ Composite Barrel Technology goes where metal and other composite bats can't. The monster barrel on the Rush has been extended which increases the hitting surface, allowing you to deliver a knockout blow.

**Exclusive RPM™ Composite Barrel:** The Rush Comp features Rapid Performance Matching Technology which utilizes carbon fiber and other composite materials to accelerate the performance of key bat components. This technology goes beyond metal bat design and provides a custom fit response during the split-second bat-ball collision.

**Sweet Spot Comparison:** With its 8.5" barrel, the Rush Comp boasts the industry's best sweet spot. With a sweet spot that is 12-18% longer than would-be competition, the Rush Comp delivers the explosive power needed at the plate. (Based on -3/33"/30 oz. comparison).

**Ultra Deep Trampoline:** At the moment of impact, the Rush's barrel flexes and cradles the ball, then rebounds quickly. The result is a ball that's propelled forward with rocket force.

**Tournament Flex Handle:** Rush Comp bats utilize a super stiff Tournament Flex handle constructed from multiple layers of carbon fiber and fiberglass. This stiff design channels impact force to the barrel, allowing it to flex and rebound like only RPM™ Composite can.

**105 MPH End Plug:** Rush Comp bats feature a completely new, ultra-tough end plug. Extensive testing has shown this end plug to withstand direct impacts up to 105 miles per hour.

**Rush Gold Key Features:**

**Liquidmetal® Gold Barrel:** The new Rush Gold features 15% more Liquidmetal® which provides a surface that's twice as strong as titanium. This super spring material allows for even more Pure Energy Transfer™.

**RPM Composite Technology:** The Rush Gold features Rapid Performance Matching Technology which optimizes the combination of a composite handle and a Liquidmetal® Gold barrel. This technology goes beyond metal bat design and provides a custom fit response during the split-second bat-ball collision.

**Dynamic Flex Handle:** Rush Gold bats utilize a Dynamic Flex handle which is 50% stiffer than our Plasma Fusion while still providing significant whip during your swing. This handle flex accelerates bat head speeds to levels optimal for use with Liquidmetal® Gold Barrel Technology.

**Precision Balanced:** The Rush Gold's Liquidmetal® barrel is precision balanced for a great feel that's not too end heavy. As a result, you get even more bat speed and flex.

**Low Rider 105 mph End Plug:** The Rush Gold features a completely new, ultra tough, end plug. Extensive testing has shown this end plug to withstand direct impacts up to 105 miles per hour. In addition, the new Low Rider profile reduces damage due to miss-hits off the end.

You can learn more about the new Rush bats at www.rawlings.com/rush.

**About Rawlings:**

Rawlings is a leading marketer and manufacturer of baseball equipment and of other sporting goods in the United States. Rawlings is the Official Baseball and Helmet of Major League Baseball® and official ball of the NCAA® baseball championships. Rawlings is also the Official Basketball of the NAIA®, NJCAA®, AAU® and many other organizations as well as official football of the NAIA®. For more information, please visit www.rawlings.com.

###

< Back to Press Releases



THE FUSION OF THE ULTIMATE
METAL AND COMPOSITE TECHNOLOGIES
DELIVERS EXPLOSIVE POWER



RAWLINGS WELCOMES
NEW ADVISORY STAFF MEMBER

TULANE BASEBALL ™

OTHER ADVISORY STAFF MEMBERS
POWERED BY FUSION





UNIVERSITY OF CALIFORNIA IRVINE

UNIVERSITY OF VIRGINIA

UNLOCK THE FUSION AND
OTHER RAWLINGS PRODUCTS IN



www.mvp06ncaabaseball.com











## PURE ENERGY TRANSFER™ WITH HALF THE STING

The machined-aluminum Fusion-Flex Transmitter conducts the energy transfer between the handle and barrel. Upon ball impact, the Transmitter allows the fused Liquidmetal and carbon fiber to work together to deliver maximum velocity. The Transmitter also drastically blocks vibration, providing twice the sting protection versus comparable aluminum models.



## STRONGER THAN TITANIUM 20% MORE POP 30% LARGER SWEET SPOT

Twice as strong as titanium, Liquidmetal is renowned for the pure flow of energy. Its amorphous atomic structure returns 29% more energy upon ball impact. The result is 20% more trampoline and a 30% larger sweet spot than competitive models.

In yield strength tests of cast alloys, Liquidmetal was 250% stonger than titanium. Yield strength tests the amount of stress a material can endure before deforming.



**The FUSION of the best metal and composite technologies in the world has yielded the next generation in baseball bats from Rawlings.>>>**

## A 100% COMPOSITE HANDLE DELIVERS TWICE THE FLEX

Constructed from ultra-strong, highly flexible carbon fiber, Fusion-Flex Technology delivers two times more flex than comparable aluminum models. This precision-tuned whip action is engineered for use with Liquidmetal® and greatly enhances the Plasma barrel's trampoline.



Home    Technology    Bat Finder    Gallery    Colleges    Blog

Rawlings

THE LATEST IN COMPOSITE DESIGN.
100% KNOCK-THE-THREADS OUT OF THE BALL TECHNOLOGY.

The all-new Rush bat is about uninhibited power. The Rush Gold features 15%
more Liquidmetal® than our previous breakthroughs. The Rush Comp features
a monster barrel that crushes like a war club. Both are optimized to deliver a
knock-out blow in the split second moment of impact. The result?
The most technologically advanced weapon on the field.

RUSH COMP

Rawlings

The latest in 100% all-composite design
with a monster barrel and stiff Tournament
Flex Handle. Explore the world of the
all-new Rush Comp.

+ More About The Rush Comp

RUSH GOLD

Rawlings

A 100% Composite Dynamic Flex Handle
with a Liquidmetal® Gold barrel that's twice th
strength of titanium. See the performance that
can only come from the all-new Rush Gold.

+ More About The Rush Gold

FEEL THE RUSH

Experience a pop like you've never seen
before.

+ View the Movie

