**4**

**EASTON**

- Adult Baseball
- Youth Baseball
- Youth Baseball (Senior League)
- Slow-Pitch Softball
- Fastpitch Softball
- Preferred Players
- News & Info +
- Retailer Locator
- Home

- Easton Poll
- Press Releases
- FAQs
- Contact Easton
- Links

**EASTON UNVEILS STEALTH COMP CNT: WORLD'S FIRST CARBON NANOTUBE TWO-PIECE ALL-COMPOSITE BATS**
*New Bat Line Features Patented CNT Technology and the Widest Sweet Spots in the Game for Maximum Performance*

**May 11, 2006** -- VAN NUYS, Calif. – Easton Sports, the leading manufacturer of sporting goods, today introduced the Stealth Comp CNT bat line, the world's first carbon nanotube two-piece all-composite bats. Featuring numerous cutting edge technologies including patented CNT technology and patented two-piece ConneXion™ design, the new Stealth Comp CNT represents the best bats Easton Sports has ever made, according to Mike Zlaket, vice president baseball/softball for Easton Sports.

"For the last 35 years, virtually every breakthrough non-wood bat technology has been pioneered by Easton, and the Stealth Comp CNT is no exception," said Zlaket. "It is by far the most advanced product line we've ever launched. Players at all levels are going to be amazed by the feel and performance of these bats."

Unlike aluminum that has the same strength and stiffness in all directions, composite fibers have very high strength and stiffness in the direction of the fibers but much lower strength and stiffness across the fibers. This allows Easton's research and development team to apply exclusive patented design technologies to customize bat barrels to create the widest sweet spots ever.

The Stealth Comp CNT bats feature exclusive carbon nanotube technology made possible by Zyvex NanoSolve® materials. Sixteen times stronger than steel and one-billionth of a meter in size, CNT is perhaps the strongest fiber that will ever be made. The addition of CNT strengthens composite structures to allow for bigger sweet spots and maximum performance along the entire length of the barrel.

Finally, Easton's patented ConneXion technology acts like a hinge to provide the most efficient energy transfer from handle to barrel, resulting in maximum bat head "whip" for a quicker bat and more power through the hitting zone.

The Stealth Comp CNT bat line spans all of Easton's bat categories including: Adult, Senior League, Youth, Slow-pitch and Fastpitch. Stealth Comp CNT bats will be available in all major sporting good stores beginning June 2006.

To receive more information or schedule an interview with an Easton Sports representative, contact (310) 578-7050 or e-mail dianella@formulapr.com.

About Zyvex Corporation
Zyvex Corporation, based in Richardson, Texas, is the first molecular nanotechnology company. Zyvex's vision is to be the leading worldwide supplier of tools, products, and services that enable adaptable, affordable, and molecularly precise manufacturing. Zyvex commercializes nanotechnology to address real-world applications with high growth potential. Zyvex carries its scientific breakthroughs into key commercial applications in the area of materials, tools, and structures. www.zyvex.com.

About Easton Sports
Easton Sports is a developer, manufacturer, marketer and distributor of baseball, softball, hockey and cycling equipment for both sports professionals and enthusiasts. Easton Sports focuses on its ability to innovate and create products of unmatched quality and performance including the No. 1 bat in the College World Series®, Women's College World Series®, Little League World Series®, and Slow-Pitch Softball, as well as the No. 1 stick in the National Hockey League.

Headquartered in Van Nuys, Calif., Easton Sports employs more than 1,200 people worldwide and maintains facilities in Utah, California, Mexico, Canada and Asia. For further information, please visit the company online at www.eastonsports.com.

# # #

« Back   Top of page

© 2006 Easton Sports. All Rights Reserved. | Bat Warranty Information | Online Bat Registration | Site Credit | Legal Disclaimer & Privacy Policy | French Version



# THE STEALTH COMP CNT

## PATENTED CNT TECHNOLOGY. THE WIDEST SWEET SPOT EVER. MAXIMUM PERFORMANCE.

### WIDEST SWEET SPOT EVER

Unlike aluminum that has the same strength and stiffness in all directions, composite fibers have very high strength and stiffness in the directional of the fibers but much lower strength and stiffness across the fibers. This allows Easton's R & D team to customize bat barrel flex using exclusive, patented design technologies to create the Stealth Comp CNT, a revolutionary and superior bat with the widest sweet spot ever.

### PATENTED CONNEXION™ TECHNOLOGY

Acting like a hinge the Connexion™ provides the most efficient energy transfer from handle to barrel, resulting in maximum bat head swing for a quicker bat and more power through the hitting zone.

### EXCLUSIVE CNT CARBON NANOTUBE ENHANCED ALL-COMPOSITE DESIGN

The addition of CNT, made possible by Zyvex NanoSolve™ materials, strengthens composite structures to allow for bigger sweet spots and maximum performance along the entire length of the barrel. *Zyvex*

# THE FUTURE IS UPON US

## HERE'S HOW IT WORKS:

### START WITH SUPERIOR PERFORMING COMPOSITES

Unlike aluminum that has the same strength and stiffness in all directions, composite fibers have very high strength and stiffness in the direction of the fibers but much lower strength and stiffness across the fibers. This allows Easton's R & D team to customize bat barrel flex using exclusive, patented design technologies.




### ADD EXCLUSIVE CNT CARBON NANOTUBE TECHNOLOGY

The addition of CNT, made possible by Zyvex NanoSolve™ materials, strengthens composite structures to allow for bigger sweet spots and maximum performance along the entire length of the barrel.





### MAXIMIZE BAT HEAD SPEED WITH THE PATENTED 2-PIECE CONNEXION™



Acting like a hinge, the ConneXion™ provides the most efficient energy transfer from handle to barrel, resulting in maximum bat head "whip" for a quicker bat and more power through the hitting zone.



CNT COMPOSITE = WIDEST SWEET SPOT
Bat Barrel Performance Curve

The CNT Difference

Cross section of one ply of carbon fiber material with only resin filling the gaps between fibers.

The same ply with Easton's Enhanced Resin System™ Carbon Nanotubes (CNT) strengthen and toughen the matrix.

RELATIVE SPECIFIC STRENGTH



**EASTON**
PLAY WITH IT. OR AGAINST IT.



AND THE FUTURE LOOKS LIKE THIS:





Specifications:

**SKU#:** A111 418
**Barrel Diameter:** 2 5/8"
**Sizes:** 31"/28 oz.   32"/29 oz.   33"/30 oz.   34"/31 oz.

Description:

- CNT Carbon Nanotube technology strengthens composite structures, optimizing designs for maximum performance
- Patented Extended Flex™ design lengthens the sweet spot by increasing the barrel flex towards the contour and end of the bat to provide maximum performance along the entire length of the barrel
- Easton's patented Opti-Flex™ composite handle technology provides maximum handle flex - 2 times greater than aluminum in the case of the BCN4
- Patented ConneXion technology acts like a hinge to provide the most efficient energy transfer from handle to barrel for maximum bat head "whip" for a quicker bat and more power through the hitting zone.
- Patented IMX™ - Integrated MatriX technology optimizes the relationship between materials, design technologies and manufacturing process
- BESR Certified 2 5/8" diameter barrel and -3 length-to-weight ratio meets college and high school bat standards
- Extended Barrel for maximum hitting area
- Thin 31/32" tapered handle with Pro-Tack cushioned grip
- Exclusive 400 day warranty!



Select a Bat:

© 2005 Easton Sports. All Rights Reserved. | Bat Warranty Information | Online Bat Registration | Site Credit | Legal Disclaimer & Privacy Policy