5



Home | Bats, Gloves and Equipment | The Slugger Story | Coach's Tips | Louisville Slugger Ads
PRESS BOX | Press Releases | Updates | Louisville Slugger Ads | Dealer Locator | Customer Service | Press Box News

Press Box / News

# PRESS BOX / Press Releases

## Louisville Slugger® TPX® Introduces EXOGRID® Bat

**LOUISVILLE, KY** - How do you build a better baseball bat? That question constantly challenges the designers and engineers at Louisville Slugger®. And it seems every year, those designers and engineers find innovative ways to accomplish that goal. This year is no different.

The all-new EXOGRID® from Louisville Slugger® TPX® satisfies hitters' need for increased bat stiffness and strength while not increasing the bat's weight. The end result is a one-piece bat using carbon composite inserts, an internal carbon composite sleeve and an exclusive Bi/Fusion™ process to produce power and performance through stiffness and strength. That's a technical way of saying, "Here's a better baseball bat."

### POWER & PERFORMANCE THROUGH STIFFNESS & STRENGTH

For seven of the past nine years, including a run of five straight seasons, the college national championship has gone to teams swinging stiff-handle Louisville Slugger TPX bats. Now Louisville Slugger has taken its winning stiff-handle design to a totally new level with the new, innovative, patented EXOGRID Technology developed in partnership with V YA T EK SPORTS of Tempe, Ariz.

The EXOGRID concept is simple - increase handle stiffness and strength without increasing weight. EXOGRID's revolutionary one-piece grid pattern design does just that by providing a new dimension in performance technology.

EXOGRID starts with the super strong ST+20 alloy, the toughest/strongest bat alloy available today. Metal is trimmed from the handle to reduce overall handle weight.

Carbon inserts that are several times stiffer and lighter are inserted to replace the removed metal. For maximum stiffness, Louisville Slugger then inserts a carbon sleeve with unidirectional fibers that run the length of the handle. Finally, using a combination of heat and extreme pressure, the carbon inserts, sleeve and metal wall are all bonded together to work as a single, solid unit. This results in stiffness and strength never possible with aluminum alone, providing a new dimension in performance.

### WHY STIFF-HANDLE DESIGN IS BETTER THAN WHIPPY, FLEXIBLE HANDLES

EXOGRID's one-piece construction ensures maximum strength and gives hitters better feedback when they make contact. The whippy, flexible handle bats made by some bat makers are two-piece designs that result in weakness at the joint of the handle and barrel.

As top players and coaches will tell you, a flexible handle actually *reduces* performance for most players. That's because it bends just when you don't want it to - while the ball is in contact with the bat. Optimum performance comes from a stiff handle combined with a flexible

barrel for maximum trampoline effect. And bats don't get any stiffer than Louisville Slugger TPX's EXOGRID.

## EXOGRID ® TECHNOLOGY IS EXCLUSIVE TO LOUISVILLE SLUGGER

V YA T EK SPORTS has exclusively licensed its EXOGRID Technology and complimentary Bi/Fusion™ metal bonding technology to Louisville Slugger. Louisville Slugger and V YA T EK SPORTS worked collaboratively on the EXOGRID bat project for more than two years.

"We're thrilled to be associated with the world leader in bats and baseball equipment," said V YA T EK SPORTS CEO/President Howard Lindsey. "We appreciate their support and recognition of the value EXOGRID technology offers their products."

## EXOGRID ® BATS AVAILABLE FOR ADULT AND SENIOR LEAGUE HITTERS

The new EXOGRID bats have already begun making hitters better in adult and senior league models. The adult bat (CB71X) is available in a minus 3 (-3) weight from 31 to 34 inches in length and meets college and high school BESR bat standards. The senior league model (SL71X) comes in a minus 8.5 (-8.5) weight from 27 to 32 inches in length. Both models have a 2 5/8 " patented Full Barrel ® .

- **more press releases** -

© Copyright 2006 Hillerich & Bradsby, All Rights Reserved.

