**16**

1

2   CITY COUNCIL

3
    CITY OF NEW YORK
4
    ------------------------------x
5
    THE TRANSCRIPT OF THE MINUTES
6
            of the
7
    COMMITTEE ON YOUTH SERVICES
8
    ------------------------------x
9

10              October 23, 2006
                Start:  10:16 a.m.
11              Recess: 3:58 p.m.

12              City Hall
                Council Chamber
13              New York, New York

14
        B E F O R E:
15
            LEWIS FIDLER
16                          Chairperson,

17
        COUNCIL MEMBERS:    Alan Gerson
18                          Miguel Martinez
                            Sara Gonzalez
19                          Melissa Mark-Viverito
                            Darlene Mealy
20                          Dennis Gallagher
                            James Oddo
21                          Simcha Felder
                            Bill DeBlasio
22

23

24   LEGAL-EASE COURT REPORTING SERVICES, INC.
            17 Battery Place -  Suite 1308
25          New York, New York 10004
                (800) 756-3410

NYC0000201

3    decided to have kids yet. I figured it's a little

4    dangerous, me being a highway patrolman and all. I

5    thought I could wait until I was done with that job

6    before I have little ones running around.

7            Have you heard from anyone about our

8    class? All I know is Matt Wilcox is now the Governor

9    of Montana. Remember when we were giving him stuff

10   about that? Well, I guess today we can't. He's going

11   to be a very rich man, and I can't believe it.

12           Well, this is a once of a lifetime

13   trip, it should be a great time. I wrote this letter

14   because I hope to see you there. It will finally

15   give us one more chance to be with our Writing

16   Workshop Class one more time.

17           Brandon Patch.".

18           MRS. PATCH: I just will say, you want

19   to look at the safety of the kids. You know, that's

20   the major thing. Life is life. Baseball is a game.

21   You know, there are so many incidents out there that

22   you don't know about. What they call a "slight

23   injury," is taking half an eye off or crushing your

24   forehead. It's just unbelievable. Like I said,

25   Brandon was a Yankee fan. He always planned to come

109

1    COMMITTEE ON YOUTH SERVICES

NYC0000310

2   to New York. That was his biggest thing. And as far

3   as reaction time, if it was going to be there,

4   Brandon would have had it. Brandon didn't have a

5   chance. There was no way he was ever going to react.

6   And like I said, he played ball since day one. You

7   know, he was an 18-year-old, just graduated, and

8   this happened in July.

9            You know, we have to think of our

10  kids, because it's going to happen again. And I get

11  letters from 18-year-old kids that say don't give

12  up. Don't give it up, because I'm on third base and

13  that ball goes whipping by me. I mean, so if you can

14  have kids write you at 18 and 19, and 12- to

15  13-year-old kids write and say, you know what? We

16  don't care what the coach says, we're going to use a

17  wooden bat this year. You know, I mean it's

18  phenomenal. I just was amazed at e-mails that did

19  come in. You know, your kid's life is everything.

20            His brother wrote: "Which Affects

21  Your Whole Family." And he wrote: "It's taken a long

22  time to deal with feelings, but it makes me realize

23  a few things: You never know when something is going

24  to happen to someone very close to you. You always

25  have your memories, and no matter what happens, I

· 110

1  COMMITTEE ON YOUTH SERVICES

NYC0000311

2   plan to live life to the fullest from this point

3   on."

4                    Thank you.

5                    CHAIRPERSON FIDLER: I certainly want

6   to thank both of you for your testimony, and there

7   but for the grace of God, you know, and I'm going to

8   go home and hug my kids today, that's for sure.

9                    Before I ask my colleagues if they

10  want to ask you any questions, I think we'll allow

11  Mr. Menechino to testify, and we'll all take a

12  moment, I guess, to regroup.

13                   MR. MENECHINO: Hi. I'm here to just

14  basically let everybody know that I've played

15  baseball since I'm five years old, and when I was

16  younger we used wooden bats to hit and stuff, and,

17  you know, I always wanted to be a major league

18  baseball player, and my dad used to tell me, well,

19  there's no need to use aluminum bats, use the wooden

20  bats because that's what you're going to be using in

21  the big leagues.

