**17**

1

2  CITY COUNCIL

3
   CITY OF NEW YORK
4
   ------------------------------x
5
   THE TRANSCRIPT OF THE MINUTES
6
        of the
7
   COMMITTEE ON YOUTH SERVICES
8
   ------------------------------x
9

10        March 12, 2007
          Start:  11:15 a.m.
11        Recess: 12:25 p.m.

12        City Hall
          250 Broadway, 14th Floor
13        New York, New York

14
   B E F O R E :
15
        MIGUEL MARTINEZ
16             Acting Chairperson,

17
   COUNCIL MEMBERS:  Sara Gonzalez
18             Melissa Mark-Viverito
               Dennis Gallagher
19             James Oddo

NYC0003495

4

1  COMMITTEE ON YOUTH SERVICES

2  going to allow each witness three minutes testimony.

3       MR. FRANKLE: Good morning. I'm here

4  for the use of wood bats in high school. I believe

5  that the game itself, being a professional athlete

6  for 22 years and playing with wood bats 22 years,

7  and seeing the other side, and also coaching for the

8  Little League this past year, we played in some wood

9  bat tournaments and some aluminum tournaments, and I

10  believe the game is totally different, less

11  offensive oriented with the aluminum bats -- with

12  the wood bats it's less offensive oriented.

13       We were in a tournament, a wood bat

14  tournament where one of my players hit a line drive

15  off of a boy's chest, and the kid went down. I

16  believe if it was an aluminum bat, I don't think the

17  kid would have gotten up. I play with some

NYC0003499

18  professional athletes who have been hit in the head

19  with wood bats, Al Leighter (phonetic), Billy

20  Wagner, if they got hit in the head with aluminum

21  bats, I think the outcome would have been totally

22  different.

23          I think it's for safety reasons why.

24  You know, I don't have that data, but I can tell you

25  from speaking professional and being involved in

5

1  COMMITTEE ON YOUTH SERVICES

2  baseball since I'm four years old, I've been hit

3  plenty of times with wood and aluminum, it still

4  hurts no matter where you get hit from, but I just

5  think that the -- I just feel in my heart that it

6  would be much more safety for the kids and that's

7  what this is all about, safety for the kids. This

8  isn't about -- I know it's about dollars and cents

9  and it goes a long way, that's a whole other issue,

NYC0003500

10  but I'm here to try to protect the kids and that's

11  what I truly believe in my heart, that going to wood

12  bats would also help them with safety, it would also

13  get talent. You know, I throw batting practices for

14  some high school teams right now, and while the ball

15  is just getting out of my hand, it's already hitting

16  the net, and I don't even see it coming at me.

17          It's dangerous. It's very, very

18  dangerous. Like I said before, I'm sure you have

19  people here who have all kinds of data and

20  statistics, and this and that, I'm speaking from

21  someone who is standing on the mound for 22 years

22  and I can see the difference. While I'm standing in

23  the stands watching my son play, or some of the

24  other little leaguers, I can see the difference.

25          You have a gentleman who is going to

6

1  COMMITTEE ON YOUTH SERVICES

NYC0003501

2  be speaking in a little while, that his son got hit

3  in the chest. I just met him this morning. When you

4  listen to this gentleman speak about the

5  rehabilitation and the stuff that his son is going

6  through, go visit this gentleman, go spend a day

7  with him and see what he is going through with his

8  family. You can't imagine what he's going through.

9        And I truly believe that if you do go

10  over to wood bats, I think you will protect some of

11  the kids and try to prevent some of these injuries.

12        ACTING CHAIRPERSON MARTINEZ: Thank

13  you. Seeing no questions from my colleagues, I want

14  to thank you for your testimony.

15        Do you have a question?

16        Council Member Oddo has a question

17  for you.

18        COUNCIL MEMBER ODDO: I just want to

19  thank John, first as a Met fan for lots of great

20  moments, and secondly as a Staten Islander for

21  having John come down for a busy schedule. John,

22  just two quick questions.

NYC0003502

23        One is, do you have any affiliation

24  with any wood bat company, or any bat company for

25  that matter?


7


1  COMMITTEE ON YOUTH SERVICES

2        MR. FRANKLE: I have no affiliation.

3  I'm a retired man living on a pension right now. No,

4  I have no affiliate with anyone right now.

5        COUNCIL MEMBER ODDO: So, why did you

6  come down here today? What was your motivation?

7        MR. FRANKLE: I see the way the game

8  is changing. The game is getting so much faster.

