**18**



# ARCHBISHOP MOLLOY HIGH SCHOOL

83-53 Manton St., Briarwood, NY 11435-1697 | Phone: 718.441.2100 | Fax: 718.849.8251 | www.molloyhs.org

March 9, 2007

New York City Council
Youth Services Committee
250 Broadway
New York, NY 10007

Dear City Council Members:

I am writing in support of Intro. 341-A, a bill that would ban metal bats from high school baseball games in New York City.

My name is Jack Curran. I have coached at Archbishop Molloy High School in Queens for 49 years and have helped guide the baseball varsity team to more than 1,300 wins and the basketball varsity to more than 870 wins. In 1966, Molloy baseball won 68 consecutive games, a national record that stood until 2005. I have been named National Coach of the Year in baseball in 1988 and in basketball in 1990.

I have been honored by the Catholic High School Athletic Association (CHSAA) with its Coach of the Year honor in baseball 25 times and 22 times in basketball and have won city championships in three different decades.

In my playing days, I pitched for the St. John's University and then in the Brooklyn Dodgers farm system.

During a recent vote at a CHSAA meeting regarding aluminum bats, Archbishop Molloy High School voted against the continued usage of these bats.

The simple fact is that it is dangerous to be a pitcher today. Until I tore my shoulder several years ago, I pitched batting practice. Although the shoulder has been feeling better, I am not sure I want to go back pitching batting practice, even behind a safety screen, because of the metal bats that are used.

Recognized as an Exemplary High School by the U.S. Department of Education
Recognized as an Outstanding American High School by U.S. News & World Report

NYC0003581

We may need a screen in front of pitchers during games if we continue using these bats in order to protect them. I have seen several scary injuries over the past several years. One kid was throwing BP from behind a screen and got hit in the eye. A week later, one of my pitchers got hit in the back of the head following through with his delivery. This fall, a left-hander got hit square in the back. They were lucky. I think we are playing with fire and we must do whatever we can to prevent a tragedy.

If you don't believe metal bats improve performance just look at the little skinny kid hitting the ball like a rocket over the left field fence. This happens because of the metal bats used. Something is wrong in these cases and I have seen many of them.

Thank you for the opportunity to submit this letter in support of Intro. 341-A.

Sincerely,

*Jack Curran*

Jack Curran
Head Baseball Coach
Archbishop Molloy HS