**21**



*Office of the Commissioner*
## MAJOR LEAGUE BASEBALL

January 26, 2007

Christine C. Quinn
Speaker
The Council of the City of New York
City Hall
New York, NY 10007

Dear Ms. Quinn:

To follow-up on Jimmie Lee Solomon's conversation with Chuck Meara on Thursday, January 25 I am enclosing the information on wood composite bats.

If you have any questions I can be reached at (212) 931-7869.

Very truly yours,

Roy Krasik
Senior Director, Major League Operations

Enclosure

# Protocol for Compliance Testing of *Nonwood Baseball Bats for Use in Short-Season Minor League Baseball

Major League Baseball only allows the use of bats made from a single piece of solid wood in its games. One exception to this rule is Minor League Short-Season, Rookie-Advanced or Rookie Leagues where players are allowed to use composite bats that have been evaluated and approved by Major League Baseball to be comparable to one-piece solid northern white ash bats. This protocol identifies the evaluation process used. This scientific evaluation is performed by the University of Massachusetts Lowell Baseball Research Center. If the results are satisfactory to the Office of the Commissioner of Major League Baseball, then players may use the bats made of the evaluated design in the allowed leagues.

## Introduction

A series of laboratory tests were developed over several years to determine the physical properties, batted-ball speeds and durability of nonwood (where nonwood is used to denote any bat that is not made from one solid piece of wood) baseball bats. The values of each property are compared to that of traditional solid northern white ash wood bats.

All testing, comparing solid-wood bats and nonwood bats, is conducted in the laboratory. Batted-ball performance comparisons are made using the procedures developed for certifying nonwood bats for use in college and high school baseball. Durability comparisons are made using several different impact sequences in a durability testing system. Bat ultimate strengths and flexural stiffnesses are measured by static loading tests.

Major League Baseball will consider composite bats for approval when they are similar to solid-wood bats. The composite bats must have a performance very similar to wood. The composite bats must look like a wood bat. Composite bats are often desirable because they can be more durable than solid-wood bats, but an evaluated bat must not be too durable (i.e., the bat should be able to break when jammed on an inside pitch). Other physical properties (i.e., weight, barrel diameter, length, moment of inertia, modal properties, strength and stiffness) should also be similar to bats made from a single piece of solid wood. Some evaluated bats have included bats made from laminated pieces of wood and others have had sections made from fiber-reinforced composites.

\* Nonwood for Major and Minor League Baseball excludes aluminum.

## Inertial and Physical Characteristics

The length, weight, barrel diameter, center of gravity (CG) and mass moment of inertia (MOI) are measured for a minimum of two samples of compliance bats and two similar-length solid-wood ash baseball bats. The MOI is effectively the measurement of the "swing weight" of the bat. If a composite bat were to have a lower MOI than the solid-wood bat, the composite bat would be easier to swing. A single compliance bat will also be cut from end to end to determine the internal structure of the bat.

Modal (Vibration) Testing

Modal testing is performed on a minimum of one nonwood bat and one solid-wood bat of similar length. The natural frequencies of the first and second bending modes are measured along with the locations of the nodes of the primary (first) mode of vibration. The natural frequencies are a measure of the bat's flexural stiffness with lower natural frequencies representing a more flexible bat.

Batted-Ball Performance Testing

Batted-ball performance testing is used to evaluate if the nonwood bat has any performance difference from that of solid-wood bats. A minimum of one nonwood bat and one solid-wood bat must be compared using Method B as described below. For reference purposes, Method A will no longer be used for testing due to the arrival of the air cannon test system.

Method A:

Batted-ball performance testing is conducted using a machine with two separate motors, one motor swinging the bat at a speed of $66\pm1$ mph at the 6-in location and the other motor swinging an arm holding a major league baseball, where the baseball speed is $70\pm2$ mph. The batted-ball speed is measured immediately after impact. Both the nonwood bat and solid-wood bat are impacted in accordance with the NCAA Baseball Bat Certification Protocol (September 1999) and the results are compared.

Method B:

Batted-ball performance testing is conducted using an air cannon test system that fires a major league baseball at $136\pm2$ mph into the baseball bat that is at rest and mounted on a pivot allowing it to freely rotate after impact. These tests are performed in accordance with the ASTM Standard F2219-04 (See attachment 1) and the NCAA Baseball Bat Certification Protocol (November 2005) See attachment 2). The calculation of the Ball Exit Speed Ratio (BESR) is then used to determine the batted-ball performance of both the composite bat and solid-wood bats. The performances of both bats are compared to determine if there is a performance advantage of swinging either bat.

Static-Strength and Flexural Stiffness Testing

Static-strength tests are performed on a minimum of three nonwood bats and three solid- wood bats using a three-point bending setup. The lower supports are located near the node locations of the primary bending mode. The load is applied through a 3-in. diameter loading block made of ash and located at the midpoint between the supports. The loads are measured and applied using an Instron, which is a universal testing machine. The loading condition is representative of a failure mode that could cause handle fracture during field play.

High-Speed Durability Testing

High-speed durability tests are performed on a minimum of five nonwood bats and five solid-wood bats using the durability test system. A minimum of three of the following five different impact sequences must be used to compare pairs of nonwood and solid-wood bats with matching lengths and weights. During each sequence, high-speed video is saved to allow for slow-motion analysis of each break. Each separate comparison will be used to understand the durability of the nonwood bats and to determine if the nonwood is appropriate for use in short-season leagues.

1. One single impact at the 19-in. location (measured from the barrel end) at an impact velocity of about 135 mph
2. Repeated impacts at the 11-in. (inside hit) location starting at an impact velocity of 105 mph and increasing by 5 mph with each subsequent impact
3. Repeated impacts at the 2-in. (outside hit) location starting at an impact velocity of 130 mph and increasing by 5 mph with each subsequent impact
4. Multiple impacts starting at the 6-in. (typical sweet spot) location with an impact velocity of 160 mph and stepping in towards the handle by 1-in. increments with each subsequent impact. The velocity is adjusted according to impact location, keeping the 6-in. combined pitch/swing velocity constant at 160 mph.
5. Multiple impacts starting at the 6-in. (typical sweet spot) location with an impact velocity of 160 mph and stepping out towards the barrel end by 0.5-in. increments with each subsequent impact. The velocity is adjusted according to impact location, keeping the 6-in. velocity constant at 160 mph.



**Designation: F 2219 – 04**

An American National Standard

# Standard Test Methods for
# Measuring High Speed Baseball Bat Performance Factor[1]

This standard is issued under the fixed designation F 2219; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

## 1. Scope

1.1 This specification defines a method for determining bat performance by measuring the bat-ball coefficient of restitution (BBCOR), deriving the bat performance factor (BPF), deriving the ball exit speed ratio (BESR), and calculating a batted-ball speed (BBS). It is applicable to baseball and softball bats of any construction or material. The method provides a quantitative measure of bat dynamic performance that may be used for comparison purposes.

