**24**

# North Dakota Makes Landmark Jump to Wood

By Joel Swanson
Head Coach, Shanley High School, Fargo, ND
NDHSAA Advisory Representative for Baseball
NBCA Representative for ND
Associate Scout, Tampa Bay Devil Rays

On June 21st, 2005 North Dakota took a large step towards bringing the game of baseball back to its roots with a unanimous vote by the coaches and a 10-1 vote by the North Dakota High School Activities Association to begin all wood bat play starting in the 2007 season.
Safety, weather and cost were the main reasons cited for the change.
Though no real documented evidence has ever been brought forth supporting this, 72 coaches across the state of ND have all voiced concern on how juiced the bats are. With situations such as the Brandon Patch incident and many others being brought to the forefront it is truly a concern in the opinion of ND coaches.
Our largest concern for making the change in North Dakota is that we also face a problem most other states do not…weather. At Shanley HS we played a 39 game schedule this year in April and early May, with only 10 of those games played in weather above 45 degrees. Aluminum has not been able to survive the temperatures they are exposed to here. Shanley HS in Fargo, ND bought 7 new bats from 3 different companies in 2005, with all 6 cracking, denting or shattering in the first 4 weeks of the season. With companies only giving a one time return on bats, it is not worth the money invested.
Cost issues are also coming into play as many of the schools in ND are considered club status and do not get funding from their schools. With aluminum bats costing an outrageous $270 - $320 each, it is hard to supply bats to our programs knowing how quickly they dent and break in ND weather. With the introduction of composite bats, we feel this is the perfect situation for ND. With composites ranging from $70 - $120 each, they have proven to hold up much better in the cold weather. Jamestown College, one of the premiere Div. III programs in the country, purchased 12 composites this year as the DAC-10 collegiate conference also went to wood bats. After an entire collegiate schedule, they had not broken a single composite. A

high school program can buy 6 composites for under $700 instead of $2000 that 6 aluminum bats would cost. If the composites do break, there is less investment, and composites also come with a warranty for a one time return. The composites give us the durability greater than the aluminum at 1/3 the cost.

Coaches are also excited as the true game of baseball will be brought out with this move. Bunting, base running, execution and pitching become the focus. 150 lb. shortstops are relying on speed and execution rather than hitting a HR that they wouldn't have if not for the aluminum. Coaches are also being put to the test as they will need to rely on skill and timing to win games, not sitting back hoping for the long ball or the flare. College coaches and professional scouts have applauded the move as it will give them a true evaluation of a hitter. A .400 hitter with wood is much more valuable than a .400 hitter with aluminum. A scout for the Twins stated that "for every ball hit with aluminum, it is automatically scouted as 30-40 feet shorter as to where wood would have hit it." In a state like ND that is not heavily scouted, we feel this will be a plus for promoting our players.

This move to wood bats does not affect the American Legion programs.

The move to wood is a three year trial, with a study comparing stats, injury and financial differences to be published in 2009 at the end of the third year.



**MEN'S SPORTS**
Baseball
Basketball
Cross Country
Golf
Soccer
Tennis
Track & Field

**WOMEN'S SPORTS**
Basketball
Cross Country
Golf
Soccer
Softball
Tennis
Track & Field
Volleyball

**GLVC LINKS**
About Us
Staff Directory
Member Directories
Council of Presidents
Handbook
Committees
Employment Opportunities
Events Calendar
Future Schedules

CHAMPIONSHIPS
AWARDS
MEMBER SERVICES
SAAC
MEDIA
CORP. PARTNERS
RECORD BOOK

### Section 2: Baseball

Printer Friendly (PDF)

A. **REGULATIONS FOR ALL CONFERENCE COMPETITION**
   1. NCAA rules shall be followed except where local ground rules require modification.
   2. The local ground rules shall be given to the visiting coach and to the umpires before the game starts.
   3. The home team shall determine whether or not a game is to start. Continuation of the game shall be under the absolute jurisdiction of the umpires. Normally, a game shall begin within one hour of the scheduled starting time.
   4. Both home and visiting teams should use the same location for batting practice. On days when the home team has no classes, the home team will take batting practice first.
   5. It is highly recommended that there be restrooms within one hundred feet of each playing facility.
   6. The home team is required to provide the following items to insure the safety of the players:
      a. a tarp for mound and home plate area.
      b. a pitcher's protector screen.
      c. an absorbable material for repair of the field when it becomes wet
         It is recommended that the followings items also be provided:
      d. a batting cage for home plate.
      e. a first base and middle field screen.
   7. The Official Baseball of the GLVC will be used for all conference competition
   8. Wood and wood composite bats will be used for all regular season conference games and post-season conference tournament games.
   9. All schools must have a full infield tarp by the 2002 season.
   10. The fees for the umpires shall be established by the Conference. The contract of employment is the responsibility of the Director of Athletics at the host institution. The fee for umpiring must be established at the fall meeting 12 months in advance of the season in which it takes effect.
   11. Starting times for single games may be established up to, but no later, than 3:00 p.m. local time. All doubleheaders must start by noon
   12. Coaches are required to evaluate umpires on a conference approved evaluation for and submit their evaluations to the conference office every Monday during the season by 5 p.m. central time.
   13. A copy of the GLVC Lightning Safety Protocol, as spelled out in Section 11.D in the GLVC Handbook, and the GLVC Tobacco Policy, as spelled out in Section 1.A.2.e in the GLVC Handbook must be posted at the site (i.e. dugouts, press box) of competition.

