UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TIT0
NAVARRO, JOHN TORRES, EASTON SPORTS,   No. 07 CV 3605 (JGK) (DFE)
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK,

                    Defendant.

----------------------------------------------------------------- X

## DECLARATION OF SERVICE

        I, Jerald Horowitz, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on June 19, 2007, I caused to be served Defendant's Notice of Motion for Summary Judgment, Declaration of Jerald Horowitz, dated June 18, 2007, and exhibits attached thereto, Declaration of Laura Popa, dated June 18, 2007, Defendants' Response To Plaintiffs' Statement Pursuant to Local Rule 56.1 and Defendant's Counter Rule 56.1 Statement of Material Undisputed Facts, dated June 18, 2007, and Memorandum of Law, dated June 19, 2007, upon the following counsel of record, by delivering a copy of same to the address set forth below, via overnight mail, being the address designated by said attorney(s) for that purpose:

        John F. Collins
        Dewey Ballantine LLP
        1301 Avenue of the Americas
        New York, New York 10019

Dated:    New York, New York
            June 19, 2007

                                                  JERALD HOROWITZ (JH8395)

Index No. 07 CV 3605 (JGK) (DFE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL BASEBALL COACHES ASSOCIATION, DR. PETER BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN TORRES, EASTON SPORTS, INC., WILSON SPORTING GOODS CO., RAWLINGS SPORTING GOODS COMPANY, and ILLERICH & BRADSBY CO.,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant

## DECLARATION OF SERVICE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*Address for Service of Papers*
*100 Church Street, Room 5-189*
*New York, N.Y. 10007*

*Of Counsel: Jerald Horowitz*
*Tel: (212) 442-05890*
*NYCLIS No.2007-015516*