X028-001

[The meeting recessed at 4:35 p.m.]



## Wednesday, July 15

The meeting was called to order at 8:12 a.m. by the chair. All members were present as noted previously. Rich Symonds, head baseball coach at Oakton Community College (Illinois), joined the committee as an observer for the National Junior College Baseball Coaches Association.

10. **Review of Summit Meeting.** The committee reviewed all of the available data regarding bat performance and took the following action.

    It was VOTED

    "That beginning January 1, 1999, a maximum batted-ball velocity of 95 miles per hour, plus one mile per hour deviation for test variance, would be required for all nonwood bats used in NCAA contests. To meet this standard, manufacturers would be required to submit their bats for certification to an independent testing group to measure the batted-ball velocity of a moving ball that is hit by a moving bat."

    It was VOTED

    "That the maximum allowable diameter of all nonwood bats be decreased from 2 3/4 inches to 2 5/8 inches."

    It was VOTED

    "That the length-to-weight unit differential be no greater than three without the grip (a 33-inch-long bat can weigh no less than 30 ounces)."

    It was VOTED

    "To conduct independent testing on the Baum Hitting Machine with an 83 mile per hour pitch speed and a 67 mile per hour bat swing speed. Bats to be tested include 1998 C405 models, CU 31 models and wooden bats."

    It was VOTED

    "To require manufacturers to place an easily identifiable certification mark on the barrel end of each bat that has passed the 1999 NCAA certification test."

11. **Playing Rules Discussion.** See Appendix A.

12. **Previous Minutes.**

    It was VOTED

    "To approve the minutes from the July 8-11, 1997, meeting and subsequent conference calls."

13. **1998 Meeting Sites and Dates.** The committee agreed to meet July 6-9, 1998, in Cooperstown, New York.

14. **Adjournment.** The meeting was adjourned by the chair at 4:41 p.m.

DEFENDANT'S EXHIBIT AIK 28

NCAA-21957

X028-002

The National Collegiate Athletic Association
November 30, 1998                    TAB:t11

NCAA-21955

NX31

NYC0002794