TX031-001

## MINUTES OF THE
## NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
## BASEBALL RULES COMMITTEE

Conference Call                                                                     July 28, 1998

Those in attendance were:

Tom Dedin, Regis University (Colorado)
Bob Hiegert, California Collegiate Athletic Association
Don Kessinger, University of Mississippi
Mike Kovalchik, Hillsdale College
Bill Rowe Jr., Southwest Missouri State University, *chair*
Craig Rutter, Defiance College
John Sirianni, Simpson College
Bill Thurston, Amherst College, *secretary-rules editor*
Elsa Cole, NCAA
Ted Breidenthal, NCAA


DEFENDANT'S EXHIBIT NX 31

The meeting was called to order at 10:11 a.m. by the chair, Mr. Rowe. All were present as noted previously. Mr. Jim Morris, head baseball coach at the University of Miami (Florida), could not participate because of a conflict of interest.

1. <u>Update on Bat Situation.</u> Mr. Breidenthal discussed a meeting he and Ms. Cole had with Cedric Dempsey, president of the NCAA, regarding the bat issue. He also reported that Major League Baseball had not responded to a written request for funding of the Baum Hitting Machine. The request contained information outlining the committee's recommended performance and specification changes. In separate discussions with testing experts, it was learned that an exit velocity of 97 miles per hour (as tested at 72-72 on the Baum Hitting Machine) would decrease exit velocities by six percent from 1998 levels; 95 miles per hour would decrease exit velocities nine percent; 94 miles per hour would decrease exit velocities 11 percent; and 93 miles per hour would decrease exit velocities 14 percent. One of the experts opined that the difference in present performance to performance at 97 miles per hour is comparable to the difference between CU31 alloy in 1994 and C405 in 1995. He also stressed the importance of a balance point. The other expert expressed a belief that the 93 miles per hour figure is the high-end result of a perfect pitch/perfect hit on the sweet spot at 72-72 on the Baum Hitting Machine. However, this expert does not feel that a balance point is necessary given the cap on exit velocity. The committee stated that an exit velocity of 93 miles per hour plus one would allow a pitcher at 54 feet from impact point almost .40 seconds to react and

Rutter
EXHIBIT NO. 100
4-21-99
FERGUSON

NCAA -21112

NYC0002795

X031-002

Page No. 2 -- Minute No. 1

    move to a batted ball. Ms. Cole discussed the legal implications of defending standard at various exit velocities.

It was VOTED

"To decrease the maximum batted-ball exit velocity from 97 miles per hour to 93 miles per hour plus one mile per hour deviance for test variation."

2.   <u>Adjournment.</u> The meeting was adjourned by the chair at 11:20 a.m.

# # # # #

The National Collegiate Athletic Association
September 2, 1998    TAB:tll

NCAA-21113

NYC0002796