IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FRIEDRICH WILHELM WAFFENSCHMIDT,
ANNA WAFFENSCHMIDT and SUNBURST
FARMS, INC.                                              PLAINTIFFS

VERSUS                                                   NO. EC83-81-WK-P

JACK W. MACKAY, JR.                                      DEFENDANT

---
SPECIAL VERDICT
---

INSTRUCTIONS TO THE JURY:

Please begin with Question No. 1. Please answer all questions in numerical order.

FILED

This 12th day of Oct, 1984

Norman L. Gillespie, Clerk

by /s/ [signature]
Deputy Clerk

EXHIBIT
961

H&B 191175

IN RE: BASEBALL ANTITRUST LITIGATION
42872

NYC0001426

**Question No. 1** (Common Law Fraud)

Do you find that Jack W. MacKay, Jr. committed a fraud upon the Waffenschmidts?

Yes ✓

No _____

If your answer is "no", please go on to Question No. 2. If your answer is "yes", what amount do you find is the difference between what the Waffenschmidts paid for what they purchased and the value of what they received in turn?

Answer in dollars: $ 0

**Question No. 2** (Breach of Contract)

Do you find that Jack W. MacKay, Jr. breached the warranties in the Memorandum of Understanding?

Yes ✓

No _____

If your answer is "no", please go on to Question No. 3. If your answer is "yes", what amount do you find will adequately compensate the Waffenschmidts for these damages suffered as a consequence of the breach of warranties in the Memorandum of Understanding by Jack W. MacKay, Jr., which damages were reasonably foreseeable at the time the Memorandum of Understanding was signed?

Answer in dollars: $ 15,000

- 2 -

Question No. 3

    3(a)   (Material Misrepresentations in Connection with Sales of Stock)

Do you find that Jack W. MacKay, Jr. was a controlling person or a substantial factor or materially aided in the sale of shares of Sunburst Farms, Inc. to the Waffenschmidts and that he either had knowledge of the material misrepresentations or, in the exercise of reasonable care, could have learned of such misrepresentations?

    Yes ✓

    No _____

    3(b)   (Fraudulent Misrepresentations in Connection with Sales of Stock)

Do you find that Jack W. MacKay, Jr. knowingly or recklessly either made fraudulent misrepresentations or aided and abetted others in doing so, upon which representations the Waffenschmidts justifiably relied in purchasing shares in Sunburst Farms, Inc.?

    Yes ✓

    No _____

    3(c)   (Failure to Disclose All Material Matters Requires Registration of Shares)

Do you find that Jack W. MacKay, Jr. failed to disclose fully and accurately to the Waffenschmidts all material matters relating to an offer or sale to the Waffenschmidts of shares in Sunburst Farms, Inc.?

    Yes ✓

    No _____

- 3 -

3(d) If your answer is "no" to all three subparts of Question No. 3, please go on to Question No. 4. If your answer is "yes" to any one or more of the three subparts of Question No. 3 for either or both of the transactions closing on March 19, 1982 (the "First Closing") and June 2-4, 1982 (the "Second Closing), your verdict for damages should be the following:

(i) For the First Closing

    (A) amount paid at First Closing    $3,300,000
    (b) plus interest at 8% per year      680,917
                                                   $3,980,917

(ii) For the Second Closing

    (A) amount paid at Second Closing    $2,401,698
    (B) plus interest at 8% per year      459,866
                                                   $2,861,564

(iii) Plus reasonable costs, including attorneys' fees stipulated by the parties    $ 400,000

If you find MacKay liable in respect to both the First and Second Closings, then your verdict for damages will be for the amounts in (i), (ii) and (iii).

Alternatively, if you find MacKay liable only for the First Closing, then your verdict for damages will be the amounts in (i) and (iii).

If you find MacKay liable for only the Second Closing, then your verdict for damages will be the amounts in (ii) and (iii).

Amount in dollars:    $ *7,242,481*

- 4 -

H&B 191178

IN RE: BASEBALL ANTITRUST LITIGATION
42875

NYC0001429

Question No. 4    (Racketeering Activity)

    Do you find that Jack W. MacKay, Jr. violated the Racketeer Influenced and Corrupt Organizations Act of 1970 with respect to the Plaintiffs by engaging in "a pattern of racketeering activity" as defined in the Court's instructions?

Yes   ✓

No      

    If your answer is "no", please go on to Question No. 5. If your answer is "yes", what amount do you find will adequately compensate Plaintiffs for their damages resulting from the violations of Section 901(a) of the Racketeer Inflenced and Corrupt Organizations Act by Jack W. MacKay, Jr. multiplied by a factor of three, plus the reasonable costs of this suit to Plaintiffs, including stipulated attorneys' fees?

