RX031-004

NCAA: Baseball Rules Committee Conference Call
7/28/98    10:00 AM

1. Ed Dempsey + MLB Concerned concerned 97 MPH

2. Jack McKay - Computer Program -
   97    6% decrease
   95    9%      "
   94    11%     "
   93 MPH 14%
   93 MPH - Perfect everything → alternate wood
   Aver 83-93

[scribbled out]

DEPOSITION EXHIBIT Brundenthal 18. SK 5-31-99

3. Balance Point - Jr. McKay
   21 3/4 - balance pt.

4. Bill Murray - Wants less than 97 MPH

5. Jack McKay to have new bats in one month.

New Alternate   $100 Million of inventory - from Easton

72/72    93 MPH + 2    [illegible]    Unanimous/Yes

Mike Peter @ Comments to Ted Breuental/Bill Teaw

JSRI 00084

NYC0002798

DX 200

NYC0002799

Jul-07-99  09:26am   From-HONIGMAN, MILLER,SCHWARTZ.COHN         +313-962-0176        T-590   P.02   F-453

# MINUTES OF THE

## NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

## BASEBALL RULES COMMITTEE

The Ritz-Carlton, Kansas City, Missouri                              July 13-16, 1998

Those in attendance were:

Tom Dedin, Regis University (Colorado)
Bob Hiegert, California Collegiate Athletic Association
Don Kessinger, University of Mississippi
Mike Kovalchik, Hillsdale College
Bill Rowe Jr., Southwest Missouri State University, *chair*
Craig Rutter, Defiance College
John Sirianni, Simpson College
Bill Thurston, Amherst College, *secretary-rules editor*
Trey Crisco, National Institute for Sports Science and Safety
David Weir, National Athletic Trainers Association
Elsa Cole, NCAA
Randy Dick, NCAA
Ted Breidenthal, NCAA

[NOTE: The following minutes reflect only actions taken (formal votes or "sense of the meeting"), in accordance with the NCAA policy governing the minutes of all Association entities. While certain items on the committee's agenda were acted upon at various times throughout the meeting, all final actions within a given topic are combined in these minutes for convenience of reference. The actual sequence of such actions and all salient discussion of the meeting are documented in the recording secretary's notes on file at the NCAA national office.]

### Monday, July 13

The meeting was called to order at 4:18 p.m. by the chair, Mr. Rowe. All were present as noted previously. Mr. Jim Morris, head baseball coach at the University of Miami (Florida), could not attend because of a conflict of interest.

1. Opening Remarks. Mr. Rowe welcomed the committee members to Kansas City and offered a special welcome to Mr. Sirianni, who was attending his first meeting as a

NCAA - 23163

NYC0002800

Jul-07-99  09:04am    From-HONIGMAN, MILLER, SCHWARTZ, COHN    +313-962-0175    T-589    P.02/37    F-452

July 13-16, 1998
Page No. 2 – Minute No. 1

---

member of the committee. Mr. Rowe also welcomed the other invited guests, Ms. Cole, Mr. Weir and Mr. Dick.

2.  **Litigation Update.** Ms. Cole discussed the particulars of a lawsuit filed against the NCAA by Baum Research & Development. Also named in the lawsuit were Hillerich & Bradsby, Easton Sports, Worth Sports and the Sporting Goods Manufacturers Association. The suit was filed July 13 in federal court in Eastern Michigan.

3.  **Conflict of Interest.** Mr. Rowe reviewed the conflict-of-interest legislation in the NCAA Manual (Bylaw 21.6.4) and asked that each committee member reveal any and all potential conflicts. There were no conflicts reported by the committee.

4.  **Injury Surveillance System Update.** Mr. Dick reviewed the following Injury Surveillance System (ISS) Baseball Injury Analysis with the committee:

    a.  A reportable injury is defined as an injury that occurs in an organized intercollegiate practice or game; that it requires medical attention by an athletics trainer or physician; and that it restricts athletics participation or performance for one or more days beyond the day of injury;

    b.  That from 1993-98, an average of 94 out of 789 schools sponsoring baseball (12 percent) participated in the acquisition of data;

    c.  The from 1993-98, 45 injuries to pitchers due to impact with a batted ball were reported that met NCAA ISS injury definition;

    d.  That approximately 3 percent of all reported injuries are due to pitchers impacted with a batted ball;

    e.  That the Committee on Competitive Safeguards and Medical Aspects of Sports issued a statement regarding its concern for serious injury from a batted ball; and

    f.  That an analysis of injury surveillance from the Cape Cod Summer League would provide valuable data for the committee.

