1

2  CITY COUNCIL

3
   CITY OF NEW YORK
4
   ------------------------------x
5
   THE TRANSCRIPT OF THE MINUTES
6
        of the
7
   COMMITTEE ON YOUTH SERVICES
8
   ------------------------------x
9

10           March 12, 2007
             Start:  11:15 a.m.
11           Recess: 12:25 p.m.

12           City Hall
             250 Broadway, 14th Floor
13           New York, New York

14
      B E F O R E:
15
         MIGUEL MARTINEZ
16              Acting Chairperson,

17
         COUNCIL MEMBERS:   Sara Gonzalez
18              Melissa Mark-Viverito
                Dennis Gallagher
19              James Oddo

NYC0003495

20

21

22

23

24    LEGAL-EASE COURT REPORTING SERVICES, INC.
            17 Battery Place - Suite 1308
25         New York, New York 10004
              (800) 756-3410

2

1

2 A P P E A R A N C E S

3 John Frankle

4 Walter Stampfel
  Catholic High School Athletic Association
5
  Robert Cruz
6 New York Cardinals Baseball

7 Steve Mandl
  George Washington High School
8 PSAL

9 Dan Polombo
  John Jay College
10
  Joe Domalewski
11
  Abraham Key

NYC0003496

12  USA Baseball

13  Richard Christie
    Board of Director
14  PONY Baseball/Softball

15  Dwight Raiford
    Member
16  Little League International

17  Richard K. Guarino
    Vice President
18  Staten Island Baseball Alliance

19  Philip Romero
    Head Coach, Varsity Baseball
20  Christopher Columbus High School

21  Jim Darby
    Easton Sports, Inc.
22
    David Ettinger
23  Honigman Miller Schwartz And Cohn LLP

24  George Manning
    Hillerich & Bradsby Co
25

3

1

2  A P P E A R A N C E S (CONTINUED)

3
   Peter Berg, M.D.

NYC0003497

4
  Dewey Chauvin
5  Easton Sports, Inc.

6            ACTING CHAIRPERSON MARTINEZ: The

7  Chair is not with us today due to medical reasons,

8  and we expect him to be back with us in a couple of

9  days, full of energy and taking over again the

10  agenda of this important Committee of Youth Services

11  for the City of New York and the Council.

12            Today we're going to be conducting a

13  final hearing of Local Bill No. 341-A, a local law

14  to amend the Administrative Code of the City of New

15  York in relation to prohibiting the use of non-wood

16  bats, and we're going to start our hearing. Before

17  we do that, I want to introduce the members,

18  colleagues who are here with me. Starting to my left

19  we have Council Member Sara Gonzalez, following her

20  we have Dennis Gallagher, and to my left we have

21  Council Member Jimmy Oddo, who is the prime sponsor

22  of the bill which we're going to be voting on and

23  hearing final testimony today.

24            Can we call our first panel?

25            John Frankle (phonetic), and we're

NYC0003498

4

1  COMMITTEE ON YOUTH SERVICES

2  going to allow each witness three minutes testimony.

3        MR. FRANKLE: Good morning. I'm here

4  for the use of wood bats in high school. I believe

5  that the game itself, being a professional athlete

6  for 22 years and playing with wood bats 22 years,

7  and seeing the other side, and also coaching for the

8  Little League this past year, we played in some wood

9  bat tournaments and some aluminum tournaments, and I

10  believe the game is totally different, less

11  offensive oriented with the aluminum bats -- with

12  the wood bats it's less offensive oriented.

13           We were in a tournament, a wood bat

14  tournament where one of my players hit a line drive

15  off of a boy's chest, and the kid went down. I

16  believe if it was an aluminum bat, I don't think the

17  kid would have gotten up. I play with some

18  professional athletes who have been hit in the head

19  with wood bats, Al Leighter (phonetic), Billy

20  Wagner, if they got hit in the head with aluminum

21  bats, I think the outcome would have been totally

22  different.

