```
 1
 2   CITY COUNCIL
 3
     CITY OF NEW YORK
 4
     -------------------------------x
 5
     THE TRANSCRIPT OF THE MINUTES
 6
                of the
 7
     COMMITTEE ON YOUTH SERVICES
 8
     -------------------------------x
 9
10              October 23, 2006
                Start:  10:16 a.m.
11              Recess: 3:58 p.m.
12              City Hall
                Council Chamber
13              New York, New York
14
        B E F O R E:
15
                LEWIS FIDLER
16                              Chairperson,
17
            COUNCIL MEMBERS:    Alan Gerson
18                              Miguel Martinez
                                Sara Gonzalez
19                              Melissa Mark-Viverito
                                Darlene Mealy
20                              Dennis Gallagher
                                James Oddo
21                              Simcha Felder
                                Bill DeBlasio
22
23
24       LEGAL-EASE COURT REPORTING SERVICES, INC.
              17 Battery Place - Suite 1308
25              New York, New York 10004
                    (800) 756-3410
```

18          Our first panel of witnesses are all
19 from the Department of Education, from the Public
20 School Athletic League. We have Marty Oestreicher,
21 David Douglas and Eric Goldstein.
22          Gentlemen, as I ask you to testify, I
23 will make the comment I make to every witness who
24 comes before this Committee: Please don't read
25 testimony verbatim. Just speak to us as the high

                                                    21

1 COMMITTEE ON YOUTH SERVICES
2 points and from your heart and mind.
3          Gentlemen.
4          MR. OESTREICHER: I will read a little
5 bit and I will try to ad lib.
6          I just want to thank you, Chairperson
7 Fidler, and the members of the Youth Service
8 Committee for giving me the opportunity to talk to
9 you regarding use of wooden aluminum bats.
10         I'm Marty Oestreicher. I'm Chief
11 Executive for the Office of School Support Services,
12 which oversees the PSAL.
13         I just want to say at the outset of
14 the hearing, Council Member Oddo's strong passionate
15 opening statement, that we feel that the PSAL second
16 to none in our priorities, which is the safety of
17 our kids. For those who don't know, the PSAL is

18  committed to playing over 12,000 games and matches
19  under the safest possible conditions. I have to say
20  our safety record is second to none, and will bow
21  down to no one on that particular issue.
22              I'm extremely proud of our record in
23  this regard, and we believe we have procedures in
24  place to protect our student athletes to the
25  greatest extent possible.

                                        22

1  COMMITTEE ON YOUTH SERVICES
2              We have a vibrant league, the largest
3  in the nation. Thirty-five thousand students from
4  180 high schools, 2,400 teams competing in 44
5  sports, that's boys and girls sports.
6              We play more games in major league
7  baseball than the NFL, the NBA combined. And I think
8  if you check our safety record, you'll see it's
9  quite good.
10             However, we do share the sentiments
11 of the bill's sponsors. Safety for us is number one.
12 And our baseball league does use aluminum bats, and
13 we've been using them for quite awhile. And at this
14 point our safety record in baseball is amazingly
15 low. We have very, very few baseball injuries of any
16 kind or by bats. I hear what the Council Member

17  said, why wait for the first incident to happen. But
18  basically we have an excellent safety record. There
19  has been very few baseball injuries, when you think
20  about the number of kids who play and the very low
21  number of injuries and low number of injuries from
22  batted balls. Nothing close to what you described
23  before.
24           We don't operate independently. We
25  operate under rules of the National Federation of

                                              23

1  COMMITTEE ON YOUTH SERVICES
2  the State High School Associations, and under the
3  rules of the New York State Association, which is
4  part of that.
5           And we do rely on them for their
6  guidance on these type of issues. We work closely
7  with them. We have sought their advice on the issue.
8  And it is the federation's opinion that aluminum
9  bats do not represent a significantly greater risk
10 than wooden bats.
11          And in our research across the
12 country, very, very few, with very few exceptions,
13 aluminum bats are used by high schools and by
14 colleges.
15          So, you know, the federation in the
16 country, and in State federation, they tell us

17  they've reviewed this very carefully. They have
18  established a ball exit speed ratio, which you've
19  questioned before, but based on their assurances and
20  their studies, we have continued to use the aluminum
21  bats.
22              The State High School, New York State
23  Public High School Association conducted a survey in
24  2004 and '05, and they also reported that the
25  injuries, and they questioned coaches throughout the

24

1  COMMITTEE ON YOUTH SERVICES
2  State, were very insignificant. Too insignificant to
3  push any sort of a policy change.
4              However, you know, it is true that
5  aluminum bats provide better offense for players at
6  the marginal levels and the good players because
7  their ability to perhaps swing, get around the ball
8  a little better, and get a better hit. But, again,
9  based on what we have learned from the federations
10 and so forth, the overall speeds are not at any
11 level that present a greater danger than wooden
12 bats.
13              Now, the Council Member said those
14 studies are flawed, and influenced by other players,
15 and he calls for an exhaustive study totally neutral

16  and objective, and we will certainly welcome that
17  kind of study, if there is any study or
18  incontrovertible evidence that would point to a
19  danger, a significant danger to our kids, we will be
20  the first to work with the Council towards that.
21             But we are relying somewhat on the
22  studies from the federations. We work with
23  federations, the National Federation, as far as we
24  know, these -- our organizations is dedicated to our
25  kids and students and anyone else and concerned with

                                            25

1  COMMITTEE ON YOUTH SERVICES
2  their safety as well. And based on their guidance,
3  we have not moved to eliminate the wooden bat.
4  They've told us over and over again that they do not
5  believe this represents a significantly greater
6  threat to our kids.
7             Once again, studies show otherwise,
8  you know, we will take those studies very seriously
9  and we will act accordingly.
10            We believe that, you know, we have a
11  very vibrant baseball league. We have a lot of
12  participation from a lot of kids, some of our kids
13  go to college based on their abilities in baseball,
14  and we believe that it provides the right
15  competitive balance. They get a lot of kids playing.

16  I'm not just talking about star kids, I'm talking
17  about kids who want to play baseball and can play
18  baseball.
19              And for that reason, we do oppose
20  this bill.
21              But, again, I would just say, as you
22  advised, I'm not reading from my testimony. I'm
23  telling it as it is, based on what they tell me. We
24  share your concerns regarding safety, and our
25  concerns are second to none. Our record speaks for

                                                    26

1  COMMITTEE ON YOUTH SERVICES
2  that. It speaks for itself, in all our sports. But,
3  you know, we welcome the evidence that you have and
4  that you're willing to show, and we're open on it.
5  But right now, based on the experts that we rely on,
6  the federations we play under, we don't see any
7  basis to ban aluminum bats.
8              CHAIRPERSON FIDLER: Thank you.
9              Do either of your co-panelists want
10 to add to that?
11             MR. OESTREICHER: I don't think so,
12 no.
13             CHAIRPERSON FIDLER: No? All right. I
14 have a few questions. I'm sure Council Member Oddo