UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
USA BASEBALL, THE NATIONAL HIGH          :
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS   :
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,     :     **AFFIDAVIT OF SERVICE**
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY,         :     Civil Action No. 07-CV-3605 (JGK)
HILLERICH & BRADSBY COMPANY, INC.,

                        Plaintiffs,      :
            vs.                          :

CITY OF NEW YORK,                        :

                        Defendant.       :
-------------------------------------------------------------------x
STATE OF NEW YORK       )
                            SS.:
COUNTY OF NEW YORK)

      CECIL S. ASHDOWN, being duly sworn, deposes and says:  I am not a party to

the action, am over 18 years of age, and am employed by the law firm of Dewey

Ballantine LLP.

      On the 29th day of June, 2007, I served the following documents by hand to the

attorneys listed below at their address designated for service of papers:

      (a)    PLAINTIFFS' RESPONSE TO DEFENDANT'S CROSS MOTION FOR

              SUMMARY JUDGMENT AND REPLY IN SUPPORT OF THEIR

              MOTIONS FOR SUMMARY JUDGMENT AND PRELIMINARY

              INJUNCTION;

      (b)    SECOND DECLARATION OF DEWEY CHAUVIN; and

      (c)    SECOND DECLARATION OF ART CHOU.

(d)    PLAINTIFFS' RESPONSE TO DEFENDANT'S COUNTER-RULE 56.1

STATEMENT OF MATERIAL UNDISPUTED FACTS;


Jerald Horowitz, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
Room 5-189
New York, New York  10007



CECIL S. ASHDOWN
Lic. No. 1103032



Sworn to before me this
29th day of June, 2007



NOTARY PUBLIC

JUDITH L. STRIGARO
NOTARY PUBLIC, State of New York
No. 01ST4684806
Qualified in New York County
Commission Expires February 28, 2011