MAR-01-2007  10:11        NYC COUNCIL                        212 788 7232    P.01

*Office of the Commissioner*
## MAJOR LEAGUE BASEBALL

**ALLAN H. (BUD) SELIG**
*Commissioner of Baseball*

January 29, 2007

Ms. Christine C. Quinn
The Council of The City of New York
City Hall
New York, New York 10007

Dear Ms. Quinn:

Thank you for your letter of January 23, 2007.

I am very sympathetic and in total agreement with what you are trying to do relative to wooden bats. I have sent this information on to Mr. Jimmie Lee Solomon who is the head of Baseball Operations for Major League Baseball. He is really the appropriate party to discuss this matter with. I will have him contact you, and hopefully, Major League Baseball can be helpful in this process.

Thanks for your thoughtfulness in sending me the information. It was nice to hear from you.

Sincerely,

Allan H. Selig
Commissioner of Baseball

AHS:kd

777 E. Wisconsin Avenue
Suite 3060
Milwaukee, WI 53202
(414) 225-8900 / Fax (414) 225-8910

TOTAL P.01

NYC0003580