## Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| Freshman (F), Varsity (V) or Junior Varsity (JV) | High School | Games Played Against In-State Opponents | Games Played Against Out-of-State Opponents | Other Trips (number of games not indicated) |
|---|---|---|---|---|
| JV | A.P. Randolph | 5 | | |
| V | A.P. Randolph | 16 | | |
| V | Abraham Joshua Heschel High School, Manhattan | 12 | | |
| JV | Abraham Lincoln | 10 | | |
| V | Abraham Lincoln | 19 | | |
| V | Academy Of American Studies | 13 | | |
| V | Adlai Stevenson | 16 | | |
| JV | Alfred E. Smith | 9 | | |
| V | Alfred E. Smith | 16 | | |
| V | All City Leadership Academy | 16 | | |
| JV | All Hallows High School, Bronx | 19 | | |
| V | All Hallows High School, Bronx | 17 | | |
| JV | Archbishop Molloy High School, Queens | 27 | | |
| V | Archbishop Molloy High School, Queens | 31 | | |
| V | August Martin | 16 | | |
| V | Automotive | 18 | | |
| JV | Aviation | 7 | | |
| V | Aviation | 17 | | |
| V | Baruch College Campus | 10 | | |
| JV | Bathgate | 9 | | |
| V | Bayard Rustin | 21 | | |
| JV | Bayside | 7 | | |
| V | Bayside | 19 | | |
| JV | Beach Channel | 7 | | |
| V | Beach Channel | 16 | | |
| JV | Beacon School | 6 | | |

# Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---:|---|---|
| V | Beacon School | 18 | | |
| V | Benjamin Banneker | 18 | | |
| JV | Benjamin Cardozo | 6 | | |
| V | Benjamin Cardozo | 17 | | |
| JV | Berkeley Carroll School, Brooklyn | 9 | | |
| V | Berkeley Carroll School, Brooklyn | 26 | | FL (3) |
| JV | Bishop Ford Central Catholic High School, Brooklyn | 14 | | |
| V | Bishop Ford Central Catholic High School, Brooklyn | 11 | | |
| V | Bishop Loughlin, Brooklyn (only '06 data available) | 13 | | |
| V | Boys and Girls | 17 | | |
| V | Bread and Roses | 8 | | |
| V | Bronx Academy of Letters | 6 | | |
| JV | Bronx HS of Science | 10 | | |
| V | Bronx HS of Science | 16 | | |
| V | Bronx School/Law | 12 | | |
| V | Brooklyn Friends School, Brooklyn | 13 | | |
| V | Brooklyn Studio | 16 | | |
| V | Brooklyn Technical | 15 | | |
| V | Browning School, Manhattan | 11 | | FL (3) |
| V | Bushwick Campus | 15 | | |
| V | Calhoun School, Manhattan | 9 | | |
| V | Campus Magnet | 16 | | |
| V | Canarsie | 16 | | |
| F | Cardinal Hayes, Bronx | 11 | | |
| JV | Cardinal Hayes, Bronx | 25 | | |
| V | Cardinal Hayes, Bronx | 27 | | |
| JV | Cardinal Spellman Bronx | 17 | | |
| V | Cardinal Spellman, Bronx | 18 | | |
| JV | Cathedral Prep, Queens | | | |
| V | Cathedral Prep, Queens | | | |
| JV | Chelsea | 6 | | |
| V | Chelsea | 17 | | |

## Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---|---|---|
| F | Christ The King, Queens | | | |
| JV | Christ The King, Queens | | | |
| V | Christ The King, Queens | | | |
| V | Christopher Columbus | 16 | | |
| JV | Churchill School, Manhattan | 1 | | |
| V | Churchill School, Manhattan | | | |
| V | Clara Barton | 15 | | |
| V | Cobble Hill | 17 | | |
| JV | Collegiate School, Manhattan | 14 | | |
| V | Collegiate School, Manhattan | 19 | | |
| JV | Columbia Grammar and Preparatory School, Manhattan | 16 | | |
| V | Columbia Grammar and Preparatory School, Manhattan | 11 | 1 | |
| JV | Curtis | 14 | | |
| V | Curtis | 21 | | |
| JV | Dalton School, Manhattan | 13 | | |
| V | Dalton School, Manhattan | 17 | | |
| JV | Dewitt Clinton | 11 | | |
| V | Dewitt Clinton | 22 | | |
| V | Dwight School, Manhattan | 19 | | FL (4) |
| V | East NY Transit | 15 | | |
| V | East Side Community | 17 | | |
| V | EBC Bushwick | 19 | | |
| V | EBC ENY | 13 | | |
| V | Erasmus Hall | 17 | | |
| V | Evander Childs | 17 | | |
| V | Fannie Hamer | 17 | | |
| JV | Far Rockaway | 4 | | |
| V | Far Rockaway | 16 | | |
| JV | Fieldston High School, Bronx | 15 | | |
| V | Fieldston High School, Bronx | 16 | | |
| V | Fiorello Laguardia | 16 | | |
| JV | Flushing | 8 | | |

## Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---|---|---|
| V  | Flushing | 18 | | |
| F  | Fordham Preparatory School, Bronx | 19 | | |
| JV | Fordham Preparatory School, Bronx | 25 | | |
| V  | Fordham Preparatory School, Bronx | 24 | 1 | |
| V  | Forest Hills | 16 | | |
| JV | Fort Hamilton | 10 | | |
| V  | Fort Hamilton | 18 | | |
| JV | Francis Lewis | 6 | | |
| V  | Francis Lewis | 17 | | |
| V  | Frank Sinatra | 19 | | |
| V  | Franklin D. Roosevelt | 16 | | |
| V  | Franklin Lane | 18 | | |
| V  | Frederick Douglass | 16 | | |
| V  | Friends Seminary, Manhattan | 3 | | FL (3) |
| JV | George Washington | 6 | | |
| V  | George Washington | 18 | | |
| V  | George Westinghouse | 16 | | |
| V  | Global Studies | 13 | | |
| V  | Grace Dodge | 16 | | |
| JV | Grand Street | 10 | | |
| V  | Grand Street | 17 | | |
| V  | Gregorio Luperon | 19 | | |
| JV | Grover Cleveland | 7 | | |
| V  | Grover Cleveland | 17 | | |
| JV | Harry S. Truman | 4 | | |
| V  | Harry S. Truman | 17 | | |
| V  | Harry Van Arsdale | 17 | | |
| JV | Herbert Lehman | 12 | | |
| V  | Herbert Lehman | 18 | | |
| V  | Hillcrest | 18 | | |
| F  | Holy Cross, Queens | 19 | | |
| JV | Holy Cross, Queens | 20 | | |

## Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---|---|---|
| V | Holy Cross, Queens | 28 | | |
| JV | Horace Mann, Bronx | 12 | | |
| V | Horace Mann, Bronx | 15 | 3 | |
| V | HS Am Studies | 17 | | |
| V | HS Art/design | 16 | | |
| V | HS Arts/Bus. | 16 | | |
| V | HS Environment | 16 | | |
| JV | HS Graphic Com. | 7 | | |
| V | HS Graphic Com. | 16 | | |
| V | HS Health | 15 | | |
| V | HS Of Info | 8 | | |
| JV | HS Sports Mgt. | 9 | | |
| JV | HS Telecommunications | 8 | | |
| V | HS Telecommunications | 17 | | |
| V | Hunter College HS | 19 | | |
| V | Jamaica | 17 | | |
| JV | James Madison | 6 | | |
| V | James Madison | 18 | | |
| JV | James Monroe | 9 | | |
| V | James Monroe | 22 | | |
| V | Jane Addams | 21 | | |
| JV | JFK | 3 | | |
| V | JFK | 21 | | |
| JV | John Adams | 8 | | |
| V | John Adams | 17 | | |
| JV | John Bowne | 5 | | |
| V | John Bowne | 18 | | |
| V | Juan Morel | 13 | | |
| V | Kew Forest, Queens | 12 | 1 | FL (3) |
| JV | La Salle Academy, Manhattan | | | |
| V | La Salle Academy, Manhattan | | | |
| V | Lab Museum | 17 | | |

## Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---|---|---|
| V | Life Sciences | 16 | | |
| V | Little Red Schoolhouse and Elisabeth Irwin HS, Manhattan | 7 | | |
| JV | Long Island City | 8 | | |
| V | Long Island City | 16 | | |
| JV | Louis Brandeis | 7 | | |
| V | Louis Brandeis | 18 | | |
| V | Loyola School, Manhattan | 13 | | |
| JV | Manhattan Center | 7 | | |
| V | Manhattan Center | 16 | | |
| V | Martin Luther King Jr. | 16 | | |
| JV | Martin Luther, Queens | 11 | | |
| V | Martin Luther, Queens | 12 | | |
| V | Martin Van Buren | 18 | | |
| JV | McKee/SI Tech | 14 | | |
| V | McKee/SI Tech | 20 | | |
| JV | Midwood | 9 | | |
| V | Midwood | 17 | | |
| F | Monsignor Farrell High School, Staten Island | | | |
| JV | Monsignor Farrell High School, Staten Island | | | |
| V | Monsignor Farrell High School, Staten Island | 25 | 1 | FL (3) |
| JV | Monsignor McClancy High School, Queens | 17 | | |
| V | Monsignor McClancy High School, Queens | 17 | | |
| JV | Monsignor Scanlan High School, Bronx | | | |
| V | Monsignor Scanlan High School, Bronx | | | |
| JV | Moore Catholic High School, Staten Island | 13 | | |
| V | Moore Catholic High School, Staten Island | 15 | | |
| V | Morris | 19 | | |
| JV | Morrisania | 5 | | |
| F | Mount Saint Michael Academy, Bronx | 15 | | |
| JV | Mount Saint Michael Academy, Bronx | 27 | | |
| V | Mount Saint Michael Academy, Bronx | 27 | | |
| V | Murray Bergtraum | 16 | | |

# Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---|---|---|
| V | Nazareth Regional High School, Brooklyn | | | |
| JV | New Dorp | 14 | | |
| V | New Dorp | 19 | | |
| JV | New Utrecht | 11 | | |
| V | New Utrecht | 18 | | |
| JV | Newtown | 10 | | |
| V | Newtown | 16 | | |
| JV | Norman Thomas | 9 | | |
| V | Norman Thomas | 19 | | |
| JV | Packer Collegiate Institute, Brooklyn | 8 | | |
| V | Packer Collegiate Institute, Brooklyn | 15 | | |
| V | Paul Robeson | 16 | | |
| JV | Petrides | 15 | | |
| V | Petrides | 18 | | |
| JV | Poly Prep, Brooklyn | 12 | | |
| V | Poly Prep, Brooklyn | 21 | | |
| JV | Port Richmond | 12 | | |
| V | Port Richmond | 19 | | |
| V | Prospect Heights | 10 | | |
| JV | Queens HS Teaching | 8 | | |
| V | Queens HS Teaching | 18 | | |
| JV | Queens Vocational | 10 | | |
| V | Queens Vocational | 23 | | |
| JV | Regis High School, Manhattan | 25 | | |
| V | Regis High School, Manhattan | 34 | 4 | |
| V | Renaissance | 13 | | |
| V | Rice High School, Manhattan | | | |
| V | Richard Green | 11 | | |
| JV | Richmond Hill | 8 | | |
| V | Richmond Hill | 17 | | |
| JV | Riverdale Country School, Bronx | 12 | | |
| V | Riverdale Country School, Bronx | 16 | | FL (3) |

## Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---|---|---|
| V | Riverdale/Kingsbridge | 18 | | |
| V | Robert F. Kennedy | 18 | | |
| V | Robert F. Wagner | 18 | | |
| V | Roosevelt Ed. Campus | 17 | | |
| V | Saint Agnes Boys High School, Manhattan | | | |
| JV | Saint Ann's, Brooklyn | 11 | | |
| V | Saint Ann's, Brooklyn | 21 | | |
| F | Saint Edmund Prep, Brooklyn | | | |
| JV | Saint Edmund Prep, Brooklyn | 14 | | |
| V | Saint Edmund Prep, Brooklyn | 14 | | |
| F | Saint Francis Prep, Queens | 21 | | |
| JV | Saint Francis Prep, Queens | 21 | | |
| V | Saint Francis Prep, Queens | 28 | | |
| JV | Saint Joseph By The Sea, Staten Island | | | |
| V | Saint Joseph By The Sea, Staten Island | | | |
| F | Saint Peter's, Staten Island | | | |
| JV | Saint Peter's, Staten Island | 15 | | |
| V | Saint Peter's, Staten Island | 15 | | |
| V | Saint Raymond, Bronx | 33 | | |
| JV | Samuel Gompers | 6 | | |
| V | Samuel Gompers | 17 | | |
| V | Samuel Tilden | 17 | | |
| V | School of the Future | 18 | | |
| V | Seward Park | 15 | | |
| JV | Sheepshead Bay | 8 | | |
| V | Sheepshead Bay | 17 | | |
| JV | South Bronx | 11 | | |
| V | South Bronx | 17 | | |
| V | South Shore | 17 | | |
| V | Springfield Gardens | 16 | | |
| V | Staten Island Academy, Staten Island | 13 | 2 | |
| JV | Stuyvesant | 10 | | |

## Table of Scheduled New York CIty High School Baseball Games, Spring 2007 Season

| | | | | |
|---|---|---:|---:|---|
| V | Stuyvesant | 17 | | |
| JV | Susan Wagner | 13 | | |
| V | Susan Wagner | 18 | | |
| V | Taft | 20 | | |
| V | Thomas Edison | 16 | | |
| V | Thomas Jefferson | 20 | | |
| JV | Tottenville | 13 | | |
| V | Tottenville | 25 | | |
| V | Townsend Harris | 18 | | |
| V | Trevor Day School, Manhattan | 18 | | |
| JV | Trinity School, Manhattan | 3 | | |
| V | Trinity School, Manhattan | 7 | | FL (3) |
| V | UASDC | 17 | | |
| V | United Nations International School, Manhattan | | | |
| JV | Walton | 8 | | |
| V | Walton | 17 | | |
| V | Washington Irving | 18 | | |
| JV | William C. Bryant | 7 | | |
| V | William C. Bryant | 17 | | |
| JV | William Grady | 6 | | |
| V | William Grady | 14 | | |
| V | William Maxwell | 15 | | |
| V | Wingate | 14 | | |
| V | Wings Academy | 9 | | |
| F | Xaverian High School, Brooklyn | | | |
| V | Xaverian High School, Brooklyn | 32 | 1 | CA/FL (4) |
| JV | Xaverian High School, Brooklyn (only '04 data available) | 33 | | |
| F | Xavier High School, Manhattan | 15 | | |
| JV | Xavier High School, Manhattan | 22 | | |
| V | Xavier High School, Manhattan | 22 | 3 | FL (4) |
| V | York Prep, Manhattan | 10 | | |
| | **Total** | **3931** | **17** | **33** |