UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TIT0
NAVARRO, JOHN TORRES, EASTON SPORTS,    No. 07 CV 3605 (JGK) (DFE)
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.,
                    Plaintiffs,

        -against-

THE CITY OF NEW YORK,

                    Defendant.

------------------------------------------------------------------- X


## DECLARATION OF SERVICE

I, Jerald Horowitz, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on July 6, 2007, I caused to be served Reply Declaration of Jerald Horowitz, dated July 5, 2007, and exhibits attached thereto, and Defendant's Reply Memorandum of Law, dated July 6, 2007, upon the following counsel of record, by delivering a copy of same to the address set forth below, by hand delivery, being the address designated by said attorney(s) for that purpose:

    John F. Collins
    Dewey Ballantine LLP
    1301 Avenue of the Americas
    New York, New York 10019


Dated:  New York, New York
        July 6, 2007

                                            _____
                                            JERALD HOROWITZ (JH8395)

Index No. 07 CV 3605 (JGK) (DFE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA BASEBALL, THE NATIONAL HIGH SCHOOL BASEBALL COACHES ASSOCIATION, DR. PETER BERG, JUAN HERNANDEZ, DENNIS CANALE, MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO, JOHN TORRES, EASTON SPORTS, INC., WILSON SPORTING GOODS CO., RAWLINGS SPORTING GOODS COMPANY, and ILLERICH & BRADSBY CO.,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant

## DECLARATION OF SERVICE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*Address for Service of Papers*
*100 Church Street, Room 5-189*
*New York, N.Y. 10007*

*Of Counsel: Jerald Horowitz*
*Tel.: (212) 442-05890*
*NYCLIS No.2007-015516*