John F. Collins (JC 9324)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

David A. Ettinger (P26537)
Jeffrey H. Kuras (P66036)
HONIGMAN, MILLER, SCHWARTZ AND COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7368

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.

                               Plaintiffs,     Civil Action No. 07-CV-3605 (JGK)

- against -                                  NOTICE OF MOTION TO
                                                       STRIKE THE REPLY
CITY OF NEW YORK,                          DECLARATION OF JERALD
                                                       HOROWITZ
                               Defendant.

----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the attached Memorandum of Law and Exhibit attached thereto, the undersigned attorneys will move this Court before the Honorable Judge

John G. Koeltl, U.S.D.J., at the United States District Court at the United States Courthouse, New York, New York, on a date to be set by the Court, for an order striking the Reply Declaration of Jerald Horowitz.

Dated: New York, New York
July 13, 2007

DEWEY BALLANTINE LLP

By: _____
John F. Collins (JC-9324)
A Member of the Firm
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

HONIGMAN MILLER SCHWARTZ
& COHN LLP

David A. Ettinger (P26537)
Jeffrey H. Kuras (P66036)
A Member of the Firm
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7368
Attorneys for Plaintiffs

TO: Jerald Horowitz (JH8395)
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street, Room 5-189
New York, NY 10007

Attorney for Defendant