UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
USA BASEBALL, THE NATIONAL HIGH           :
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS    :
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,      :    **AFFIDAVIT OF SERVICE**
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY,          :    Civil Action No. 07-CV-3605 (JGK)
HILLERICH & BRADSBY COMPANY, INC.,

                 Plaintiffs,         :
     vs.                                        :

CITY OF NEW YORK,                          :

                 Defendant.         :
-----------------------------------------------------------------x

STATE OF NEW YORK   )
                       SS.:
COUNTY OF NEW YORK)

MATTHEW P. MCGOURTY, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age, and reside in New York, New York.

On the 13th day of July, 2007, I caused the following documents to be served by hand to the attorneys listed below at their address designated for service of papers:

    (a)    NOTICE OF MOTION TO STRIKE THE REPLY DECLARATION OF JERALD HOROWITZ WITH DECLARATION OF DENNIS CANALE, and

    (b)    PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE THE REPLY DECLARATION OF JERALD HOROWITZ;

Jerald Horowitz, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
Room 5-189
New York, New York 10007

_____
MATTHEW P. MCGOURTY
Lic. No. 1142890

Sworn to before me this
13th day of July, 2007

_____
NOTARY PUBLIC

ANNE OCONNOR
NOTARY PUBLIC, State of New York
No. 01OC6042348
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires May 22, 20__