USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07

# DEWEY BALLANTINE LLP

1301 AVENUE OF THE AMERICAS
NEW YORK 10019-6092
TEL 212 259-8000 FAX 212 259-6333

JOHN F. COLLINS
212 259-7080
john_collins@deweyballantine.com

July 30, 2007

BY FACSIMILE 212 805-7912

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
7/30/07

Re:  U.S.A. Baseball, et al. v. City of New York, et al.
     07 Civ. 3605 (JGK)(DFE)

Dear Judge Koeltl:

In connection with the oral argument in the above-captioned matter to be held on Wednesday, August 1, plaintiffs would like to have available in the courtroom for Your Honor's inspection samples of the baseball bats that are the subject of this litigation (2-3 aluminum, 1-2 non wood composite, and 1-2 wood composite bats). We understand that due to security concerns we need Your Honor's written permission to bring these baseball bats into the courthouse and your courtroom. Accordingly, by means of this letter, we respectfully request that Your Honor grant us such permission.

Respectfully,

John F. Collins

cc (by facsimile):  Mr. Gary Lee
                    Assistant District Executive for the
                       Southern District of New York
                    212 805-0380

                    Jerald Horowitz, Esq.
                    Attorney for Defendant The City of New York
                    212 791-9714

NEW YORK  WASHINGTON  LOS ANGELES  LONDON  HONG KONG  BUDAPEST  PRAGUE  WARSAW