USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
USA BASEBALL, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

07 CIVIL 3605 (JGK)

**JUDGMENT**

      Plaintiffs having moved for summary judgment or, in the alternative, for a preliminary injunction; defendant having cross-moved for summary judgment, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on August 27, 2007, having rendered its Opinion and Order granting defendant's cross-motion for summary judgment, denying plaintiffs' motion for summary judgment, and denying plaintiffs' motion for a preliminary injunction as moot, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 27, 2007, defendant's cross-motion for summary judgment is granted; plaintiffs' motion for summary judgment is denied; and plaintiffs' motion for a preliminary injunction is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
       August 29, 2007

                                            **J. MICHAEL McMAHON**
                                                Clerk of Court
                          BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____