John F. Collins (JC 9324)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

David A. Ettinger (P26537)
HONIGMAN, MILLER, SCHWARTZ AND COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7368

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY COMPANY, INC.

Plaintiffs,

- against -                                    Civil Action No. 07-CV-3605

CITY OF NEW YORK,

Defendant.

------------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs USA Baseball, The National High School Baseball Coaches Association, Dr. Peter Berg, Juan Hernandez, Dennis Canale, Mel Zitter, Michael Cruz, Tito Navarro, John Torres, Easton Sports, Inc., Wilson Sporting Goods Co., Rawlings Sporting Goods Company, and Hillerich & Bradsby Company, Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from the Order and Opinion entered on August 28, 2007, and the Judgment entered on August 29, 2007.  Plaintiffs hereby appeal all issues in the Order and Opinion.

Dated:  New York, New York
      September 26, 2007

DEWEY BALLANTINE LLP

By: _____
John F. Collins (JC-9324)
A Member of the Firm
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000
Attorneys for Plaintiffs

HONIGMAN MILLER SCHWARTZ
    & COHN LLP

David A. Ettinger (P26537)
A Member of the Firm
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7368