JOHN F. COLLINS (JC 9324)
DEWEY & LEBOEUF LLP
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019
(212) 259-8000

DAVID A. ETTINGER (P26537)
JEFFREY H. KURAS (P66036)
HONIGMAN, MILLER, SCHWARTZ AND COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7368

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

USA BASEBALL, THE NATIONAL HIGH
SCHOOL BASEBALL COACHES ASSOCIATION,
DR. PETER BERG, JUAN HERNANDEZ, DENNIS
CANALE, MEL ZITTER, MICHAEL CRUZ, TITO
NAVARRO, JOHN TORRES, EASTON SPORTS,
INC., WILSON SPORTING GOODS CO.,
RAWLINGS SPORTING GOODS COMPANY, and
HILLERICH & BRADSBY CO.

        Plaintiffs,

        - against -                         Civil Action No. 07-CV-3605 (JGK)

CITY OF NEW YORK,

        Defendant.

------------------------------------------------------------X

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP has changed its name to Dewey & LeBoeuf LLP. The office address, telephone and facsimile numbers remain the same.

Dated: October 1, 2007

Respectfully submitted,

By: _____

John F. Collins
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-259-8000
Fax: 212-259-6333
Attorneys for Plaintiffs

To:

Jerald Horowitz (JH8395)
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street, Room 5-189
New York, NY 10007
Attorney for Defendant

2