MANDATE

SDNY/NYNY
07-CV-3605
KOELTL

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-------------------------------------------------------------------x

USA BASEBALL, THE NATIONAL HIGH SCHOOL
BASEBALL COACHES ASSOCATION, DR. PETER
BERG, JUAN HERNANDEZ, DENNIS CANALE,
MEL ZITTER, MICHAEL CRUZ, TITO NAVARRO,
JOHN TORRES, EASTON SPORTS, INC., WILSON
SPORTING GOODS CO., RAWLINGS SPORTING
GOODS COMPANY, and HILLERICH & BRADSBY
COMPANY, INC.,



UNITED STATES COURT OF APPEALS
FILED
NOV 1 9 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

                         Appellants,               Docket No. 07-4137-CV

       -against-                      Stipulation Pursuant to
                                         F.R.A.P. 42(b)

CITY OF NEW YORK,

                         Appellee.

-------------------------------------------------------------------x

        It is hereby stipulated and agreed by and between the undersigned

attorneys for Appellants and Appellee that the appeal in this matter may be dismissed

with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

with any outstanding court costs or fees that may be due to be paid by Appellants.

Dated: New York, New York
       November 13, 2007

                         HONIGMAN MILLER SCHWARTZ
                         & COHN LLP

                         By: David A. Ettinger (P26537)
                             A Member of the Firm
                             2290 First Naitonal Building
                             600 Woodward Avenue
                             Detroit, Michigan 48226
                             Telephone:  313 465-7368

                         Attorneys for Appellants

CERTIFIED:
  11.26.07

DEWEY & LEBOEUF LLP


By:  John F. Collins (JC-9324)
     A Member of the Firm
     1301 Avenue of the Americas
     New York, New York  10019
     Telephone:  212 259-8000

     Attorneys for Appellants


THE CITY OF NEW YORK


By: Jerald Horowitz (JH8395)
    Assistant Corporation Counsel
    The City of New York
    Law Department
    100 Church Street, Room 5-189
    New York, NY  100007
    Telephone:  212 442-0589

    Attorneys for Appellee


SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel

Nov. 19, 2007

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Jammy Martinez
DEPUTY CLERK

2