22                   But as I got older and as I, you

23  know, started playing with my friends, I wanted to

24  compete, I wanted to hit the home run, I wanted to

25  hit for higher average, so the only way to go is to

111

NYC0000312

1  COMMITTEE ON YOUTH SERVICES

2  use an aluminum bat. And as I've grown to play, play

3  in high school, I really never hit home runs in high

4  school, but I was a good line drive hitter, and I

5  used to practice still with the wood because using a

6  wooden bat helped me hit the ball in a sweet spot a

7  lot more, to help me have a better swing. Because if

8  you didn't hit the ball in the sweet spot with a

9  wooden bat, it stung and it hurt really bad.

10          And, you know, using the aluminum

11  bats, you could get away with a bad swing, you can

12  upper cut swing, you can get jammed and still get a

13  hit, your bat never broke. But after awhile using

14  it, it would dent. And my dad would be like, you

15  know, you don't break many wooden bats, but aluminum

16  you seem to be denting them, and I'm not going for

17  three- four-hundred dollars a bat anymore. So, he

18  kind of left me no choice but to just practice with

19  the wooden bat and use the wooden bat, and I'm

20  grateful for it because it really helped me become a

21  better hitter.

22          And going to college we used aluminum

23  bats. We had a contract with Easton. I went to

24  University of Alabama. We had a contract with

25  Easton, and you really had to hit, I mean it was an

112

NYC0000313

1   COMMITTEE ON YOUTH SERVICES

2   aluminum bat but you really hat to hit the ball to

3   have a home run. I mean, the ball didn't fly off the

4   bat the way it does now. And when I got drafted in

5   '93 by Chicago White Sox, I went back to Alabama to

6   see some of the guys, and they had just signed a

7   contract with Louisville, and I couldn't believe the

8   way guys were hitting the ball. I couldn't believe

9   how far they were hitting the ball. I mean, it was a

10   joke. I was like, wow, I wish I had these bats when

11   I was in college, maybe I would have gotten drafted

12   a little higher. But it was unbelievable. They were

13   so light and the ball took off so -- I mean, I was

14   just like this isn't fair. I mean, how are guys

15   going to get out of the way, let alone, you know,

16   just be safe. I couldn't even swing the bat after

17   using a wooden bat because they were so light. I

18   mean, I think it was like a minus five or something,

19   as far as ounces to length.

20         And, now-a-days, just watching the

21   little league kids, I was, you know, injured this

22   year, I didn't play this year. I had wrist surgery

23   and I was able to spend time with the Minisland

24   Little League (phonetic) World Series Team, and my

25   nephew plays on that, and just throwing batting

113

NYC0000314

1  COMMITTEE ON YOUTH SERVICES

2  practice to these kids and just watching these kids

3  hit, I actually was given hitting lessons one day,

4  and my nephew is using a bat and I'm like, Joe, does

5  that bat feel light to you? He goes, yeah, I could

6  really swing it hard. And actually the bat was too

7  light for him that he couldn't feel the weight of

8  the head of the bat that controlled his swing. It

9  was just whipping right through. So, I said, I

10  really think this bat is too light for you. So, I

11  let him in turn use one of my wooden bats, 33 and a

12  half, 32 ounce bat, he picked it up and started

13  swinging it and was hitting the line drive after

14  line drive in the cage.

15          Now, here is a kid 12 years old, who

16  is big for 12. He's 12 years old, he's strong, and

17  he's using one of those little aluminum bats. He

18  used to just hit the ball off the end of the bat or

19  get jammed and the ball goes 250 feet. To me that's

20  not fair. To me that's just not even fun. You can't

21  try to incorporate, you know, X box games or

22  PlayStation 3 Stats with little kids because that's

23  what turns them on. Look how far I hit the ball. You

24  know, you can only take that so far before someone

25  is really going to get hurt. They're only 44 feet to

NYC0000315

114

1  COMMITTEE ON YOUTH SERVICES

2  home plate. Can you imagine guys in the big leagues

3  with a wooden bat have trouble getting out of the

4  way, and some of them didn't get out of the way.