9  I've seen that kid get hit in the chest last year

10  out on Long Island, and thank God he got up, and I

11  have a son who is going into high school right now

12  and I truly believe to measure the high school

13  talent and the kids' talent, why not start them with

14  the wood bats, because if they're to pursue a

NYC0003503

15 professional career, they're going to have to go

16 with wood bats, and I also believe that it's

17 probably a little bit safer for the wood bats. I'm

18 sure there's plenty of people here who would

19 disagree with me, professionally speaking, and

20 someone who has been there for a long time, I

21 really, truly believe the game may be a little bit

22 slower with a bat.

23          I mean, some of the tournaments we

24 went to, games were 10/9, you know, 11/2, but some

25 of the games we went to with the wood bat tournament

8

1 COMMITTEE ON YOUTH SERVICES

2 2/1, 3/2, it makes it so much enjoyable. And

3 talking, obviously, from a pitcher's standpoint, you

4 like to see those type of games.

5          COUNCIL MEMBER ODDO: Mr. Chairman, I

6 just want to put into the record an article from the

NYC0003504

2  Thank you.

3          MR. MANDL: Good morning. My name is

4  Steve Mandl. I'm the Head Baseball Coach at George

5  Washington High School right here in New York City.

6  I also work for the BCA, Baseball Coach Organization

7  of American, I'm on the Executive Board, and I'm on

8  the Rules Committee of the ABCA. I was the Athletic

9  Director for 11 years at George Washington and the

10  Assistant Principal for eight years. So, you know,

11  students and safety are always a big issue with us.

12          We have one of the top programs in

13  the United States, we've put four kids into the

14  Major League, and God knows how many in the minor

15  leagues. So, we're always thinking about the next

16  level and pro ball. And my team actually practices

17  with wood, but the reason we do has nothing to do

18  with safety, it has to do with what John Frankle

19  said, and that is because on the next level in pro

20  ball, that's what they're going to use.

21          Now, we want to go by, you know, if

22  there is scientific evidence, you know, we care

23  about safety, I'll be the first one to say, okay,

NYC0003513

24 that's it, we're going to stop. But I haven't seen

25 any. And if we're going by, as John Frankle said,

15

1 COMMITTEE ON YOUTH SERVICES

2 observation, I don't see it.

3          You know, Coach Polombo said one

4 thing that I want to expand on which makes a lot of

5 sense. The biggest difference that I see as a coach

6 for 24 years in that school, there is a big

7 difference between wood and aluminum. It has nothing

8 to do with the ball flying off the bat or going fast

9 or going further. The difference is in a wood bat

10 there is a sweet spot that they call, it's a little

11 area that when you hit the ball there, that's the

12 best spot where the ball is going to fly off the

13 bat.

14          If you hit a ball further away from

15 that, especially on the hands, the bat will break.

NYC0003514

16  With a metal bat, it's not going to go further, but

17  there is more of an area where you can hit it and

18  you can get a base hit. So, in other words, you're

19  making some bad hitters into good hitters, because

20  they have a larger area to hit with, but I do not

21  see any balls flying off the bat any quicker.

22        Now, many times we say, you know, a

23  guy hits a ball, I had Manny Ramirez play for me and

24  he used to hit balls, 430, 440 feet in high school,

25  that's incredible, but he's in the major leagues


16


1  COMMITTEE ON YOUTH SERVICES

2  now, he's hitting balls 480 feet. So, he's bigger,

3  he's stronger and he's using wood.

4        I haven't seen anybody, you know, get

5  killed or get hit. You know, my 24 years I've been

6  very fortunate to only see one kid get hit with a

7  ball off a metal bat and that ball hit him off the

NYC0003515

20

1 COMMITTEE ON YOUTH SERVICES

2          MR. POLOMBO: Speaking for John Jay

3 College, we have no sponsorships. We go out and buy

4 the most inexpensive bats we can.

5          MR. STAMPFEL: I'm not aware of any

6 schools that have any type of contract with any bat

7 company.

8          MR. CRUZ: I believe Hofstra has a

9 partial, it's equipment, it's everything, with

10 turfs, gloves, not just bats. They pay for it,

11 though. And my summer program, the parents, they go

12 out and buy their products.

13          COUNCIL MEMBER GALLAGHER: Thank you.

14          ACTING CHAIRPERSON MARTINEZ: Thank

15 you, gentlemen.