1.2 The BBCOR, BPF, BESR, and BBS are each calculated from measurements taken in the laboratory on test equipment meeting the requirements defined in this specification.

1.3 The values stated in English units are to be regarded as the standard.

1.4 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

## 2. Referenced Documents

2.1 *ASTM Standards:* [2]
F 1881 Test Method for Measuring Baseball Bat Performance Factor
F 1887 Test Method for Measuring the Coefficient of Restitution (COR) of Baseballs and Softballs
F 1888 Test Method for Compression-Displacement of Baseballs and Softballs

## 3. Terminology

3.1 *Definitions of Terms Specific to This Standard:*

3.1.1 *balance point (BP), n*—distance to the center of mass of a bat when measured from the distal end of the bat knob.

3.1.2 *ball exit speed (V_f), n*—outbound speed of a ball following impact with a bat as defined in these test methods.

3.1.3 *ball exit speed ratio (BESR), n*—ratio of ball exit speed ($v_r$) to ball inbound speed ($v_i$) plus one-half, as determined by these test methods.

3.1.4 *ball inbound speed (v_i), n*—inbound speed of a ball prior to impact with a bat as defined in this test method.

3.1.5 *bat-ball coefficient of restitution (BBCOR)*—COR of a specific ball colliding with a bat as defined in these test methods. See *coefficient of restitution (COR)*.

3.1.6 *bat performance factor (BPF), n*—ratio of BBCOR to ball COR as defined in these test methods.

3.1.7 *center of percussion (COP), n*—also known as the center of oscillation, the length of a simple pendulum with the same period as a physical pendulum, as in a bat oscillating on a pivot. Forces and impacts at this location will not induce axial reactions at the pivot point.

3.1.8 *coefficient of restitution (COR), n*—measure of impact efficiency calculated as the relative speed of the objects after impact divided by the relative speed of the objects before impact.

3.1.9 *cycle, n*—one complete performance of the oscillation of the bat, specifically, one full swing of the bat.

3.1.10 *moment of inertia (MOI), n*—measure of mass distribution relative to an axis of rotation. It is the product of the mass multiplied by the square of the distance to the mass, summed over the entire bat.

3.1.11 *period, n*—time required for a pendulum to oscillate through one complete cycle.

## 4. Significance and Use

4.1 This test method offers a laboratory the means to measure the performance of baseball and softball bats.

4.2 Use of this test method can provide sports governing bodies a means to compare calculated batted-ball speed and other physical properties of the bat for the purposes of controlling the game.

## 5. Apparatus

5.1 *Bat COP Apparatus:*

5.1.1 *Ruler,* suitable for measuring lengths up to 42 in. (1067 mm) to the nearest 0.031 in. (0.79 mm).

5.1.2 *Weight Scale,* suitable for measuring weight up to 48 oz (1360 g) to the nearest 0.0035 oz (0.1 g).

5.1.3 *Electronic Timer,* suitable device sufficiently accurate for measuring time to the nearest 1 µs (0.000001 s).

---

[1] This test method is under the jurisdiction of ASTM Committee F08 on Sports Equipment and Facilities and is the direct responsibility of Subcommittee F08.26 on Baseball and Softball Equipment.

Current edition approved July 1, 2004. Published July 2004. Originally approved in 2002. Last previous edition approved in 2002 as F 2219 – 02[1].

[2] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For *Annual Book of ASTM Standards* volume information, refer to the standard's Document Summary page on the ASTM website.

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States.

ATTACHMENT 1

F 2219 – 04



**FIG. 1 MOI Fixture**

*5.1.4 MOI Stand*—A frame with a pivoting bat collar-clamp large enough to allow a bat held in a vertical position to swing freely (see Fig. 1).

*5.1.5 Bat Collar-Clamp*—A part of the MOI stand that allows quick, accurate mounting of the bat without a variable MOI effect due to the clamp with a maximum MOI of 4 oz-in$^2$ (0.8 kg-cm$^2$) measured about the bat pivot location; a light-weight clamp or collar that can hold the weight of a bat and provide a fixed pivot location. Collar shall be rotationally balanced (see Fig. 1).

5.2 *Test Balls*—Official baseballs and softballs approved for play and tested in accordance with the following procedures.

5.2.1 *Baseballs:*

5.2.1.1 *Compression*—300 to 375 lb at 0.25-in. deflection (1335 to 1668 N at 6.4 mm). Compression values determined in accordance with Test Method F 1888. Balls to be labeled with compression value.

5.2.1.2 *Weight*—5.00 to 5.25 oz (142 to 149 g). Balls to be labeled with weight value.

5.2.1.3 *Size*—9.00 to 9.50 in. circumference (228.6 to 241.3 mm). Balls to be labeled with size value.

5.2.1.4 *Ball COR*—.525 to .550, as determined in accordance with Test Method F 1887. Balls to be labeled with COR and test speed in ft/s.

5.2.2 *Softballs:*

5.2.2.1 *Compression*—350 to 375 lb at 0.25-in. deflection (1557 to 1668 N at 6.4 mm deflection), as determined in accordance with Test Method F 1888. Balls to be labeled with compression value.

5.2.2.2 *Weight*—6.75 to 7.00 oz (191.0 to 198.1 g). Balls to be labeled with weight value.

5.2.2.3 *Size*—12.00 to 12.25 in. circumference (304.8 to 311.1 mm). Balls to be labeled with weight value.

5.2.2.4 *Ball COR*—.430 to .440, as determined in accordance with Test Method F 1887. Balls to be labeled with COR and test speed in ft/s.

5.3 *Bat-Ball COR Test Apparatus:*

5.3.1 *Ball Cannon*—A device capable of shooting a ball at speeds up to 161.7 ft/s (49.1 m/s). The ball shall not have a spin rate in excess of 10 rpm. Typical pitching machines cannot yield the aiming accuracy required by this test method. Cannon exhaust air must not cause motion of the bat in the absence of an impact. The ball cannon can be any distance from impact location, as long as it can meet the bat aim requirements and provide six valid impacts in twelve shots or less.