B. **REGULAR SEASON COMPETITION**
   1. A schedule shall be prepared for approval by the conference. The commissioner shall send out a two year schedule by June 1.
   2. Any change in the approved baseball schedule shall be coordinated through the commissioner and approved by the commissioner. On any change the commissioner shall respond in writing to schools involved within 48 hours. Institutions may reschedule baseball games to other days of the week, provided the GLVC Schedule Change Form is signed by the ADs for the game(s) being moved, as well as the ADs from the team's next GLVC opponent on the schedule following the schedule change.
   3. Rainouts
      a. Weekday games will be made up. Any postponed weekend game cannot be made up on a weekday. The make-up date for any postponed baseball game shall be agreed upon by the Athletic Directors of the two institutions, subject to any restrictions contained in Article C. Teams are permitted to change the date of travel for weekday games if the host institution notifies the visiting team, prior to their departure for the contest, that the game cannot be played as originally scheduled. Games must be made up the week of the originally scheduled contest. If the teams are unable to make up their games in the original week refer to Section 1.B.1.a.
   4. If circumstances prohibit use of a home field, every attempt shall be made to play elsewhere. The site shall be determined by mutual agreement of both institutions.
   5. A minimum of seven innings shall be played in the first game of the doubleheader. The second game and any scheduled single game will be a nine inning game (or at least a four and one-half inning game if the home team is in the lead). If the first game goes extra innings, the second game becomes a seven inning game. All GLVC games must be scheduled to start at 12:00 p.m. local time unless otherwise mutually agreed upon. Any time a game cannot be completed due to inclement weather or darkness it will be suspended if there is another scheduled date between the two teams. If there is not another scheduled date and it is a regulation game the game will be declared a complete game.
      a. A halted game must resume play at exactly the point of being suspended, with the lineups and batting orders of both teams exactly the same, subject to the rules of substitution; any player (or pitcher) who played, or was announced as a substitute before the game was suspended, must be in the lineup when play resumes or be ineligible for the remainder of the game.
   6. Umpire selection shall be the responsibility of the conference Assignor of Baseball Officials.
   7. All institutions are required to provide overnight accommodations for umpires working both days of a weekend series, provided the umpires are coming from outside a 100-mile radius of the host site and request a room.
   8. Regular season standings are determined as follows:
      a. Standings are based on the highest percentage of conference games won.
      b. In case of a tie, the standings shall be determined as follows: (Multiple teams tied see 1.c.4)
         i. The winner of the series between the teams who are tied;
         ii. If the two teams did not play one another, then head to head competition with remaining institutions in order of their conference standing.
         iii. If the teams split the series, the team which allows the fewest number of runs.
   9. The fee for the umpires shall be established by the Conference. The contract of employment is the responsibility of the Director of Athletics of the host institution. The fee for officiating must be established at the fall meeting 12 months in advance of the season in which it takes effect.

C. **CONFERENCE CHAMPIONSHIP COMPETITION**
   1. A conference champion shall be determined on the basis of a season-ending six-team, double-elimination tournament, to be scheduled one week prior to the NCAA Regional Championship, on the preceding Thursday, Friday, Saturday, and Sunday. In order to be eligible for the tournament, a team must play a minimum of 60 percent of their conference contests. Times for the tournament games will be set by the GLVC Commissioner at a neutral site or in consultation with the Athletics Director and coach of the host institution. The top six teams in regular season standings will qualify for the tournament. All conference games may be completed by Tuesday of the week of the conference playoff; conference members must keep Monday and Tuesday of that week open for make-up games, provided the scheduling of make up