Answer in dollars and cents:

  a. Damages      $ _100,000_

  b. Trebled
(multiply amount in
line a by 3)        × 3

                          $ _300,000_

  c. Add stipulated
reasonble costs, inclu-
ding attorneys' fees
incurred by Plaintiffs    $   400,000.00

  d. Verdict for Plaintiffs
(add b and c)               $ _700,000_

- 5 -

H&B 191179

IN RE: BASEBALL ANTITRUST LITIGATION
42876

NYC0001430

Do you find that Jack W. MacKay, Jr. converted farm machinery and equipment of Sunburst Farms, Inc.?

Yes ✓

No ____

If your answer is "no", please go on to Question No. 6; provided, however, if your answers are also "no" to Question Nos. 1 and 2, you are to answer no further. If your answer is "yes", what amount do you find will fairly and adequately compensate Sunburst Farms, Inc. for the loss of its property ~~and money~~ resulting from the acts of conversion of Jack W. MacKay, Jr.?

Answer in dollars  $42,200

Question No. 6  (Punitive Damages - the Waffenschmidts)

If your answer to either of Question Nos. 1 or 2 was "yes", and if you find that the conduct of Jack W. MacKay, Jr. involved intentional wrong, malice, wilfullness or callous and reckless indifference to the rights of others, then you may assess punitive damages against Jack W. MacKay, Jr. as you find appropriate.

Amount of punitive damages in dollars  $500,000

Question No. 7  (Punitive Damages - Sunburst Farms, Inc.)

If your answer to Question No. 5 was "yes", and if you find that the conduct of Jack W. MacKay, Jr. toward Sunburst Farms, Inc. involved intentional wrong, malice, wilfullness or callous and reckless indifference to the rights of others, then you may assess punitive damages against Jack W. MacKay, Jr. as you find appropriate.

Amount of punitive damages in dollars  $100,000

Dated: Oct 17 1984    _Bettie Lewis Grimes_
                              JURY FOREMAN

- 6 -

H&B 191180

IN RE: BASEBALL ANTITRUST LITIGATION
42877

NYC0001431

**Exhibit 3**

H&B 191181

IN RE: BASEBALL ANTITRUST LITIGATION
42878

NYC0001432

CIV 31
Rev 7/82

## JUDGMENT IN A CIVIL CASE

| United States District Court | DISTRICT<br>NORTHERN, MISSISSIPPI |
|---|---|
| CASE TITLE<br>FRIEDRICH WILHELM WAFFENSCHMIDT, ANNA WAFFENSCHMIDT and SUNBURST FARMS, INC<br>v.<br>JACK W. MACKAY, JR. | DOCKET NUMBER<br>EC83-81-WK.<br><br>NAME OF JUDGE OR MAGISTRATE<br>WILLIAM C. KEADY |

☒ Jury Verdict. This action came before the Court and a jury with the judicial officer named above presiding. The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court with the judge (magistrate) named above presiding. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That the plaintiffs FRIEDRICH WILHELM WAFFENSCHMIDT and ANNA WAFFENSCHMIDT, do have of and recover from the defendant, JACK W. MACKAY, JR., the sum of $7,858,081.00, less the sum of $3,000,000.00 which has been heretofore paid to these plaintiffs by settling parties, which reduces the award to the sum of FOUR MILLION, EIGHT HUNDRED FIFTY-EIGHT THOUSAND, EIGHTY-ONE DOLLARS ($4,858,081.00).

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff SUNBURST FARMS, INC., do have of and recover from the defendant, JACK W. MACKAY, JR., the sum of TWO HUNDRED TWENTY-SIX THOUSAND, SIX HUNDRED DOLLARS ($226,600.00).

IT IS FURTHER ORDERED AND ADJUDGED that the above sums awarded to plaintiffs, $4,858,081.00 to the Waffenschmidts, and $226,600.00 to Sunburst Farms, Inc., shall bear interest at the rate of 11.36 per annum from date until paid.

IT IS FURTHER ORDERED AND ADJUDGED that all costs are taxed to the defendant, JACK W. MACKAY, JR., for which let execution issue.

| CLERK<br>NORMAN L. GILLESPIE | DATE<br>10/17/84 |
|---|---|
| (BY) DEPUTY CLERK<br>*[signature]* Mary S. Guyton | |

H&B 191182

IN RE: BASEBALL ANTITRUST LITIGATION
42879

NYC0001433

Exhibit 4

H&B 191183

IN RE: BASEBALL ANTITRUST LITIGATION
42880

NYC0001434