5.  **Review of Anecdotal Information.** Mr. Breidenthal reviewed all of the available anecdotal information regarding baseball bat and ball performance. The committee selected the most important items and agreed that Mr. Hiegert would present the information at the Summit Meeting the following day.

NCAA - 23164

NYC0002801

Jul-07-99  09:08am  From-HONIGMAN, MILLER, SCHWARTZ, COHN    +313-962-0178    T-599  P.03/37  F-492

July 13-16, 1998
Page No. 3 - - Minute No. 6

6. <u>Summit Meeting Planning with National Federation Baseball Rules Committee.</u> The two committees received a report from Ms. Cole regarding the Steve Baum lawsuit. After viewing news stories on the dangers of metal bats, the committees discussed ground rules for the meeting and agreed to allow media in the meeting, if requested.

7. <u>Letters from Dave Keilitz and Jim Morris.</u> The committee reviewed letters provided by Dave Keilitz, executive director of the American Baseball Coaches Association, and Jim Morris, a member of the rules committee and head baseball coach at the University of Miami (Florida).

8. <u>Report on the NCAA National Umpire Program.</u> Mr. Yeast provided the committee with a synopsis of the work of the National Umpire Committee:

   a. That the program succeeded in identifying 194 new umpires and now has a database of 742 evaluations from the past year. In 1997, the program processed a total of 473 evaluations.

   b. That the biggest criticism of umpires is the size of the strike zone, especially the outside pitch. The concern is that umpires are calling the pitch 3-, 4-, 5-, even 6- inches outside the plate a strike. The high strike also has come under fire, especially from members of the rules and championships committees. The criticism is that the zone is not high enough, that umpires are not calling the strike zone by the book. Mr. Yeast assured the committee that the strike zone would be a major focus of the rules and mechanics videotape in 1999 but that buy-in from coaches would have to take place in order for this initiative to succeed. He also agreed to emphasize to conferences the need for umpires to work fall scrimmage games to work on calling the strike zone by the book.

   c. That the possibility of bracket expansion from 48 to 64 teams would drastically affect the umpire program. Currently, 48 umpires are selected to work Division I regionals and the College World Series. If bracket expansion is passed, 96 umpires will be needed for regional competition, 32 for super regionals and six for the College World Series.

   d. That the umpire committee agreed, for safety reasons, to change the positioning of the third-base umpire in a three-man system. The new mechanic calls for the third-base umpire to position himself at the grass line instead of a point of equal distance to the mound, third base and second base. He noted that umpires felt they did not have enough time to react to hard-hit balls at that distance from home plate.

NCAA - 23165

Jul-07-99  09:09am   From-HONIGMAN, MILLER, SCHWARTZ, COHN        +313-262-0176        T-589   P.04/37   F-452

July 13-16, 1998
Page No. 4 - - Minute No. 8-e

e.  That the committee is very concerned about redlining and scratch policies implemented by certain conferences. He noted that this is breeding an unhealthy working environment and that something has to be done to stop this practice. He also stated that the umpire committee would forward a proposal to stop the practice to the Division I Baseball Committee for review at its November meeting.

f.  That chewing tobacco continues to be a concern as far as usage during games by umpires. He assured the rules committee that the educational effort to eliminate tobacco use by umpires during games will continue with the support of the NCAA sports sciences department.

9.  Report from Joseph J. "Trey" Crisco III, Ph.D. Professor Crisco noted that his goals for researching baseball bat performance are to measure exit velocity of batted balls in a field-type setting with high-speed photography, and then determine if any lab test results correlate with the field-test data. He stated that the committee will have to draw the line in the sand and set the standard for whatever methodology is selected. He also stated that the science is easy; setting the standard is the challenge.

The meeting recessed at 9:57 p.m.