23          I think it's for safety reasons why.

24  You know, I don't have that data, but I can tell you

25  from speaking professional and being involved in

5

1  COMMITTEE ON YOUTH SERVICES

2  baseball since I'm four years old, I've been hit

3  plenty of times with wood and aluminum, it still

4  hurts no matter where you get hit from, but I just

5  think that the -- I just feel in my heart that it

6  would be much more safety for the kids and that's

7  what this is all about, safety for the kids. This

8  isn't about -- I know it's about dollars and cents

9  and it goes a long way, that's a whole other issue,

NYC0003500

10  but I'm here to try to protect the kids and that's

11  what I truly believe in my heart, that going to wood

12  bats would also help them with safety, it would also

13  get talent. You know, I throw batting practices for

14  some high school teams right now, and while the ball

15  is just getting out of my hand, it's already hitting

16  the net, and I don't even see it coming at me.

17          It's dangerous. It's very, very

18  dangerous. Like I said before, I'm sure you have

19  people here who have all kinds of data and

20  statistics, and this and that, I'm speaking from

21  someone who is standing on the mound for 22 years

22  and I can see the difference. While I'm standing in

23  the stands watching my son play, or some of the

24  other little leaguers, I can see the difference.

25          You have a gentleman who is going to

6

1  COMMITTEE ON YOUTH SERVICES

NYC0003501

2  be speaking in a little while, that his son got hit

3  in the chest. I just met him this morning. When you

4  listen to this gentleman speak about the

5  rehabilitation and the stuff that his son is going

6  through, go visit this gentleman, go spend a day

7  with him and see what he is going through with his

8  family. You can't imagine what he's going through.

9          And I truly believe that if you do go

10  over to wood bats, I think you will protect some of

11  the kids and try to prevent some of these injuries.

12          ACTING CHAIRPERSON MARTINEZ: Thank

13  you. Seeing no questions from my colleagues, I want

14  to thank you for your testimony.

15          Do you have a question?

16          Council Member Oddo has a question

17  for you.

18          COUNCIL MEMBER ODDO: I just want to

19  thank John, first as a Met fan for lots of great

20  moments, and secondly as a Staten Islander for

21  having John come down for a busy schedule. John,

22  just two quick questions.

23          One is, do you have any affiliation

24  with any wood bat company, or any bat company for

25  that matter?

7

1  COMMITTEE ON YOUTH SERVICES

2          MR. FRANKLE: I have no affiliation.

3  I'm a retired man living on a pension right now. No,

4  I have no affiliate with anyone right now.

5          COUNCIL MEMBER ODDO: So, why did you

6  come down here today? What was your motivation?

7          MR. FRANKLE: I see the way the game

8  is changing. The game is getting so much faster.

9  I've seen that kid get hit in the chest last year

10  out on Long Island, and thank God he got up, and I

11  have a son who is going into high school right now

12  and I truly believe to measure the high school

13  talent and the kids' talent, why not start them with

14  the wood bats, because if they're to pursue a

15  professional career, they're going to have to go

16  with wood bats, and I also believe that it's

17  probably a little bit safer for the wood bats. I'm

18  sure there's plenty of people here who would

19  disagree with me, professionally speaking, and

20  someone who has been there for a long time, I

21  really, truly believe the game may be a little bit

22  slower with a bat.

23          I mean, some of the tournaments we

24  went to, games were 10/9, you know, 11/2, but some

25  of the games we went to with the wood bat tournament

8

1  COMMITTEE ON YOUTH SERVICES

2  2/1, 3/2, it makes it so much enjoyable. And

3  talking, obviously, from a pitcher's standpoint, you

4  like to see those type of games.

5          COUNCIL MEMBER ODDO: Mr. Chairman, I

6  just want to put into the record an article from the

7 Sunday, April 4th, 2004, New York Post with the

8 headline "Lucky to be alive." Details when Al

9 Leighter was hit with a baseball playing a game

10 against the Marlins, and just to remind the

11 Committee about what Mr. Frankle, you know, had that

12 been an aluminium bat, what the outcome might have

13 been.

14         Thank you, Frankle, I appreciate it.

15         Thank you, Mr. Chairman.

16         ACTING CHAIRPERSON MARTINEZ: Thank

17 you for your testimony. Can we call the next panel?

18         Robert Cruz, Walter Stampfel, Steve

19 Mandl, and Dan Palombo.

20         Please identify yourself. And, again,

21 I want to remind everyone, we have three minutes to

22 testify. Identify yourself and whenever you're

23 ready.