5  You've seen this year a couple of guys got hit in

6  the head. I mean, and then you have big guys like

7  that hitting the ball so hard. All you have to do is

8  bring the scale down and it's just little leaguers

9  using these really light bats that the ball bounces

10 off of. I mean, I have to be careful throwing

11 batting practice even with a screen in front of me

12 because the ball is coming at me really fast. I

13 don't have time to react. I mean, if I don't have

14 time, and I'm an in-fielder my whole life, how is a

15 12-year-old kid going to have time, how is a

16 ten-year-old kid going to have time to react?

17            So, I just feel like they really need

18 to downgrade the aluminum, make it to where they

19 have to hit the ball, and have to hit the ball well

20 for it to go out.

21            You know, a lot of little leaguers

22 are talking about moving the fences back. Don't move

23 the fences back, make the bats old school, the way

24 they were years ago. Use a composite bomb bat. A lot

25 of minor league clubs use bomb bats. It's a plastic

NYC0000316

115

1    COMMITTEE ON YOUTH SERVICES

2    wood composite, and I mean make the kids earn it.

3    That will give the scouts, that will give kids the

4    realistic view of their talents to see how good they

5    really are.

6               Did I really hit good, or is it the

7    bat doing all the work? You know, there's a fine

8    line between having kids living in a dream world or

9    living in reality and I think the game would be more

10   fun if you had to earn that home run, if you had to

11   earn that hit.

12              You know what? I use the wooden bat

13   or I use the composite bat and there was no help

14   with the bat. I did it. I did it. I hit that ball.

15   I'm one of two guys this year that hit a home run

16   over the fence.

17              You know, you want kids to really

18   say, hey, they have to earn it. Because my whole

19   life I had to earn everything I did to become a

20   major league baseball player. I was the littlest

21   guy, the smallest guy, couldn't run, couldn't do

22   anything according to the scouts, and I tricked them

23   for six years in the big leagues.

24              So, I know what it is to have to earn

25   it and have to go through everything and practice,

NYC0000317

116

1   COMMITTEE ON YOUTH SERVICES

2   practice, practice. So, if these kids get on the

3   right track of the old school ways of, hey, this is

4   a wooden bat. You're going to have to use it, you're

5   going to have to get stronger, you're going to have

6   to lift weights, you're going to have to do the

7   extra to be as good as the best guys. You're going

8   to have to be a little extra to be the best, instead

9   of just having the most expensive bat with the

10  lightest bat that hits the ball the furthest. That's

11  not fun. That's not baseball. Baseball should be

12  everybody is on even ground, but what you could do

13  to control it is work out harder, practice every

14  day, spend time in the hitting cages, learn to

15  perfect your swing, this way you can become the best

16  player for as long as you want to play.

17          Thank you.

18          CHAIRPERSON FIDLER: Thank you very

19  much, Frank, for your testimony.

20          Council Member Oddo.

21          COUNCIL MEMBER ODDO: Thank you. Let

22  me just start by thanking Deb and Jack for making a

23  long trip from Montana here to City Hall. When I was

24  preparing for this hearing, I was preparing a

25  witness list, my staff and I had a very long

23  John's, and Ron Davini, from NYSBCA.

24           When you're all ready, just one of

25  you jump in. Please don't read testimony, but just


                                        125


1   COMMITTEE ON YOUTH SERVICES

2   give it to us on the important stuff.

3              MR. BLANKMEYER: I believe Paul Seiler

4   is no longer with us today.

5              CHAIRPERSON FIDLER: Okay.

6              MR. BLANKMEYER: My name is Ed

7   Blankmeyer.

8              CHAIRPERSON FIDLER: Thank you for

9   letting us know that.

10             Go ahead, Ed.

11             MR. BLANKMEYER: I'm the head baseball

12  coach at St. John's University. Just a little

13  background. I've been a college baseball coach since

14  1979, first at Seton Hall, now at St. John's. I

15  first want to start out by saying how deeply moved I

16  was by the Patch's, and I don't ever want to be in

17  that position, have a kid lost with an incident of a

18  batted ball. It's tragic. My words, you know,

19  certainly can't soothe their sorrow.