16          Our next witness is Mr. Domalewski.

17 You can start, sir.

18          MR. DOMALEWSKI: Council, thank you. I

NYC0003521

19   wouldn't be one of the first ones to say that

20   government should really not interfere with

21   baseball, however, you're dealing with a product

22   issue where product has become unsafe, and this

23   product can't be governed by the manufacturers, not

24   being governed by the heads of the leagues, and

25   they're not being governed even by parents, because

21

1   COMMITTEE ON YOUTH SERVICES

2   as a parent, too, I always tried to put the best bat

3   in my kid's hand because I loved to see him hit.

4           You are now being called to the

5   carpet to be advocates for these youth and their

6   safety. Everybody here who is testifying are adults.

7   These kids do not have a choice as to what is going

8   into their hands. And these bats have become so

9   technologically advanced that they have become

10   weapons for the children who are staring down the

NYC0003522

11  barrels.

12         I'd like to read this one ad to you.

13  This comes from the December issue of Men's Health

14  Magazine, page 34. It is for the Easton Stealth Comp

15  CNT baseball and softball bat. "Witness the world's

16  first Carbon Nanotube all composite bat. Fancy NASA

17  peak (sic) for fully capable of beaning the third

18  baseman. The carbon composite material is 16 times

19  stronger than steel, aligned so as to widen the

20  sweet spot across the entire barrel. The handle

21  flexes slightly, catapulting the ball on contact.

22  Somehow it's completely legal. $350, Easton.com."

23         I have witnessed for years balls

24  coming off aluminum bats. Everybody who plays the

25  game, everybody who coaches the kids just realize

22

1 COMMITTEE ON YOUTH SERVICES

2 that not only does the ball come off these bats

NYC0003523

3  faster, but the way they are balanced, now these

4  kids are able to swing these bats around.

5          It is said that a 13-year-old boy can

6  get the bat around as fast as a professional ball

7  player. So, you're dealing with something that is

8  not only catapulted off the bat, but something that

9  comes around faster.

10          My son was pitching and got caught in

11  the chest. There is a condition called commotio

12  cordis where the placement of the impact and the

13  timing was so that it sent my son into cardiac

14  arrest. He died on the field, and he was brought

15  back through CPR. During that time he lost oxygen to

16  his brain for somewhere from 15 to 20 minutes. He

17  then spent the next four to six weeks at home, and

18  is now dealing with a traumatic brain injury. You

19  know, people ask me, how is your son doing? And I

20  say, well, from the point of where he died on the

21  field, was in a coma on life support to the time

22  that he is now where he can't walk. He has limited

23  vision, if any. He can't talk. But God willing, he

NYC0003524

24 keeps making little progress at a time. You know, my

25 son is doing a sentence, and to me the only thing he

23

1 COMMITTEE ON YOUTH SERVICES

2 did wrong was to pitch to a guy holding a metal bat.

3          ACTING CHAIRPERSON MARTINEZ: Council

4 Member Oddo.

5          COUNCIL MEMBER ODDO: I just want to

6 thank Mr. Domalewski for coming down, and I just

7 want my colleagues to understand that when Lew

8 Fidler and I and the staff sat to figure out

9 witnesses, whether it was Deb Patch or Joe

10 Domalewski, we had a tough time coming to grips with

11 whether we should have these folks testify, because

12 there is a fine line between educating the public

13 and putting the face on this issue, and exploiting

14 tragedy and near tragedy, and I just want everyone

15 to know that Deb Patch last time, and Joe Domalewski

NYC0003525

16  this time wanted to be here, they wanted to tell

17  their story, so that other parents don't have to

18  endure what they have endured. And I just want to

19  thank you for testifying.

20          MR. DOMALEWSKI: May I add something?

21  Would it be okay?

22          COUNCIL MEMBER ODDO: Sure.

23          MR. DOMALEWSKI: One of the questions

24  was, well, if it was a wood bat would this have

25  happened? My answer would be no. You know, some


                            24


1  COMMITTEE ON YOUTH SERVICES

2  towns now in New Jersey have moved to wood bats. You

3  know, other towns now what they are doing is they

4  are moving the mounds back, they are putting chest

5  protectors on the kids, they're trying to do all

6  these other things for safety, but you know what?

7  They're just putting an aspirin in the situation and

NYC0003526

8  not getting at the real cause of the pain.

9          These aluminum bats have just become

10 so advanced that they are dangerous, and these kids

11 just do not have a choice because these bats are

12 being put in their hands by adults.

13          Thank you.

14          ACTING CHAIRPERSON MARTINEZ: Thank

15 you, sir. Thank you for testifying.