5.3.2 *Ball Speed Gate*—A light trap device, or an equivalent, capable of measuring a sphere traveling at speeds in excess of 161.7 ft/s (49.1 m/s) with an accuracy of ±1.61 ft/s or better (0.49 m/s). The device shall measure across a length of no less than half the ball diameter to avoid centering error. For example, the device shall sense an object across a 2.0 in. (50.8 mm) line. The first sensor shall trigger when the ball is no more than 18.0 in. (457.2 mm) from the bat surface. The second sensor shall trigger between 12.0 in. (304.8 mm) and 14.0 in. (355.6 mm) from the first sensor. The second sensor is located between the first sensor and the bat surface. The distance between sensors must be measured and maintained within ±0.005 in. (±0.13 mm) (see Fig. 2). The device must be

2



F 2219 – 04



BALL SPEED GATE

BALL CANNON

BAT PIVOT ASSEMBLY

**FIG. 2 Bat Testing Machine**

able to measure the ball exit speed. This requires the device to reset and arm quickly enough to capture the ball traveling back through the speed gate.

5.3.3 *Bat Pivot Support*—A turntable, rotating in the horizontal plane, with clamps to support and align the bat in the path of the ball. The clamp surfaces shall be a 45° Vee clamp with a radius no greater than 2.0 in. (50.8 mm). The rotating clamp and shaft assembly shall not weigh more than 6 lb (2.7 kg) and shall spin freely via ball bearings (see Fig. 2). The polar MOI for the clamp turntable assembly shall not exceed 192 oz-in.$^2$ (35 117 g-cm$^2$). The actual MOI of the clamp turntable assembly shall be determined and used in the performance calculations.

## 6. Calibration and Standardization

6.1 *Ball Speed Gate*—The distances between the sensors of the speed gates must be known and recorded to the stated tolerances. The accuracy of the timers used in the velocity sensors must be adequate to provide the stated velocity accuracy at maximum stated speeds. The timers used shall be calibrated on at least a yearly basis.

6.2 *Calibration Rod*—A calibration rod tested at two different pivot locations shall be used to determine if the MOI Stand is capable of accurately measuring the MOI of a bat. The rod shall be a 1-in. (25.4-mm) diameter by 24-in. (609.6-mm) long steel rod weighing 85.65 oz (2.43 kg). The MOI of this rod measured with the pivot location at 8 in. (20.32 cm) should be 5 487 oz-in.$^2$ (1003 kg-cm$^2$) and at a pivot location of 2 in. (50.8 mm) should be 12 682 oz-in.$^2$ (2319.5 kg-cm$^2$). Deviations more than 50 oz-in.$^2$ (9.15 kg-cm$^2$), after accounting for the MOI of the clamp fixture, shall be rectified before bats are tested.

6.3 *Reference Standards and Blanks*—A standard bat and ball shall be used for reference purposes to verify proper machine operation.

## 7. Conditioning

7.1 *Ball and Bat Conditioning*:

7.1.1 Balls shall be stored at the environmental conditions in 7.1.2 and 7.1.3 until their weight change over 24 h is less than 0.1 % and wood bats shall be stored at these environmental conditions for at least 24 h prior to testing. Non-wood bats

shall be stored at these test environmental conditions for at least 2 h prior to testing.

7.1.2 Temperature is to be maintained at 72 ± 4°F (22 ± 2°C).

7.1.3 Relative humidity is to be maintained at 50 ± 10 %.

7.1.4 Bats and balls are to be tested within 1 h after removal from controlled area.

7.2 *Test Room Conditions*:

7.2.1 The test room will be controlled environmentally.

7.2.2 Temperature is to be maintained at 72 ± 4°F (22 ± 2°C).

7.2.3 Relative humidity is to be maintained between 20 and 60 %.

## 8. Procedure

8.1 *Determination of Bat Features and Test Location*:

8.1.1 *Balance Point*—Measure and record the overall bat length to the nearest 0.0625 in. (1.58 mm). Place bat level on balance point stand as shown in Fig. 3. Record the weight measured by the 6-in. ($Wt_6$) and the 24-in. ($Wt_{24}$) scales to the nearest 0.035 oz (1.0 g). Eq 1 calculates the balance point relative to the distal end of the bat knob:

$$BP = \left[ \frac{(6Wt_6) + (24Wt_{24})}{(Wt_6 + Wt_{24})} \right] \qquad (1)$$

where:
$BP$ = balance point from distal end of the bat knob,
$Wt_6$ = weight of the bat measured 6 in. from the knob,
$Wt_{24}$ = weight of the bat measured 24 in. from the knob, and
$W_t$ = $Wt_6$ + $Wt_{24}$ = total weight of the bat.

8.1.2 *Bat MOI Set-Up*—Apply MOI collar-clamp to bat handle so that the pivot location (point of the vee on underside of the clamp) is 6 ± 0.031 in. (152.4 ± 0.8 mm) from the distal end of the bat knob (see Fig. 1). Hang bat in MOI Stand, making sure the bat hangs vertically and can swing freely about the pivots. If bat does not hang vertically, correct by centering bat to the pivots.

8.1.3 *COP Test*—Rotate the bat about the pivots to an angle of 5° from vertical. Release bat and allow to swing freely (see Fig. 1). Allow bat to swing through five cycles and to settle into

3

F 2219 – 04



FIG. 3 Balance Point Fixture

simple pendulum oscillation. Start the electronic timer when bat reaches the bottom of the swing cycle. Stop the timer once the bat has completed ten full cycles. The timer shall be triggered by a light beam broken by the path of the bat at the bottom of the pendulum arc. Repeat test five times to minimize timing errors. Do not use these results if the standard deviation of the five measurements is greater than 0.5 % of the mean. Instead, repeat the five measurements after repeating 8.1.2. Determine and record the average period for the bat, using Eq 2:

$$average\ period = \qquad (2)$$

$$\left( \frac{\frac{time_1}{no.\ cycles_1} + \frac{time_2}{no.\ cycles_2} + \frac{time_3}{no.\ cycles_3} + \frac{time_4}{no.\ cycles_4} + \frac{time_5}{no.\ cycles_5}}{number\ of\ tests\ (5)} \right)$$

8.1.4 *COP Location*—Calculate and record bat COP relative to the pivot location in accordance with 8.1.2 using Eq 3:

$$COP = \left( \frac{(average\ period)^2\ g}{4\pi^2} \right) \qquad (3)$$

where:
COP, in.  = (average period)$^2$ (9.779)(in./s$^2$),
COP, cm  = (average period)$^2$ (24.839)(cm/s$^2$), and
g       = acceleration due to gravity, 32.17 ft/s$^2$ (9.806 m/s$^2$), or 386.1 in./s$^2$(980.6 cm/s$^2$).

8.1.5 *Moment of Inertia (MOI)*—Calculate and record the moment of inertia (MOI) of the bat to the nearest 0.1 oz-in.$^2$(182.7 g-cm$^2$) using Eq 4:

$$I = \left( \frac{(average\ period)^2\ gW_t a}{4\pi^2} \right) \qquad (4)$$

where:
$W_t$   = total weight of the bat,
$a$    = distance from pivot point to balance point (BP), thus $a = BP - 6$ in. (15.24 cm),
$I$, oz-in.$^2$  = (average period)$^2$ (9.779)($W_t$ ($BP - 6$ in.)), and
$I$, g-cm$^2$  = (average period)$^2$ (24.839)($W_t$ ($BP - 15.24$ cm).