games does not conflict with an institution's final exam schedule, pursuant to Section C.1 in the Constitution.
2. The championship playoff will be hosted by the regular season first-place team or the Conference if the tournament is played at a neutral site.
3. For first-round games during championship competition the highest-seeded team shall be designated as the home team. In subsequent games, the home team shall be determined according to a formula applied by the games committee. In determining which of two teams in any game will be the home team the games committee shall designate the home team using the following guidelines:
   a. The institution that has been the home team the fewer number of times in that particular tournament.
   b. If the two teams are equal in this respect but unequal in the number of times they were the visitor, then the team that has been the visitor more often will be designated the home team.
   c. If the two teams are equal in the number of times that they have been home and visitor, the games committee shall observe the following procedures in the order stated:
      i. The team that was visitor in its preceding game shall be the home team, unless both teams were visitors in their preceding games;
      ii. If the two teams have met previously in the tournament, the visitor in the previous game shall be the home team in the game in question.
      iii. If the above procedures do not resolve the matter, the home team shall be determined by lot.
4. The home team shall occupy the third base dugout, take infield practice first and wear white uniforms. The visiting team must wear a uniform of contrasting color. The tournament director will resolve any conflict in the selection of uniforms.
5. All playoff games shall consist of nine innings and shall be completed.
6. The NCAA tournament protest procedures shall be used
7. NCAA Tournament Representative: the conference champion shall represent the GLVC in the NCAA Tournament. If unexpected termination (see Section 1.C.5.) occurs prior to the conclusion of the GLVC Championship Playoff, the team with the highest percentage of conference games won shall be designated as the GLVC automatic qualifier and be declared the GLVC champion. In case of a tie, the tie breaking procedures of 2.B.7.b, 1.C.4., and 1.C.5. will be applied to determine the GLVC automatic qualifier. [This item is moot without an automatic qualifier, but remains conference policy if an automatic qualifier is reinstated.]
8. The NCAA Division II Baseball Championship Handbook regional tournament policy on uniformed personnel will be followed.
9. The conference Assignor of Baseball Officials shall select the umpires; the host institution shall appoint a games committee, furnish the baseballs, and provide all facilities necessary, including a second game field available throughout the tournament, for the administration of the playoff.
10. The conference tournament shall use the current NCAA six-team tournament bracket and playoff format.
11. In the event inclement weather or wet field conditions prevent the completion of the regularly scheduled four-day, six-team, double elimination GLVC baseball tournament, the following contingency plan will be followed:
    a. If the tournament is shortened by rain before it begins.

    If days one, two, three, and four of the tournament are rained out completely: If the tournament is rained out prior to its' completion...the GLVC Champion will be determined as in Section 2.C.7 in the GLVC Handbook (i.e. regular season champion / #1 seed).
       i. If days one, two, and three of the tournament are rained out completely: If three days of the tournament are rained out...the GLVC Champion will be determined by a four-team, single elimination tournament, featuring the #1, #2, #3, and #4 seeds. The #5 and #6 seeds will be eliminated from tournament competition.
       ii. If days one and two of the tournament are rained out completely: If two days of the tournament are rained out...the GLVC Champion will be determined by a six-team single elimination tournament as follows:
          a. #3 seed vs #6 seed (Play-in game)
          b. #4 vs #5 seed (Play-in game)
          c. Lowest remaining seed vs #1 seed
          d. Highest remaining seed vs #2 seed
          e. Winner vs Winner (Championship Game)
       iii. If day one is rained out completely:
          If day one of the tournament is rained out...the GLVC Champion will be determined as follows:
          a. Day 2: Games will be played on two fields, w/three games on each field
          b. Day 3 & 4: Final two days of the tournament will be scheduled per original bracket
          Please note: Teams will not be required to play more than two games in a day in any scenario. In any contingency/modified tournament schedule every attempt will be made to have the #1 seed play the final game of that round.
    b. If the tournament is shortened by rain after it begins:
       i. Day One
          Play game 1 or games 1 & 2 go to provision 11.a.iv (Three Day Tournament) and pick up play at the point of stoppage on two fields.
       ii. Day Two Rain - No Games Played Day 2
          a. Game 1 was played (3 vs 4) - Top 4 seeds advance to two-day double elimination tournament with single elimination championship game with 2 vs 3 seed playing then 1 vs 4 seeds.
          b. Games 1 & 2 were played - 2 winners and top two remaining seeds advance to a two-day double elimination tournament with single elimination championship game. #1 seed plays lowest remaining seed in 2nd game.
          c. Games 1, 2, & 3 were played - 3 winners and top remaining seed advance to a two-day double elimination tournament with single elimination championship game. #1 seed plays lowest remaining seed in 2nd game.
       iii. Day Two Rain - Games Played on Day 2
          a. If rain anytime on day two - Go to 4 team double elimination tournament with single elimination championship game with all undefeated teams and highest remaining seeds. Seed as above (i.e. highest remaining seed plays lowest remaining seed in 2nd game.)
       iv. Day Three Rain
          a. Undefeated team or teams and highest remaining seeds play single elimination 4 team tournament seeded as above (i.e. highest remaining seed plays lowest remaining seed in 2nd game.)
          b. If only 3 teams remain when postponement occurs the undefeated team, if one exists, or the highest remaining seed if all teams have one loss will play the winner of the two lowest seeds in a single elimination one-day tournament.
          c. If the tournament is rained out prior to its' completion...the GLVC Champion will be determined as in Section 2.C.7 in the GLVC Handbook (i.e. regular season champion / #1 seed).