Tuesday, July 14

The Baseball Bat and Ball Performance Summit Meeting was called to order at 8:10 a.m. by the chair, Mr. Rowe. All committee members were present as noted previously. The members of the National Federation of State High School Associations Baseball Rules Committee joined the rules committee and welcomed the following guests, who made presentations to the committees: Cedric W. Dempsey, president of the NCAA; Robert F. Kanaby, executive director of the NFHS; Randall W. Dick, senior assistant director of sports sciences for the NCAA; Joseph J. "Trey" Crisco, director of the bioengineering laboratory at Rhode Island Hospital-Brown University; Dave Yeast, NCAA national coordinator of umpires; Dennis Poppe, NCAA director of championships; Ron Wellman, athletics director at Wake Forest University and chair of the Division I Baseball Committee; Dave Keilitz, executive director of the American Baseball Coaches Association; Brad Rumble, National Federation assistant director; Richard Todd, member of the National Federation Baseball Rules Committee; Andrew Rodriguez, American Modern Metals (deferred); John Riddle, Sporting Goods Manufacturers Association; Ron Radigonda, executive director of the Amateur Softball Association; Steve Baum, Baum Research & Development; David Evaul, DeMarini Sports (deferred); Frank Hardy Sr., Diamond Sports; James Easton, Easton Sports (deferred); Marty Archer, Louisville Slugger (deferred); Jack MacKay, interested party; Bill Murray, Major League Baseball; James Sherwood and Larry

NCAA - 23166

NYC0002803

Jul-07-99  09:08am  From-HONIGMAN, MILLER, SCHWARTZ, COHN       +313-962-0176         T-589   P.05/37   F-452

July 13-16, 1998
Page No. 5 – Minute No. 10

Fallon, University of Massachusetts at Lowell Research Team; John Schulte, Nike; Randy Black, Rawlings; Joe Sample, TriDiamond Sports; Jim Hackett and Dave Pollock, Wilson; Jess Heald, Worth Sports; and Jamie Evans, Young Bat Company.

A written transcript of the entire Summit Meeting is on file in the NCAA national office.

The meeting recessed at 4:35 p.m.

### Wednesday, July 15

The meeting was called to order at 8:12 a.m. by the chair. All members were present as noted previously. Rich Symonds, head baseball coach at Oakton Community College (Illinois), joined the committee as an observer for the National Junior College Baseball Coaches Association.

10. Review of Summit Meeting. The committee reviewed all of the available data regarding bat performance and took the following action.

   It was VOTED

   "That beginning January 1, 1999, a maximum batted-ball velocity of 95 miles per hour, plus one mile per hour deviation for test variance, would be required for all nonwood bats used in NCAA contests. To meet this standard, manufacturers would be required to submit their bats for certification to an independent testing group to measure the batted-ball velocity of a moving ball that is hit by a moving bat."

   It was VOTED

   "That the maximum allowable diameter of all nonwood bats be decreased from 2 3/4 inches to 2 5/8 inches."

   It was VOTED

   "That the length-to-weight unit differential be no greater than three without the grip (a 33-inch-long bat can weigh no less than 30 ounces)."

   It was VOTED

   "To conduct independent testing on the Baum Hitting Machine with an 83 mile per hour pitch speed and a 67 mile per hour bat swing speed. Bats to be tested include 1998 C405 models, CU31 models and wooden bats."

NCAA - 23167

NYC0002804

Jul-07-98  08:08am  From-HONIGMAN, MILLER, SCHWARTZ, COHN  +313-962-0176  T-589  P.08/37  F-452

July 13-16, 1998
Page No. 6 -- Minute No. 10

It was VOTED

"To require manufacturers to place an easily identifiable certification mark on the barrel end of each bat that has passed the 1999 NCAA certification test."

11. <u>Playing Rules Discussion</u>. See Appendix A.

12. <u>Previous Minutes</u>.

It was VOTED

"To approve the minutes from the July 8-11, 1997, meeting and subsequent conference calls."

13. <u>1999 Meeting Sites and Dates</u>. The committee agreed to meet July 6-9, 1999, in Cooperstown, New York.

14. <u>Adjournment</u>. The meeting was adjourned by the chair at 4:43 p.m.