24         MR. STAMPFEL: My name is Walter

25 Stampfel. I'm the Baseball Chairman for the Catholic

1  COMMITTEE ON YOUTH SERVICES

2  High Schools Athletic Association of the Archdiocese

3  of New York and also the Diocese of Brooklyn. We

4  represent over 30 Catholic high schools in the

5  Metropolitan area, mostly New York City, and more

6  than 1,500 student athletes that participate in

7  baseball. Other than the PSAL, we are the largest

8  group that will be affected by this bill.

9            Over the last six months, the

10  ramifications of this bill have been discussed from

11  many different angles - cost, enforcement, college

12  recruiting, and, of course, safety, are just a few

13  of the dozens of issues that have been raised. I

14  don't come here today to argue any of those

15  specifics. That could take hours. I come here simply

16  to say let the experts decide.

17            The National Federation of High

18  Schools, the governing body of our sport by whose

19  rules we play, has spent substantial time over many

20  years working to ensure the safety of our sport.

21  Nothing is more important to them, it is their top

22  priority.

23          The Federation consists of educators,

24  administrators and coaches, and hundreds of years of

25  experience in high school sports. Their perspective

10

1  COMMITTEE ON YOUTH SERVICES

2  is broad and their concern for the safety of our

3  athletes has been compromised. The federation is

4  constantly reviewing the rules of baseball for high

5  schools.

6          In recent years, the National

7  Federation has implemented more rigorous standards

8  for batting helmets, catcher's equipment, and has

9  adjusted rules for sliding to ensure player safety.

10          Most importantly, the Federation has

11  already addressed the issue of aluminum bat safety

12  by establishing weight to length ratios and barrel

NYC0003507

13  dimensions that bring the bats within acceptable

14  safety standards. The Bat Exit Speed Ratio, BESR,

15  minus three.

16          We have observed and supported the

17  performance changes ourselves as coaches. From

18  listening to some people, you would think that the

19  issue of bat safety has been totally ignored by the

20  federation. Some studies have even been quoted that

21  were done before the safety standards were put into

22  place. These studies are irrelevant in today's game.

23          We respectfully suggest that the

24  National Federation has a good grasp on the safety

25  issues at hand and urge you to vote no on this

11

1  COMMITTEE ON YOUTH SERVICES

2  proposal.

3          While we love baseball and think the

4  issue is important, it seems to us that there are

NYC0003508

5   far more pressing matters of public safety on which

6   the City Council could make an impact.

7              Every piece of equipment used at

8   Catholic High School Athletic Association and

9   baseball games meet the standards established by the

10  National Federation. We'll use whatever they tell us

11  to use. If they tell us to use wood bats, we'll be

12  happy to. They are the experts in this field and we

13  trust their judgment. They acted on this a few years

14  ago and have not seen the need to do so since. A no

15  vote on this proposal is not a vote against safety.

16  It is simply a yes vote on letting the experts

17  decide.

18             MR. CRUZ: Hi. My name is Robert Cruz.

19  I'm an assistant coach at Hofstra University, and

20  the Vice President of a travel organization, the New

21  York Cardinals, and 16-year-old Travel Coach. I

22  really strongly believe it's not a safety issue

23  concerning the metal bats. We have the regulations

24  in place, as Walter was saying, with BESR standards

25  that we follow, the NCAA, as well as the high

12

1  COMMITTEE ON YOUTH SERVICES

2  schools. Is there a difference in the type of game,

3  as John Frankle was saying? Maybe, but we're talking

4  about the safety and there is no evidence of the

5  safety that our children are in danger of.

6         The metal bat companies and the NCAA

7  and the high school, they've done the tests, and

8  with that regulation in place, that came in place

9  when I was playing in college, has made an impact,

10  and these bats play like wood bats. So, I strongly

11  oppose your idea of wood bats with high school

12  players.