20             I'm here because I put a lot of faith

21  into the NCAA. Being a college coach for 26 years,

22  I've been around the game. I've seen several

NYC0000327

23  baseball games at the collegiate level, and as a

24  recruiter I've dealt with a lot of high school

25  games. I've witnessed a lot of collegiate games in

126

1  COMMITTEE ON YOUTH SERVICES

2  the summer leagues. I've coached several major

3  leaguers. I certainly wish I had Frank Menechino,

4  but I think I have the experience in which I've seen

5  a lot.

6            I've also been through the evolution

7  of the wood bat as a college player in '72 through

8  '76. Played in the college World Series a couple of

9  years professionally, and there was an evolution in

10  the wood bat to the aluminum bat. I did use both in

11  both levels.

12            There has been some change. Yes, it

13  was I believe at one time pretty high performance,

14  but as of five years ago, the NCAA, who I believe

15  are very good people, certainly not self-serving,

16  and have the students in mind, did research on it.

17  And, yes, the BESR, I'm not a scientist, I only can

18  go on what I see, and I have to put my faith in

19  those people, from the standpoint of protection of

20  our student athlete.

21            I have witnessed a lot of games. You

NYC0000328

22  know, I pray to God that I don't see a tragic

23  injury, but yet I know the game is dangerous. But I

24  can't put the emphasis on the bat, okay? Because of

25  the exit velocity, I truly believe that that's in

127

1  COMMITTEE ON YOUTH SERVICES

2  place for the safety of the game, and I'm sure if

3  the NCA indicated different studies or different

4  exit velocities, certainly they would pass that on

5  to our manufacturers.

6           I just want to point out a couple of

7  observations during the course of my collegiate

8  career.

9           I agree with Frank Menechino in the

10  point that, you know, all coaches like to train with

11  wood bats, and selfishly our players want to play

12  professional baseball, and the last I looked they

13  play with wood bats. So, we train with wood bats.

14  Our players play in summer leagues with wood bats.

15  I'm not here to argue the fact whether it's wood or

16  aluminum, you know. I want to see empirical data

17  that indicates that the aluminum bat is the sole

18  factor in injury. And based on what I received in my

19  career in evaluating, I believe that the product in

20  place is certainly a good product.

21           I also will say if you want to talk

NYC0000329

22  about the principles involve the pitchers, and I

23  believe everybody saw the incident with Steve

24  Traxil. Sometimes in this game of baseball, you

25  know, pitchers put themselves in a position where

                                                    128

1  COMMITTEE ON YOUTH SERVICES

2  they cannot defend themselves. Whether it's a tennis

3  racket, a bat, or a wood bat or an aluminum bat,

4  they put themselves in harm's way. Especially these

5  power pitchers now-a-days.

6         So, I kind of feel reaction time

7  could be measured, but sometimes some people are not

8  even able to defend themselves because of the

9  physical position they're placed in. And there's

10  just no data, no support based on what I see.

11         Injuries. I've seen some. I've had

12  players hit with baseballs, coming through the box.

13  It's not a pretty sight. I've seen balls to through

14  the box at a terrifying rate. Certainly, I can't

15  tell by vision of the ball coming off the bat. And

16  any ball to me coming through that box at a rate of

17  speed, I couldn't tell you whether it's 50 miles an

18  hour or 100 miles an hour, but I can tell you, it's

19  pretty darn quick and it's pretty scary. But I tell

20  you, I've seen more injuries based on collisions

NYC0000330

25  pass this legislation to keep our kids safe.

179

1   COMMITTEE ON YOUTH SERVICES

2              Thank you.

3              MR. BAGGS: Good afternoon. I'd just

4   like to tell you a little bit what happened on July

5   8th. My son was a starting pitcher for the South

6   Shore Little League All Star Team. It was a team

7   comprised of the best players in each division on

8   Staten Island.

9              In the first inning, he started

10  pitching, he was doing well, he had good form, so

11  everybody says, you know, good mechanics, good form,

12  be ready to feel the ball.

13             I, myself, was a pitcher in little

14  league high school. I went to West Virginia

15  University, I pitched in college. So, I passed all

16  my skills to him prior to myself in fielding.