16          Our next panel is Abraham Key, Dwight

17 Raiford and Richard Christine. I will ask you to

18 identify yourself and please remember three minutes

.19 per testimony.

20          MR. KEY: My name is Abraham Key, and

21 I'm here today as the Vice President and Treasurer

22 of USA baseball headquartered in Durham, North

23 Carolina. I would like to read for the record a

24 letter to Chairman Fidler and his fellow Committee

25 members, from Paul Seiler, the Executive Director of

25

NYC0003527

14  kids, and I am, to this day six years later, I am

15  still amazed at it.

16          ACTING CHAIRPERSON MARTINEZ: Thank

17  you, gentlemen. No further questions for any of the

18  colleagues. I also want to recognize Council Member

19  Melissa Mark-Viverito, who has joined us.

20          Thank you, gentlemen.

21          Our next panel is Phil Romero and

22  Richard Guarino.

23          We're going to ask, of you have any

24  questions, please step out into the hallway so we

25  can continue our hearing.

35

1  COMMITTEE ON YOUTH SERVICES

2          Gentlemen, just identify yourselves,

3  and I want to remind you, we have three minutes for

4  your individual testimony.

5          MR. GUARINO: Good morning. My name is

NYC0003541

6  Rich Guarino, and I am the Vice President of Staten

7  Island Baseball Alliance, the parent organization of

8  Staten Island's open baseball leagues, which

9  switched to wood bats eight years ago.

10        I'm not here to quote any scientific

11  data, but to talk about real on-the-field

12  experiences. Frankly, anyone who watches a game

13  played with high-tech bats and one played with wood

14  bats, can immediately see the difference. Balls come

15  off the high-tech bats faster and travel further.

16        Let me give you an example. The last

17  year we used high-tech bats, two of our better TM

18  Major League teams played the game at Mariner's

19  Harbor, which is a smallish fenced in ball park. The

20  teams combined to hit a total of 12 home runs in one

21  seven-inning game. The following year, when we went

22  to wood bats, in 12 weekend double headers, there

23  was a total of only 22 home runs hit for the whole

24  season.

25        Did our switch to it have an adverse

NYC0003542

36

1 COMMITTEE ON YOUTH SERVICES

2 affect on the popularity of our leagues? Just the

3 opposite. We have become the largest open sand lot

4 league in the metropolitan area, drawing teams from

5 Brooklyn and Queens and players from the five

6 boroughs and New Jersey.

7        Until last season, we even had a team

8 from Long Island, the Storm, travel to play in our

9 wood bat leagues.

10        While we're still in the

11 organizational stage, it appears that we will have

12 36 teams this year. To those who say that there will

13 be a decline in interest among young players as a

14 consequence of switching to wood. I cite a wood bat

15 tourney which will be played on Staten Island in

16 late June.

17        Originally there was supposed to be

18 24 teams, each 14 and under and 16 and under

19 categories, which are the high school age

NYC0003543

20  categories, while those categories immediately

21  filled up, and had to be expanded to 32 teams for

22  each division.

23          Also let me point out that the cost

24  is no longer an excuse. Originally, some 30 years

25  ago, cost was the reason for the switch to aluminum


                          37


1  COMMITTEE ON YOUTH SERVICES

2  bats, which then performed no differently than wood

3  and didn't cost much more. Today, high-tech bats

4  sell for as much as $350, or what seven or eight

5  wood bats cost. In addition, there are now composite

6  bats like the Baum bat (phonetic), which often last

7  for two seasons and which are approved by Major

8  League Baseball for use in rookie league, short

9  season A ball, like the Staten Island Yankees and

10  Brooklyn Cyclones. A team could buy six composite

11  bats for approximately $650 with the approximate

NYC0003544

12  cost of two top of the line high-tech bats. If this

13  body is not prepared to mandate a switch to wood

14  bats in our high schools, it must assume share of

15  the responsibility for the injury, or God forbid,

16  the death of a high school player.

17          One last point is the issue of

18  fairness. If the City Council is not prepared to

19  prohibit high-tech bats in our high schools, then it

20  has an obligation to create a level playing field by

21  providing all of our high schools with high-tech

22  bats. Players in schools, in low-income areas, can't

23  afford top of the line high-tech bats. Consequently

24  players on teams from middle class areas have an

25  advantage because they have access to bats with

38

1  COMMITTEE ON YOUTH SERVICES

2  larger sweet spots and greater trampoline effect.

3          Thank you for your time.

NYC0003545