8.2 *Impact Locations*—Three alternative methods for testing are described herein for evaluating the performance of a bat. These methodologies provide alternatives for determining the impact location of the bat-ball collision prescribed by these test methods.

8.2.1 *Method A*—Impact location is 6 in. from the end of the bat.

8.2.2 *Method B*—Impact location is at the COP.

8.2.3 *Method C*—Multiple impact locations for identifying the maximum value of the performance variable in question.

8.2.3.1 Select a performance variable (BBCOR, BPF, BESR, or BBS) to calculate. The choice of performance variable is left to those specifying the test requirements.

8.2.3.2 Test at an initial impact location 6 in. (152.4 mm) from the barrel end of the bat. Repeat testing at 1-in. (25.4-mm) intervals in either direction from the initial impact location until finding a local maximum, then converge on the maximum performance variable location in 0.5-in. (12.7-mm) increments.

8.2.3.3 The maximum value within a 0.5-in. (12.7-mm) interval is the impact location to be used under this Method C (that is, if a local maximum is found between 4 in. (101.6 mm) and 5 in. (127.0 mm), then test is then done at 4.5 in. (114.3 mm), and the impact location is the one associated with the maximum of the test results obtained from these three impact locations).

8.3 *Bat Test Procedure*:

8.3.1 Ready and calibrate ball speed gates in accordance with the manufacturer's instructions.

8.3.2 Select a test ball meeting requirement of 5.2 above, and record the actual values of compression, weight, size, and COR of the ball in accordance with 5.2.

8.3.3 Set ball cannon to fire the ball at the desired impact speed up to 161.7 ft/s (49.1 m/s), approximately 110 mph for an impact point selected in accordance with 8.2. Valid test speeds are considered to be those done within ±1 % of the targeted test speed.

8.3.4 Mount the bat in the clamps on the bat pivot support. The distal end of the bat knob must be 6 in. (152.4 mm) from the axis of rotation of the turntable assembly.

8.3.5 The ball impact must be centered vertically and horizontally on the bat diameter at the desired impact location in accordance with 8.2.

8.3.6 Position the bat against the start position reference, which must place the bat axis perpendicular to the ball line of travel (see Fig. 2).

8.3.7 Verify that all ball speed gates are reset and ready to take data.

8.3.8 Load selected test ball in ball cannon. Attempt to load test ball so that its impact with the bat will occur between the stitches of the ball.

F 2219 – 04

8.3.9 Shoot the ball at the bat, observing the necessary safety precautions.

8.3.10 Verify proper bat alignment by observing the rebound path of the ball after impact with the bat. The ball should rebound directly back toward the cannon, retracing its impact trajectory within ±5.

8.3.11 Record ball inbound speed and ball exit speed. Do not use data where the ball inbound speed deviates by more than the tolerances stated in 8.3.3 from the targeted test speed.

8.3.12 Continue testing for six valid impact readings or for twelve total impacts. Rotate the ball in the cannon so that the impact area of the ball is different for each impact. If six valid impacts are not achieved prior to twelve total impacts, set-up to alleviate cause of invalid impacts. Verify support system for ball cannon, ball speed gate, and bat pivot support are rigid. Retest using a new ball.

8.3.13 Repeat 8.3.5-8.3.12 for other impact locations as needed in accordance with 8.2.

## 9. Calculation of Results

9.1 Calculate the bat-ball coefficient of restitution (BBCOR) for each valid impact using Eq 5:

$$BBCOR = \frac{v_i + v_r}{v_i} \left\{ \frac{Q^2 m}{I + I_{pivot}} + 1 \right\} - 1 \qquad (5)$$

where:
$Q$ = distance from the impact location and pivot point location, in. (cm),
$I$ = moment of inertia (MOI) of bat, oz-in.$^2$ (g-cm$^2$),
$I_{pivot}$ = moment of inertia of pivot stage, oz-in.$^2$ (g-cm$^2$),
$v_i$ = ball inbound speed, in./s (cm/s),
$v_r$ = ball exit speed, in./s (cm/s), and
$m$ = weight of ball used in each impact, oz (g).

9.2 Calculate the bat performance factor (BPF) for each valid impact using Eq 6:

$$BPF = \frac{BBCOR}{Ball\,COR} \qquad (6)$$

where:
Ball COR = ball COR of the test ball in accordance with 5.2.

9.3 Calculate the average BPF for the test bat from the six valid impacts using Eq. 7. When different balls are used to test the same bat, always be sure to calculate the BBCOR and BPF using the actual size, weight, compression, and COR of the ball used in each of the six valid impacts.

$$BPF_{avg} = \frac{(BPF)_1 + (BPF)_2 + ... + (BPF)_6}{6} \qquad (7)$$

9.4 Calculate the ball exit speed ratio (BESR) of the test bat normalized to a nominal ball of mass, $m_0$, and coefficient of restitution, $COR_0$, both of which must be supplied by the group or individual seeking to calculate BESR, using Eq 8, where BPF is given in Eq 6 and the other symbols are defined following Eq 5:

$$BESR = \frac{(BPF)(Ball\,COR_0) - \frac{Q^2 m_0}{I + I_{pivot}}}{1 + \frac{Q^2 m_0}{I + I_{pivot}}} + 0.5 \qquad (8)$$

9.5 Calculate the average BESR for the test bat from the six valid impacts using Eq 9:

$$BESR_{avg} = \frac{(BESR)_1 + (BESR)_2 + ... + (BESR)_6}{6} \qquad (9)$$

9.6 Calculate the batted ball speed (BBS) value of the test bat using Eq 10:

$$BBS = (v \cdot (BESR - 0.5)) + (V \cdot (BESR + 0.5)) \qquad (10)$$

where:
$V$ = bat swing speed (mph) at the point of impact, which must be supplied by the individual or group seeking to calculate BBS, and
$v$ = ball pitch speed (mph), which must be supplied by the individual or group seeking to calculate BBS.