          Note: Teams will not be required to play more than two games in a day in any scenario. In any contingency/modified tournament schedule every attempt will be made to have the #1 seed play the final game of that round.
D. **AWARDS** (See Section 1 ALL SPORTS, part D. AWARDS; the following are specific additions or changes to the general guidelines given there.)
   1. All Conference Team: A first and second team shall be selected by the coaches at the spring baseball coaches meeting. Each team shall consist of 5 infielders (by position; 1B, 2B, 3B, SS, Utility), 4 outfielders, 1 designated hitter, 1 catcher, 4 starting pitchers and 1 relief pitcher.) An additional ten (10) Honorable Mention selections will be recognized, representing the top vote-getters among the remaining nominees, regardless of position. (Effective 10/11/05)
   2. All Sports Points Places 3 and higher will be determined by regular season overall conference standings, with ties broken as in B.7.b above.
   3. Weekly awards will include a Player-of-the-Week and Pitcher-of-the-Week, to be selected by the SID for the sport.
   4. Postseason honors shall include a Pitcher-of-the-Year Award.
E. **COACHES ASSOCIATION**
   1. Each Coaches Association shall meet at least once annually, either in person or by conference call. Such meetings shall be

scheduled by the conference commissioner.
2. A Chairman is to be selected annually.
3. A report of the minutes and the championship event shall be filed with the conference through the commissioner before July 1st.

F. **PUBLICITY AND STATISTICS**
1. The NCAA statistics on conference and non-conference games shall be kept by the conference teams and reported to the designated SID. Statistical reports must be made weekly beginning with the final Monday of March through the conclusion of the season. The designated SID shall compile the conference statistics and release to the commissioner and each SID in the conference weekly coverage of the GLVC's baseball activity. The release will include summaries of all categories reported by the NCAA and will be posted on the GLVC's official web site.
2. A designated software package will be the official statistical reference for baseball, effective 2002. The specific package will be selected by a majority vote of the conference SID's.
3. Each Institution's SID shall provide an updated numerical roster, updated statistics and a media list for the next week's conference opponents by Monday of each week. Updated statistics can be deleted if a conference statistics package is implemented.
4. A Player of the Week will be chosen and released to Conference members by the designated SID for baseball. The SID of each Institution is responsible for nominating one person each week as necessary for Player of the Week consideration.
5. The designated SID will compile a composite schedule to be released to the commissioner and all conference SIDs one week before the season begins. Conference members are encouraged to provide updates to schedules as necessary due to cancelled or postponed contests.

**GLVC Baseball Tournament Bracket** (NOTE: See all three brackets)

Day One: Games 1, 2 & 3
Day Two: Games 4, 5 & 6
Day Three: Games 7, 8 & 9
Day Four: Games 10 & 11 if necessary

```
#1 Seed
Game 1      Winner Game 1
#6 Seed     Game 5         Winner Game 5
            Loser Game 3
#2 Seed
Game 2      Winner Game 2     Game 7                           Winner Game 7
#5 Seed
            Game 6         Winner Game 6                                       Winner Game 7
#3 Seed                                                        Game 10
Game 3      Winner Game 3                  Loser Game 7                        Game 11         GLVC
#4 Seed                    Loser Game 6    Game 9             Winner Game 9    (if needed)     Champion
            Loser Game 1   Game 8          Winner Game 8
            Game 4         Winner Game 4                                       Winner Game 9
            Loser Game 2
```

(If five teams remain after Game 6 and two after Game 9)

Day Three: Games 7, 8 & 9
Day Four: Games 10 & 11 (if necessary)

```
Loser Game 5
Game 7         Winner Game 7
Loser Game 6   Game 9           Winner Game 9
               Winner Game 6    Game 10         Winner Game 9
Winner Game 5                                   Game 11        GLVC
Game 8         ---------------> Winner Game 8   (if needed)    Champion
Winner Game 4                                   Winner Game 8
```

(If five teams remain after Game 6 and three after Game 9)

Day Three: Games 7, 8 & 9
Day Four: Games 10 & 11 (if necessary)

```
Winner Game 7                   Winner Game 9
Game 9         Loser Game 9     Game 11         GLVC Champion
Winner Game 6  Game 10          Winner Game 10
               Winner Game 8
```

© 2006 Great Lakes Valley Conference Athletics All Rights Reserved    INTERNET CONSULTING SERVICES