# # # # #


The National Collegiate Athletic Association
November 20, 1998                    TAB:III

NCAA - 23168

NYC0002805

## NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

### 1999 Baseball Rules Changes

| RULE | DESCRIPTION |
|---|---|
| 1-14-a | **Protective Equipment–Revised Rule**<br>Batters in the on-deck circle are required to wear a double earflap protective helmet. |
| 2 | **Double Forfeit–New Definition**<br>If both teams are equally at fault and the situation is so out of control that the umpires believe the contest cannot be safely continued, or if neither team has enough eligible players available to continue the game, a double forfeit shall be called. |
| 3-3-e, f Penalty | **Base Coach–Revised Penalty**<br>e. A base coach may not physically assist a runner in returning to or leaving the base.<br>f. A base coach may not leave the box or act in a manner to draw a throw by a fielder or distract the pitcher.<br>Penalty for e. and f.– A delayed dead ball shall be called. At the conclusion of the play, the assisted runner shall be declared out and all runners not put out shall return to the base occupied at the time of the interference. |
| 5-2-d | **Positions of the Offensive Team–New Rule**<br>d. After a home run, no offensive team member, other than the base coaches, shall touch the batter-runner before home plate has been touched. Team personnel, except for preceding baserunners, shall not enter the dirt circle at home plate to congratulate the batter.<br>Penalty for d.–After a warning for the first offense, ejection from the contest of one of the offending players. |
| 5-5-e A.R. 1 Exception | **Object of the Game–New Exception to A.R. 1**<br>Exception–If the base runner is safe at home but interferes with the catcher on a force play, the run shall not be allowed (see 8-4-c Penalty). |

NCAA - 23169

NYC0002806

Jul-07-99   09:07am   From-HONIGMAN, MILLER, SCHWARTZ, COHN   +313-962-0178   T-589   P.09/37   F-452

| | |
|---|---|
| 5-1.1-h | **Forfeited Games/Double Forfeits–New Rule**<br>h. If both teams are equally at fault and the situation is so out of control that the contest cannot be safely continued, or if neither team has enough eligible players available to continue the game, a double forfeit shall be called.<br>Penalty–Players suspended for leaving their position and participating in a fight shall serve a three-game suspension. If a team does not have enough eligible players available to continue the game, the team shall forfeit the next three contests. |
| 5-15-b<br>Exception | **Physical Abuse of Game Officials–Exception Added**<br>Exception–For a violent attack (punching or kicking) of a game official or any opposing coach, the offending individual shall be suspended for the team's next five contests, even if it is the individual's first offense. |
| 5-15-c | **Team Personnel Leaving Position–Revised Rule**<br>c. Team personnel leaving their position to participate in a physical confrontation (e.g., pushing, shoving, bumping) or a fight (see 5-15-a) shall include players, coaches, trainers and managers. The position of various team members is determined by where the individual is located (e.g., dugout, bullpen, coaching box, on base, at bat, defensive position) at the time a confrontational situation develops. |
| 6-1-g | **Live Ball–Revised Rule**<br>g. If a thrown, batted or pitched ball that remains in live-ball territory accidentally hits a spectator, any other individual or animal, the ball is live. |
| 6-1-i | **Live Ball–New Rule**<br>i. Subject to local ground rules, a batted ball that strikes a power line, tree limb or other overhead objects in the field of play remains live. |
| 7-4-h | **A Strike–New Rule**<br>h. Awarded if the batter deliberately steps back in the box or swings in such a manner to attempt to create catcher's interference. If the swing hits the catcher or the mitt, the batter shall be called out. All base runners shall return to the base occupied at the time of the pitch. |
| 7-11-v | **When Batter or Batter-Runner Is Out–New Rule**<br>v. If the batter hits, or attempts to hit, a throw made to home plate by the pitcher who is not in contact with the pitching rubber, and is attempting to retire a runner stealing home, interference shall be called and the ball is dead.<br>Penalty for v.–With two outs, the batter is out. With less than two outs, the runner is out. |

NCAA - 23170

NYC0002807

Jul-07-08  09:07am   From-HONIGMAN, MILLER, SCHWARTZ, COHN   +313-962-0178   T-588   P.09/37   F-452

| | |
|---|---|
| 8-2-d-(3) | **Batter Becomes Base Runner–Revised Rule**<br>(3) If the pitch is ball four, the batter shall be awarded first base and credited for being hit by the pitch (the ball is immediately dead). |
| 8-6-a-(3)<br>A.R. 3 | **When Runners Are Out on Appeals–New Approved Ruling**<br>A.R. 3–In a time-play situation, the out does not occur until the offending runner touches the succeeding base and thereby loses the opportunity to go back to retouch the missed base. |
| 9-3-c-(1)<br>A.R. | **Balks–New Approved Ruling**<br>A.R.–If the pitcher throws to a fielder playing off the base, a balk shall not be called if the fielder is relatively close to the base and a possible play might be made on the runner. |

NCAA - 23171

NYC0002808

PX 411

NYC0002809