13         MR. POLOMBO: Good morning. My name is

14  Dan Polombo. I'm the Head Baseball Coach at John Jay

15  College here in New York City, and I'd like to

16  address this on both ends of the agenda. I was the

17  Head Baseball Coach at Ramapo College, which used

18  only wood bats in our conference for many years. Now

19  I've been here at John Jay, so I've seen both ends.

20          I will agree that maybe three, four,

21  five years ago there was a very big difference in

22  the way the ball came off the bat. I have noticed

23  over the last two years, since we have been

24  regulating this, that I no longer feel that the

25  difference is drastic. I actually don't feel there's

13

1  COMMITTEE ON YOUTH SERVICES

2  much of a difference anymore with the aspect of the

3  speed. Sure, if a ball is very close to your hands

4  or getting into baseball stuff right now, a bat

5  might break, a wood bat might break where an

6  aluminum bat won't break. I no longer see it as that

7  much of a safety issue.

8          I do feel that as my colleagues have

9  said, the experts have done a wonderful job in

NYC0003511

10   leveling off the playing field, and although as I

11   started off saying a few years ago, this was a

12   major, major issue a few years ago, I no longer feel

13   that with the technology being used by the bat

14   companies that the difference is enough for you to

15   have to make legislation on this, a vote on this. I

16   feel that the organizations themselves putting the

17   safety of the players first, I mean as the NCAA does

18   all the time. Before an NCAA college baseball game,

19   the umpires will come across and check every bat to

20   make sure the bats are certified, they'll check

21   every helmet to make sure there's no cracks in the

22   helmet. Safety is the first issue, and I do believe

23   that with the new technology the aluminum bats are

24   now as safe as the wood bats, and I personally don't

25   see a need for any kind of legislation on this.

14

1  COMMITTEE ON YOUTH SERVICES

NYC0003512

2  Thank you.

3          MR. MANDL: Good morning. My name is

4  Steve Mandl. I'm the Head Baseball Coach at George

5  Washington High School right here in New York City.

6  I also work for the BCA, Baseball Coach Organization

7  of American, I'm on the Executive Board, and I'm on

8  the Rules Committee of the ABCA. I was the Athletic

9  Director for 11 years at George Washington and the

10  Assistant Principal for eight years. So, you know,

11  students and safety are always a big issue with us.

12          We have one of the top programs in

13  the United States, we've put four kids into the

14  Major League, and God knows how many in the minor

15  leagues. So, we're always thinking about the next

16  level and pro ball. And my team actually practices

17  with wood, but the reason we do has nothing to do

18  with safety, it has to do with what John Frankle

19  said, and that is because on the next level in pro

20  ball, that's what they're going to use.

21          Now, we want to go by, you know, if

22  there is scientific evidence, you know, we care

23  about safety, I'll be the first one to say, okay,

NYC0003513

24  that's it, we're going to stop. But I haven't seen

25  any. And if we're going by, as John Frankle said,

15

1  COMMITTEE ON YOUTH SERVICES

2  observation, I don't see it.

3         You know, Coach Polombo said one

4  thing that I want to expand on which makes a lot of

5  sense. The biggest difference that I see as a coach

6  for 24 years in that school, there is a big

7  difference between wood and aluminum. It has nothing

8  to do with the ball flying off the bat or going fast

9  or going further. The difference is in a wood bat

10  there is a sweet spot that they call, it's a little

11  area that when you hit the ball there, that's the

12  best spot where the ball is going to fly off the

13  bat.

14         If you hit a ball further away from

15  that, especially on the hands, the bat will break.

16  With a metal bat, it's not going to go further, but

17  there is more of an area where you can hit it and

18  you can get a base hit. So, in other words, you're

19  making some bad hitters into good hitters, because

20  they have a larger area to hit with, but I do not

21  see any balls flying off the bat any quicker.

22          Now, many times we say, you know, a

23  guy hits a ball, I had Manny Ramirez play for me and

24  he used to hit balls, 430, 440 feet in high school,

25  that's incredible, but he's in the major leagues


16


1  COMMITTEE ON YOUTH SERVICES

2  now, he's  hitting balls 480 feet. So, he's bigger,

3  he's stronger and he's using wood.

4          I haven't seen anybody, you know, get

5  killed or get hit. You know, my 24 years I've been

6  very fortunate to only see one kid get hit with a

7  ball off a metal bat and that ball hit him off the

NYC0003515