17             That Saturday morning, he got two or

18  three batters. On the fourth batter, he was struck

19  by a line drive that I just barely seen the ball

20  make contact with the bat. I watched it just fall

21  off his head. The ball didn't ricochet, it didn't

22  fall very far, it just hit his head and fell.

23             He had no time to react whatsoever.

NYC0000382

24  Upon seeing this, I just ran out. As soon as the

25  ball hit his head, he had a huge indent in his eye.


180

1  COMMITTEE ON YOUTH SERVICES

2  His forehead was crushed in. His eye orbit, which is

3  the strongest bone in the head, was crushed and

4  pretty severely. It also impacted his front sinus

5  cavity, which he no longer has.

6          Needless to say, play stopped. I went

7  out. I assisted him. Called an ambulance and took

8  him to the hospital. Doctors were amazed at how

9  severe that bone was crushed. And I subjectly feel

10  that metal bats have a lot to do with it. This

11  trampoline effect, there is no time for these kids

12  to react to this ball. If I was out there, I

13  wouldn't have had time to react to this ball.

14          Luckily, everything went well. We're

15  saying now, today, thank God, you know, he's one of

16  the lucky ones. He just has a plate in his head.

17  Thank God for medicine today. He doesn't need more

18  surgeries. The plate will dissolve within a year's

19  time. It's going to stay in there for about a year.

20          We just don't want other kids to be

21  subjected to this. I know this is a high school

22  proposal, and for all the kids, proposal for the

23  bats, but it also needs to be extended to the little

NYC0000383

24  league division also. These kids, they're not

25  advanced yet. They don't have the skills some of


181


1   COMMITTEE ON YOUTH SERVICES

2   these high school and college players would have.

3   They're just developing. So, it should be extended

4   throughout, which I would appreciate if it is.

5                That's all I have to say. You know,

6   if you have any questions, I'll feel free to answer

7   questions.

8                MR. DELLA VOLPE: Thank you, Mr.

9   Chairman, members of the Council.

10               Let me just introduce myself. My name

11  is John Della Volpe, and I don't have a

12  representative. I'm a lobbyist. I'm not a PR. First,

13  I'm a dad. My son named Andrew. From Massachusetts,

14  from Concord, Massachusetts I came up here this

15  morning. Unfortunately, this is the third time I've

16  given this talk. I gave it in Boston at a hearing a

17  few months ago, and received a number of phone calls

18  from people across Massachusetts who had similar

19  situations to my son.

20               I sat next to Councilman Oddo in New

21  Jersey with the Domelskis, which was incredibly,

22  incredibly just an unbelievable experience, to go

NYC0000384

1  COMMITTEE ON YOUTH SERVICES

2  understand it. The question is the injury data that

3  we're referring to is reflective of claims payments,

4  not as a result of litigation. They're claims paid

5  probably to a health care provider or a

6  reimbursement to a parent for eligible expenses.

7           CHAIRPERSON FIDLER: Okay, I think

8  we've battered you guys enough. Thank you for

9  coming.

10          We have one final panel. And

11 certainly, as I always do to the last panel, I

12 apologize for the late hour and I thank you, for

13 those of you who remained.

14          Nick Defendis from Richmond County

15 Baseball Club, Joseph Calabrese, our local coach.

16 Jim Sovel from Metalwood Bats. Jimmy Tribble from

17 Metalwood Bats, and Frank Amato from Youth Baseball.

18          You guys can assemble up there and

19 Mr. Calabrese would start.

20          MR. CALABRESE: I didn't really know

21 what to expect coming down here tonight, this

22 morning I should say. I went in Jimmy's office,

23 grabbed a pen and just wrote some notes down on what

24 I've been hearing what's been going on here all

25 afternoon.

284

NYC0000488

1  COMMITTEE ON YOUTH SERVICES

2              For the record, I want to say that I

3  didn't get paid for many companies to come here,

4  paying my own parking and my own tolls. I've been

5  coaching for the past 20 years. I've coached four

6  years of high school, baseball from '86 to '90. I've

7  coached in little league for the last 14 years, 13

8  years. I coached the Men's Baseball Team over the

9  last 17 years. My father was involved in little

10  league baseball for 32 years, and a lot of what I

11  hear what's going on here, and all the scientists

12  and the engineers coming in and the reality is that

13  there is a danger with aluminum bats.