9.7 Calculate the average batted ball speed (BBS) value of the test bat from the six valid impacts using Eq 11:

$$BBS_{avg} = \frac{(BBS)_1 + (BBS)_2 + ... + (BBS)_6}{6} \qquad (11)$$

## 10. Report

10.1 Report the following information:
10.1.1 Name of the test facility and test operator,
10.1.2 Test date,
10.1.3 Test conditions,
10.1.3.1 Humidity and temperature of test room,
10.1.3.2 Humidity and temperature of the ball and bat conditioning environment, and
10.1.3.3 Number of hours ball and bat were in conditioning environment.
10.1.4 Test equipment used for this test method,
10.1.5 Test ball information in accordance with 5.2, including the compression, weight, size, and COR of the test ball, and normalization values $m_0$ and $COR_0$,
10.1.6 Bat model, length, weight tested, and any other pertinent data, such as, condition of the bat or modification to the bat,
10.1.7 Bat MOI, BP, COP, and MOI of bat pivot support,
10.1.8 For each impact (including invalid impacts) ball inbound speed, ball exit speed, impact location from the rotation point, BBCOR, BPF, and BESR,
10.1.9 BBCOR$_{avg}$, BPF$_{avg}$, and BESR$_{avg}$,
10.1.10 If desired, individual and average BBS results and the bat swing speed and ball pitch speed used to calculate BBS,
10.1.11 Any and all unique observations, including but not exclusively, any damage to the bat or test ball, misdirected ball impacts, and any odd noises or vibrations, and
10.1.12 Calibration certificates for measurement devices and velocity timers.

## 11. Precision and Bias

11.1 Precision and bias evaluations have not been conducted for these test methods. When such data are available, a precision and bias section will be added.

## 12. Keywords

12.1 baseball bats; baseballs; bat performance; BBCOR; BBS; BESR; BPF; COR; softball bats; softballs

5

**F 2219 – 04**

# APPENDIX

## (Nonmandatory Information)

### X1. TEST REPORT

X1.1

| Bat Model: _____ | | Bat Length: _____ (in.) | | | | Bat Weight: _____ (oz) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ball Model Used: _____ | | | | | | | | | | | |
| Balance Part _____ (in.) | | Bat MOI: _____ (oz-in.²) | | | | Bat COP: _____ | | | | | |
| Bat Comments: _____ | | | | | | | | | | | |
| Bat Test Name | Data Ball ID | Ball Weight (g) | Ball COR | Impact Log (in.) | Ball in (mph) | Ball out (mph) | COR | BPF | BESR | BBS | Notes |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Test Operator: _____ | | | Test Date: _____ | | | Test Equipment: _____ | | | | | |
| Test Room Temp: _____ °C | | | Test Room Relative Humidity: _____ % | | | | | | | | |

ASTM International takes no position respecting the validity of any patent rights asserted in connection with any item mentioned in this standard. Users of this standard are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, are entirely their own responsibility.

This standard is subject to revision at any time by the responsible technical committee and must be reviewed every five years and if not revised, either reapproved or withdrawn. Your comments are invited either for revision of this standard or for additional standards and should be addressed to ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend. If you feel that your comments have not received a fair hearing you should make your views known to the ASTM Committee on Standards, at the address shown below.

This standard is copyrighted by ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States. Individual reprints (single or multiple copies) of this standard may be obtained by contacting ASTM at the above address or at 610-832-9585 (phone), 610-832-9555 (fax), or service@astm.org (e-mail); or through the ASTM website (www.astm.org).

# NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STANDARD FOR TESTING BASEBALL BAT PERFORMANCE

November, 2005

Revised: 30-October-2006

The following protocol has been adopted by the NCAA and must be followed when baseball bats are submitted for certification. This protocol has been adopted as an addendum to the NCAA baseball rules and does not supersede the rules.

This certification protocol follows ASTM standards where applicable.
(http://www.ASTM.org)

## Initial Written Notification

To initiate the certification process for all baseball bats that are constructed with materials other than one-piece solid wood, an interested bat manufacturer must send the NCAA Certification Center written notice of its intent to request certification testing on specific models it deems appropriate for testing. This notice, in turn, will be forwarded to the NCAA. This notice of intent must contain a detailed description of all models to be used in NCAA competition, the date of first production, the model number, the bat length and weight combinations of each model to be manufactured, the maximum diameter, the minimum handle diameter, location of the center of gravity (balance point) as measured relative to the tip of the barrel, the weight moment of inertia (MOI), the nominal wall thickness of the barrel and of any other part of the bat with a wall thickness that differs from the barrel, the ultrasonic setting used to determine wall thickness, and the materials (e.g., alloys, composites, any filling or deadening materials) used to make the product (including, without limitation, any materials used inside the bat and the materials composing and/or contained in the bat's end cap). Such information will not be confidential and will be available on request. In addition, either an 8" × 10" color photograph or equivalent digital photograph of each model to be certified, showing all graphics that will appear in the final version, will be provided to the NCAA. At that time, a request number, e.g., NCAA-06-0001, will be assigned to the bat by the Certification Center and only those bat models so registered will be cleared for testing. This written notice can be completed by filling out the online registration form at http://m-5.eng.uml.edu/ncaa.

## Indemnification

By registering a bat, the registering party agrees to indemnify the NCAA (and any other governing body that recognizes BESR bats as meeting its bat performance standard), the University of Massachusetts-Lowell Baseball Research Center, and the University of Massachusetts System for any legal actions resulting from the bat so registered.

## Certification Process

The NCAA then will require that a manufacturer supply a minimum of two typical bats of every length class (per Table 1), weight class (per Table 2), and model combination for certification to The Baseball Research Center, Department of Mechanical Engineering, University of

ATTACHMENT 2

Massachusetts at Lowell, One University Avenue, Lowell, Massachusetts 01854 (978/934-2995, james_sherwood@uml.edu). Dr. James A. Sherwood and his research team will conduct the certification tests as stated in the testing protocol on one of the bats for each length, weight and model. All bats which are sold or otherwise provided for NCAA play by the manufacturer must meet the specifications of the new standard in order to be certified for NCAA competition. If approved, the NCAA will provide written confirmation for each approved bat. No bat will be tested for compliance without first being registered. Registered bats will be tested for compliance in the order that they are received by the Certification Center.

Table 1. Length Classes for Bats

| Length Class (plus or minus range, in inches) |
|---|
| 29.0 -0.25/+0.24 |
| 29.5 -0.25/+0.24 |
| 30.0 -0.25/+0.24 |
| 30.5 -0.25/+0.24 |
| 31.0 -0.25/+0.24 |
| 31.5 -0.25/+0.24 |
| 32.0 -0.25/+0.24 |
| 32.5 -0.25/+0.24 |
| 33.0 -0.25/+0.24 |
| 33.5 -0.25/+0.24 |
| 34.0 -0.25/+0.24 |
| 34.5 -0.25/+0.24 |
| 35.0 -0.25/+0.24 |
| 35.5 -0.25/+0.24 |
| 36.0 -0.25/+0.24 |

Table 2. Weight Classes for Bats Without Grip

| Weight Class [Unit difference, weight (oz) minus length (in.)] | | |
|---|---|---|
| -3 | $\rightarrow$ | -3.000 to -2.100 |
| -2 | $\rightarrow$ | -2.095 to -1.100 |
| -1 | $\rightarrow$ | -1.095 to -0.100 |

A mandatory silk-screen or other permanent certification mark will consist of the phrase "BESR Certified" and must be clearly displayed on the barrel end of the bat. The manufacturer may use the certification mark in descriptive materials (such as catalogs) to identify bats that comply with this testing standard, but may not make other use of the mark. Use of the certification mark to advertise or promote the sale or distribution of bats is expressly prohibited. There will be no charge for the use of the certification mark in accordance with this protocol.