14              My son this year, he had the

15  opportunity to play in the Little League World

16  Series. It was the greatest experience I've ever

17  had. As a grown man, I can't tell you, that was my

18  greatest summer ever, watching my son play.

19              For them to come up in little league

20  baseball and say there's no dangers involved and

21  they have nothing to do with this, Jimmy, you kind

22  of hit it on the head, you were 1,000 percent right.

23  They do have an involvement in this. They could talk

24  about all their safety issues, regarding the helmets

25  they have and limiting the pitch counts, the

NYC0000489

285

1  COMMITTEE ON YOUTH SERVICES

2  breakaway bases, whatever they want to talk about.

3  There is no financial losses for them there with

4  those safety issues. I mean, anything that's not

5  going to have a bearing on their finances, they have

6  no problem doing, which they're doing the right

7  thing. And I love little league baseball. To me, it

8  is the greatest tournament in the world, and for

9  them to say that, again, that there's no involvement

10 with the bat companies, they got that contract from

11 ESPN, I don't know too deep about this. I just got

12 involved in this lately, and it's common sense

13 dictates. I mean, ESPN, they got a contract with

14 them, the commercials, sponsoring, all goes to ESPN.

15 I mean common sense dictates and there is

16 involvement there.

17         As far as the bats being more

18 dangerous, I've been in little league for 13, 14

19 years now, ten years ago, there would be maybe ten,

20 12, 13 home runs hit. Last year we had over 16 home

21 runs hit last year. Home runs going from ten years

22 ago, 200 feet, 210, 220, balls are hitting now 270,

23 280. I can't even tell you how far baseballs are

24 hit. And for them to say that there is no difference

25 between wood and aluminum, it makes no sense to me.

NYC0000490

286

1  COMMITTEE ON YOUTH SERVICES

2  I mean, I'm doing this, coaching a long time, and

3  I'm out there. You can get scientists, you can get

4  engineers. I throw batting practice to my son, he's

5  12 years old. I will not throw to him without a cage

6  in front of me. And I've been around when people

7  have been hit, and claims have not been made.

8              I have a friend of mine, took a one

9  hop line drive off an aluminum bat right in his

10  face. Lost four teeth, 32 stitches. I'm sure that

11  wasn't in their tallies of all the reports that they

12  had.

13             Earlier, the man from the Board of

14  Ed, Marty, he said some things about losing, the

15  lack of interest in a sport. As far as batter and

16  the Men's League I belong to, we went to wood about

17  five years ago, and from the time we left aluminum

18  bats to wood now, the number of teams have

19  increased. The game is a much more beautiful game

20  played with wood. You don't have scores 13, 12. It's

21  a real game, games are 3, 2; 4, 3. You got to learn

22  the fundamentals of the name better, you've got to

23  complump (phonetic) more. You've got to play better

24  defense. You've got to, fundamentals you swing, the

25  mechanics you swing have to be that much better to

NYC0000491

287

1  COMMITTEE ON YOUTH SERVICES

2  become a better player, as my brother-in-law Frankie

3  spoke about earlier.

4         I just feel that aluminum bats are a

5  danger. I mean, I'm here today because my passion is

6  my sports. My passion is kids. And all the kids that

7  I coach. And I love doing what I do. I coach little

8  league baseball, I coach two football teams, I'm

9  going on right now. You know, when I hear things

10  like the tragedy the Patch's suffered, and the Baggs

11  and all these families where children have been

12  hurt, it bothers me. And it's hard to swallow.

13         And there's another point that nobody

14  really has discussed today. As far as the Patch's,

15  they lost their son. There is nothing more horrible

16  I could ever think of than losing a child. But on

17  the other side, the kid that hit that ball, how is

18  he doing today? How is that kid getting up everyday

19  knowing he had a line drive with some other child's

20  head, and that kid is no longer with us now. I mean,

21  I'm sure he's got repercussions and suffering as far

22  as he goes also.

23         Again, you know, I'm here because I

24  feel it is a danger and I want to support this bill,

25  and that's all I really have to say at this time.

NYC0000492