In the event that all bats submitted for testing become damaged and/or unusable for testing, the manufacturer will be notified by the Certification Center and requested to submit at least two more bats for certification. The certification of that length, weight and model combination will then go to the next open position in the certification queue, i.e., end of the line, upon receipt of the new bats.

All bats may be returned except for the tested bat(s) and one untested bat for record-keeping purposes. The retained bats will be stored in a secure area and only Certification Center personnel will have access to the area. The manufacturer will be assured by the NCAA that the design of its bat is protected.

### Test Results

The Certification Center will provide the NCAA in writing with the test results of each length and weight combination for each model submitted by the manufacturer for certification. The NCAA will then forward the test results to the manufacturer. If a bat is submitted for testing by a sponsor other than the manufacturer, the Certification Center will provide the test results in writing to the NCAA, and the NCAA will forward those results to the sponsoring party. If a bat submitted by a sponsor other than the manufacturer fails the certification test, copies of the test results will also be provided in writing to the manufacturer.

Upon request, copies of all data sheets for every hit will be supplied in confidence to the NCAA and to the test sponsor. If a bat that has been submitted for testing by a sponsor other than the manufacturer fails the certification test, copies of all data sheets will also be supplied to the manufacturer upon request. The original data sheets will be filed in hard copy and digital form at the Certification Center and in digital form at a secure off-site location. Information on the data sheet belongs to each test sponsor (and the manufacturer, if the test sponsor is not the manufacturer and the bat fails the certification test) for internal purposes only and will be kept confidential by the Certification Center and the NCAA unless otherwise provided herein. The NCAA will retain the right to announce publicly that a bat has failed the certification test.

Manufacturers may, at their discretion, disclose the results, including test data, of testing on bats that they have manufactured. If a manufacturer discloses such information, however, the NCAA may make any additional disclosure of information from the same test that it deems appropriate.

### Testing Expenses

All of the expenses to conduct the testing at the University of Massachusetts at Lowell Baseball Research Center will be funded by the manufacturer or test sponsor for which certification testing will be conducted. All manufacturers should work directly with the Certification Center regarding the testing expenses.

### Proof of Certification

Only baseball bats that display an official NCAA certification mark on the barrel-end of the bat signifying compliance with the NCAA's bat performance standard are allowed in regular-season

and post-season competition. Solid bats constructed from a single piece of wood are allowed for NCAA competition without being tested for NCAA bat standard compliance.

### Compliance with the Performance Standard

The NCAA will conduct discretionary periodic testing of certified baseball bats at its expense to ensure compliance with the standard. This testing is intended to fairly sample the bats used in NCAA play at the time of the testing. Bats will be obtained from both dealer stock and field service. Teams that provide field-service bats for compliance testing will be reimbursed by the NCAA for the costs of those bats. If any nonconforming bats are identified, the NCAA will notify the manufacturer in writing of its findings. A bat length, weight and model combination will not be declared nonconforming unless three different bats with that length, weight and model combination have failed the compliance testing. The manufacturer will be given the opportunity to review the compliance report and will be allowed an appeal in writing of the findings to the NCAA Baseball Rules Committee within fourteen (14) days upon receipt of the notice of findings. This right to appeal will include a right to retest the bat or bats in question at the manufacturer's expense, and the results of any retest will be provided to the NCAA who will, in turn, forward the results to the manufacturer. Once any retesting is complete, the rules committee will act on the appeal and notify the manufacturer of its decision within seven (7) days. The rules committee will disallow any bat that does not meet the standard for regular-season or post-season competition.

### Manufacturer Right to Submit a Competitor's Bat for Compliance

Manufacturer A is permitted to submit Manufacturer B's bat for testing in accordance with the section above titled Compliance with the Performance Standard, and manufacturer A pays for all of the testing associated with the compliance investigation regardless of the outcome. If B's bat does not comply, then the Certification Center will notify the NCAA, and the NCAA will take appropriate steps for noncompliance as described above. The same appeal procedures as described above will apply in this circumstance, and the test sponsor will be entitled to the results of any retest and appeal. The results of the test (including all test data) will be shared with the NCAA and the test sponsor in the manner described above. If the bat fails the certification test, the test results will also be shared with the manufacturer. The compliance bat must be officially registered before any compliance testing can commence at the Certification Center. This registration can be done by completing the online form at http://m-5.eng.uml.edu/ncaa/Competitor_Test.htm. At that time, a request number, e.g., NCAA-C-06-0001, will be assigned to the bat by the Certification Center and only those bat models so registered will be cleared for testing. A copy of this registration will be forwarded to the NCAA.

### Penalty for Modification of Bat after It Leaves the OEM

A manufacturer will not be held responsible for noncompliance in the event that an aftermarket party alters the bat in any manner. The NCAA will deal directly with the team that collaborated with the aftermarket party. The manufacturer should make a best effort to produce a tamperproof bat, e.g., no screw-off end cap.

## Testing Protocol

Where possible, this protocol is based on the following standard: ASTM Designation F2219-05, Standard Test Methods for Measuring High-Speed Bat Performance. (http://www.ASTM.org)

### Bat Preparation Procedures

1. Measure and record model, length to nearest 1/16 in., weight to nearest 0.005 oz, and location of the center of gravity to the nearest 0.03 in.
2. Draw circumferential lines at 3, 4, 5, 6, 7, 8 and 9 in. from the tip of the barrel and a longitudinal axis line; measure and record the diameter at these locations.
3. Mark a line 4 in. from the base of the knob and attach clamp to ensure rotation about 6 in. from the base of the knob.
4. Measure Weight Moment of Inertia (MOI)
   - Required Apparatus:
     A timer capable of sampling at a rate of at least 1 MHz; a collar to be clamped onto the bat that has a maximum MOI of 4 oz-in.$^2$ and is rotationally balanced; a stand that allows for the bat to swing freely and a collar-clamp that pivots on a knife edge. (ASTM F2398-04e1, Test Method for Measuring Moment of Inertia and Center of Percussion of a Baseball or Softball Bat)
   - Procedure:
     Apply MOI collar-clamp to bat handle so that the pivot location (point of the vee on underside of the clamp) is 6 ± 0.03 in. from the proximal end of the bat knob.



Knob

Proximal                                                      Distal

     Hang bat in stand making sure that the bat hangs vertically and can swing freely about the pivots. (ASTM  F2398-04e1, 6.2.1) Rotate the bat about the pivots to an angle of 5° from vertical. Release the bat and allow it to swing freely. Allow the bat to swing through five cycles. Then start the electronic timer at the bottom of the swing cycle and stop the timer when the bat has completed an additional ten cycles. The timer will be triggered by a light beam broken by the path of the bat at the bottom of the pendulum arc. Repeat test five times to minimize timing errors. Do not use the results if the standard deviation of the five measurements is greater than 0.5% of the mean. Instead, repeat the five measurements after checking the setup. Use the average period for calculating the MOI. (ASTM F2398-04e1, 6.2)
   - Calculation:
     The moment of inertia is calculated from the relation

$$\text{MOI} = 9.779 T^2 W \left( L - D - 6 \right) \qquad (1)$$

where MOI is the weight moment of inertia (in oz-in.$^2$), $T$ is the average period (in seconds), $W$ is the weight of the bat (in ounces), $L$ is the length of the bat (in

inches), and $D$ is the location (in inches) of the center of gravity measured from the barrel end of the bat.

**Minimum MOI Rule**
The baseball bat must have an MOI about the point 6 inches from the base of the knob greater than or equal to the value identified in Table 3 for the associated length class.

Table 3. Minimum Allowable MOI (oz-in.$^2$)
for Associated Length Class

| Length (in.) | MOI at 6 in. from base of knob (oz-in.$^2$) |
|---|---|
| 29.0 | 5407 |
| 29.5 | 5725 |
| 30.0 | 6064 |
| 30.5 | 6424 |
| 31.0 | 6805 |
| 31.5 | 7207 |
| 32.0 | 7630 |
| 32.5 | 8073 |
| 33.0 | 8538 |
| 33.5 | 9024 |
| 34.0 | 9530 |
| 34.5 | 10058 |
| 35.0 | 10607 |
| 35.5 | 11176 |
| 36.0 | 11767 |

**Testing System**
Ball Cannon:
The device must have a muzzle velocity of at least 150 mph. The ball will not have a spin rate in excess of 10 rpm. Cannon exhaust air must not cause motion of the bat in the absence of an impact. The ball cannon can be any distance from the impact location, as long as it can meet the ball aim requirements. (ASTM F2219-05, 5.2.1)

Ball Speed Gate:
A light trap device, or an equivalent, is required that can measure a sphere traveling in excess of 150 mph with an accuracy within 1.5 mph. The device will measure across a length of no less than half the ball diameter to avoid centering error. The first sensor will trigger when the incoming ball is no more than 18.0 in. from the bat surface. A second sensor will be located 6 in. from the first sensor in the direction of the bat, and a third sensor will be located 6 in. from the second sensor in the direction of the bat. The distance between the sensors must be maintained within 0.005 in. Light sensors 1 and 3 will be those identified in ASTM F2219-05, 5.2.2. The

device must also be able to measure the ball rebound speed using the same sensors. This requires the device to reset and arm quickly enough to capture the ball traveling back through the speed gates. The data acquisition software will calculate the ball speed from each pair of sensors: 1 and 2, 1 and 3, and 2 and 3.

Bat Pivot Support:
A turntable, rotating in the horizontal plane, with clamps to support and align the bat in the path of the ball, is required. The bat will be clamped between 45° vee clamps with a radius of no greater than 2.0 in. The rotating clamp and shaft assembly will not weigh more than 6 lbs and will spin freely via ball bearings. The polar MOI for the clamp turntable assembly will not exceed 192 oz-in.[2]. (ASTM F2219-05, 5.2.3)

**Baseball Lot Preparation**
The baseballs used for testing will have a mass of 145.4 ± 1g. The circumference of the ball will be 9.05 ± 0.05 in.

To adjust for the potential of differing baseball properties, each new lot of baseballs will have a sample of 30 valid-hit baseballs tested using the standard bat described in the September 1999 protocol. Each ball in the sample will be tested by impacting the standard bat at the 6 in. location with an impact speed from the air canon of $V = 138 ± 2$ mph, and the rebound speed $v$ of each ball will be measured. For each ball, determine the correction factor $\varepsilon$ as follows:

$$\varepsilon = 0.1884 - \frac{v}{V} \qquad (2)$$

Each of the 30 baseballs will be impacted one time. The average for the lot, $\langle \varepsilon \rangle = \sum \varepsilon_i / 30$, will be determined by averaging over the 30 valid-hit baseballs.

**Bat Testing Procedure**
- Mount the bat into the grip such that the proximal end of the knob is 6 in. from the axis of rotation. The grip material may consist of Astroturf placed between the vee clamps and the bat to allow for the rotation of the bat in the grip between hits. The grip material will be uniform from test to test.
- Select a baseball from the lot which has fewer than eight (8) previous impacts. Measure the weight to ensure that it is in the acceptable range, and record the weight and the date on the ball. Then mark the ball with and "x" on the side of the ball that is to be impacted.
- Load the selected test ball in ball cannon. Attempt to load the ball so that its impact with the bat will occur between the stitches of the ball and on the side that the "x" was marked.
- The ball impact must be centered vertically and horizontally on the bat diameter at the desired impact location $z$, measured in inches from the barrel end of the bat.
- Set the ball cannon to fire the ball at the desired impact speed of $V_{Contact} ± 2$ mph into the bat that is at rest until impact as calculated using Equation 3 for each impact location $z$.

For the purposes of certification, a valid hit will require the speed measurements from sensors 1-2 and 2-3 to not differ by more than 2 mph, and similarly, the rebound measurements of sensors 3-2 and 2-1 to also not differ by more than 2 mph.

$$V_{\text{Contact}} = \left(66 \text{ mph}\right)\left(\frac{L - 6 - z}{L - 12}\right) + 70 \text{ mph} \qquad (3)$$

where $L$ is the length of the bat (in inches).

- Verify proper bat alignment by observing the rebound path of the ball after impact with the bat. The ball should rebound directly back towards the cannon, retracing its impact trajectory within ±5°. (ASTM F2219-05, 8.3.10)
- All bat axial positions are measured with respect to the distance from the tip of the barrel. Raw data inbound and rebound speeds are to be recorded with testing to commence at the 6-in. position. Bat profiling will continue with hits at the 5-in., then the 7-in. positions. The testing will continue with hits at additional points using 0.5-in. and/or 1.0-in. increments at the discretion of the certification personnel until the sweet spot location is isolated.
- Six (6) consecutive valid impacts are to be recorded at each of the bat-axis impact locations. Consecutive valid readings will be determined without regard to any interspersed invalid readings; thus, for example, four valid readings, followed by an invalid reading, followed by two valid readings will be considered six consecutive valid readings. The total number of hits may vary from bat to bat.
- Nonwood bats will be rotated in 1/4- or 3/8-turns or randomly prior to each hit to ensure quasi-even exposure to impacts. The wood bats will be rotated 180° prior to each hit or not rotated at all according to standard wood bat usage, i.e., label up and label down.
- Alignment of the bat will be checked before each hit.

## Performance Calculations

Bat performance is specified by using the BESR (Ball Exit Speed Ratio), which is calculated using the inbound and rebound speeds of the ball:

$$\text{BESR} = \frac{V_{\text{R}} - \delta v}{V_{\text{I}} + \delta v} + 0.5 + \langle \varepsilon \rangle \qquad (4)$$

where $V_{\text{I}}$ (sensors 1 to 3 measurement) and $V_{\text{R}}$ (sensors 3 to 1 measurement) are the ball inbound and rebound speeds, respectively and

$$\delta v = 136 \text{ mph} - V_{\text{Contact}} \qquad (5)$$

Equation 3 is used to normalize the data with respect to bat and ball input speed variations. The BESR will be the average of six (6) valid readings at the point of maximum speed, as discussed previously. At the point of maximum exit speed, an average of six (6) valid hits is used to

determine BESR compliance. If at anytime during the certification process, the average of six (6) consecutive valid hits exceeds the limiting BESR, then testing is halted and the bat is concluded to be noncompliant for NCAA competition.

**Maximum BESR Rule**
The baseball bat must have a BESR less than or equal to the value identified in Table 4 for the associated length class.

Table 4. NCAA Maximum BESR Limits
for Associated Length Class

| Length (in.) | BESR Limit* |
|---|---|
| 29.0 | 0.698 |
| 29.5 | 0.701 |
| 30.0 | 0.704 |
| 30.5 | 0.707 |
| 31.0 | 0.710 |
| 31.5 | 0.713 |
| 32.0 | 0.716 |
| 32.5 | 0.719 |
| 33.0 | 0.722 |
| 33.5 | 0.725 |
| 34.0 | 0.728 |
| 34.5 | 0.731 |
| 35.0 | 0.734 |
| 35.5 | 0.737 |
| 36.0 | 0.740 |

* Relative to Aug.-Sept. 1999 34-in. wood

**Length-to-Weight Unit Differential**
The length-to-weight unit differential of each nonwood bat will not exceed three units without the grip. Each length-class and weight-class combination of a particular model must be certified for compliance.

**Bat Surface**
The surface of the bat tested for certification must be the same as that of the production bat model which it represents and may exclude graphics.

**Bat Diameter**
The barrel diameter will be no greater than 2.625 in. A certified bat ring, 1-in long and greater than ¼-in. thick with a maximum interior diameter of 2.657 +0.001/-0.005 in. must pass

completely over the length of each bat prior to and after each hit or the bat will be certified to be noncompliant.

### Conditioning
Baseballs will be stored in the environmental conditions of $72 \pm 4$ °F and $50 \pm 10\%$ relative humidity until their weight change over a 24 hour period is less than 0.1%. Wood bats will be stored in these same environmental conditions for at least 24 hours prior to testing. Nonwood bats will be stored at these conditions for at least two hours prior to testing. Testing will take place in an environmentally controlled room with a temperature of $72 \pm 4$ °F and a relative humidity between 20 and 60%. (ASTM F2219-05, 7)

### External Observers
Manufacturer attendance is optional. Outside observers representing the organization that submitted the bat for testing may be present, but must follow the directions of the certification operators.

### Work-Hardening
The NCAA is continuing to study the issue of work-hardening in nonwood bats. At this time, the protocol will not contain specifications that attempt to address the issue of work-hardening.

**Compliance Testing**

All bats submitted for Compliance Testing will be tested per the same protocol as described for Certification Testing and will be judged whether or not to be in compliance by the same Pass-Fail Criteria as are used for Certification Testing with one possible exception.

In the event that a bat submitted for compliance testing, hereafter called the Compliance Bat, fails to satisfy the BESR prong of the pass-fail criteria, an additional performance comparison will be invoked:

- The BESR performance for the bat of the same length/weight/model configuration that was previously found by the Certification Center to meet the BESR requirements, hereafter called the Certification Bat, will be retested per the certification protocol with the same lot of baseballs that was used to test the Compliance Bat.
- The BESR as measured in the original certification test of the Certification Bat will be subtracted from BESR as measured in the retest of the Certification Bat. This difference will be called the "apparent shift".
    - For example, if the certification test BESR value for the Certification Bat was 0.722 and the retest BESR is 0.728, then there is an "apparent shift" in the allowable BESR of +0.006 due to the difference between the two lots of baseballs.
- If the BESR of the Compliance Bat is found to exceed the BESR limit of the baseball lot by more than the "apparent shift", then the Compliance Bat will be concluded to be noncompliant.
    - For example, if the Certification Bat demonstrates an "apparent shift" of 0.006, and the Compliance Bat exceeds the BESR limit for the current lot of baseballs used in the compliance test by 0.007, then the Compliance Bat fails the BESR prong of the Pass-Fail Criteria.
- If the Compliance Bat does not exceed the BESR limit for the baseball lot by more than the "apparent shift", then the Compliance Bat will be concluded to be in compliance with the BESR prong of the Pass-Fail Criteria.
    - For example, if the Certification Bat demonstrates an "apparent shift" of 0.006, and the Compliance Bat exceeds the BESR limit for the current lot of baseballs used in the compliance test by 0.005, then the Compliance Bat satisfies the BESR prong of the Pass-Fail Criteria.

The intent of this comparison of the Certification Bat and the Compliance Bat is to address the potential situation where slight differences in the performance of the ball lot used for compliance testing and the ball lot used for certification testing and/or the standard bat may introduce a small change in the effective BESR measurements of the bat being tested. This method for comparison of the Certification Bat and the Compliance Bat will ensure that a manufacturer is not unfairly penalized.

## Summary of Pass-Fail Criteria

1. The bat must meet the size and weight specifications.
2. There are no tolerances for length-weight differences (no greater than three units without the grip) or for maximum barrel diameter.
3. The bat must have an MOI (6 in. from the knob) greater than or equal to the minimum allowable for the bat's length class.
4. The bat ring must pass over the entire length of the bat before and after every hit.
5. The BESR, as determined from an average of six (6) consecutive valid hits at the maximum speed location described above, must not exceed the BESR limit.

### Revisions

The NCAA will revise the protocol as needed and reserves the right to change the test equipment, test location and the testing personnel. The NCAA will announce in a timely manner any future changes to the rules or protocol.